# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING TRIAL

This case is set for a pretrial conference on the 10th day of January 2011, in Florence, Alabama.

This case is set for jury trial on the 17th day of January 2011, at 9:00 a.m. in Florence, Alabama.

It is further **ORDERED** by the Court that the parties submit a report of parties' planning meeting as required by Local Rule 26.1 in accordance with this trial date. **Said report shall be in the format shown in the scheduling order on the web page of the undersigned.** Any dispositive motions must be filed no later than sixty (60) days before the date of the pretrial conference.

**DONE** and **ORDERED** this 7th day of April 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE