


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 5:10-CV 369-IPJ |
| | ) | |
| DELL FINANCIAL SERVICES, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and MIDLAND FUNDING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE

Comes now Marcus R. Chatterton of the law firm of Balch & Bingham LLP and gives notice of his appearance on behalf of Midland Credit Management, Inc. and Midland Funding, LLC. It is requested that copies of all pleadings, orders, motions, discovery, notices, correspondence, schedules, and other documents in this action be served upon the undersigned.

*/s Marcus R. Chatterton*
Attorneys for Midland Credit Management, Inc. and Midland Funding, LLC

**OF COUNSEL:**
Eric Langley
Jason B. Tompkins
Marcus R. Chatterton

1097622.1

BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
elangley@balch.com
jtompkins@balch.com
mchatterton@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2010, I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF electronic system which will send notification to the following counsel of record:

Penny Hays Cauley
Hays Cauley, P.C.
549 West Evans Street, Suite E
Florence, South Carolina 29501
Phc917@hayscauley.com

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C.
415 Church Street, Suite 100
Huntsville, Alabama 35801
rsykstus@bondnbotes.com

D. Keith Andress
Natalie R. Bolling
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 20th Street North, Suite 1600
Birmingham, Alabama 35203
kandress@bakerdonelson.com
nbolling@bakerdonelson.com

*/s Marcus R. Chatterton*
Of Counsel