# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED ORDER SETTING TRIAL

It is hereby ORDERED that the trial in this case is set on **January 18, 2011**, at 9:00 a.m. in Florence, Alabama.

**DONE** and **ORDERED** this 3rd day of June 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE