# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMON T. BRIM,** | ) |
| **Plaintiff,** | ) |
| vs. | ) 5:10-CV-369-IPJ |
| **DELL FINANCIAL SERVICES, LLC, MIDLAND CREDIT MANAGEMENT, INC., and MIDLAND FUNDING, LLC,** | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

The undersigned, Natalie R. Bolling, Esquire, of the law firm BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, hereby gives notice of her appearance as counsel of record in the above-referenced action for Defendant Dell Financial Services, LLC. The Clerk and all parties are requested to provide counsel with copies of all subsequent pleadings, orders, notices, discovery, and correspondence.

Respectfully submitted on Friday, June 04, 2010.

                                          s/Natalie R. Bolling
                                          NATALIE R. BOLLING

                                          An Attorney for Dell Financial Services, LLC

**OF COUNSEL:**

BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, P.C.
420 North 20th Street
1600 Wachovia Tower
Birmingham, AL 35203-5202
(205) 328-0480
(205) 488-3846 fax
kandress@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following via this Court's electronic filing system and/or First Class United States Mail, properly addressed and postage prepaid, on Friday, June 4, 2010:

Penny Hays Cauley, Esquire
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, South Carolina 29501

Ronald Sykstus, Esquire
BOND, BOTES, SYSTKUS, TANNER & EZZELL, P.C.
415 Church Street, Suite 100
Huntsville, Alabama 35801

Jason B. Tomkins, Esquire
BALCH & BINGHAM
P.O. Box 306
Birmingham, Alabama 35201

Eric B. Langley, Esquire
BALCH & BINGHAM, LLP
1710 Sixth Avenue North
Post Office Box 306
Birmingham, Alabama  35201-0306

Marcus R. Chatterton
BALCH & BINGHAM
1901 Sixth Avenue North, Suite 1500
Post Office Box 306
Birmingham, Alabama 35201-0306

                                                s/Natalie R. Bolling
                                                Of Counsel