FILED

2010 Jun-15  PM 05:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT
### FOR THE NORTHERN DISTRICT OF ALABAMA

**JAMON T. BRIM**
    **Plaintiff**

**v.**                                    **Civil Action No. 5:10-CV-369-IPJ**

**DELL FINANCIAL SERVICES, LLC, et al.**
    **Defendants**

### RESPONSE OF REDSTONE FEDERAL CREDIT UNION TO SUBPOENA  FOR PRODUCTION AND REQUEST FOR PROTECTIVE ORDER

COMES REDSTONE FEDERAL CREDIT UNION, which is not a party in the above-styled case, and files this Response to the Subpoena previously issued to it by a Defendant, Midland Credit Management, Inc. The response of Redstone Federal Credit Union is as follows:

1.  The attorney for the Defendant has served a subpoena on Redstone Federal Credit Union.

2.  The subpoena requested Redstone Federal to provide the attorney with certain bank account records of the Plaintiff.

3.  The Plaintiff holds certain accounts with Redstone Federal Credit Union.  However, there is a joint holder on one or more of these accounts along with the Plaintiff.  This joint holder is not party to this suit.

4.  Under federal and state privacy rules, (Graham-Leach-Bliley, 15 U.S.C. 6801 et seq.) the information of non-parties to the suit can only be provided by "judicial process".  The Alabama Supreme Court has ruled that this does not encompass a subpoena and the information must be provided only by Court order.  (*Ex parte Mutual Savings,* 899 So.2d 986 (Ala. 2004); *Ex parte National Western,* 899 So. 2d 218 (Ala. 2004))  The information requested by the Defendant cannot be provided without providing private information of the non-party credit union member.  Specifically, the account documents requested would provide information concerning the private financial records of the non-party joint holder on the accounts.

5.  Redstone Federal would not object to the entry of a court order compelling Redstone Federal to provide this information.

WHEREFORE, Redstone Federal Credit Union requests that the subpoena issued to it be quashed or that the Court enter a protective order such that any private information of non-parties be provided only on the Order of the Court.

Respectfully submitted,


/S/ Jeffrey L. Cook_____
Jeffrey L. Cook
ASB-9207-C61J

Attorney for Creditor
LAW OFFICE OF C. HOWARD GRISHAM
P.O. Box 5585
Huntsville, AL  35814
(256) 837-5100
fax: (256) 895-9654

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2010, I served a copy of the foregoing upon the attorney for the Defendant.

Marcus R. Chatterton
Balch & Bingham, LLP
1901 Sixth Ave. N, Suite 1500
Birmingham, AL  35203


/s Jeffrey L. Cook
Jeffrey L. Cook