UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| Jamon T. Brim, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 5:10-CV-369-IPJ |
| | ) |
| Dell Financial Services, LLC, | ) |
| Midland Credit Management, | ) |
| Inc., Midland Funding, LLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jamon T. Brim, and the Defendant, Dell Financial Services, LLC, by and through their attorneys of record, and stipulate that all claims herein against Dell Financial Services, LLC are hereby dismissed with prejudice, with each party to bear its own costs. All claims pending against Midland Credit Management, Inc., and Midland Fundling, LLC, remain pending and are not included with this dismissal.

This the 15th day of October, 2010.

Penny Hays Cauley, Fed. ID No. 10323
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

/s/ D. Keith Andress
D. Keith Andress, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Wachovia Tower
20 20th Street North, Suite 1600
Birmingham, Alabama 35203
(205) 250-8367
(205) 488-3767 Facsimile
kandress@bakerdonelson.com
Attorney for Dell Financial Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, a true and correct copy of the foregoing Joint Stipulation of Dismissal with Prejudice was electronically filed with the Court using the CM/ECF system which will serve a copy upon the following counsel:

D. Keith Andress, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wachovia Tower
20 20th Street North
Suite 1600
Birmingham, Alabama 35203

Marcus R. Chatterton, Esq.
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306

/s/ Penny Hays Cauley
Penny Hays Cauley