FILED

2010 Oct-25  AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **Jamon T. Brim,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 5:10 CV-369-IPJ** |
| | ) | |
| **Dell Financial Services, LLC,** | ) | |
| **Midland Credit Management, Inc.,** | ) | |
| **Midland Funding, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Defendants Midland Credit Management, Inc. and Midland Funding, LLC (collectively "Midland") hereby respond to Plaintiff's Motion to Compel (doc. 22) as follows:

1.     On October 22, 2010, Plaintiff filed a Motion to Compel on the grounds that Midland had failed to respond in any way to Plaintiff's Second Request for Production of Documents.

2.     Midland's counsel, rightly or wrongly, believed that the parties had reached an agreement to extend the deadline for responses until October 22, 2010, and two hours after the Motion to Compel was filed, served upon Plaintiff's counsel responses and objections to the discovery requests.

1122465.1

3. Midland anticipates that the parties may have substantive disputes about specific documents or objections, but Midland is hopeful that many of them can be resolved without Court involvement.

4. Because Midland has served responses and objections to Plaintiff's Second Request for Production of Documents, the current Motion to Compel is moot because it is based on Midland's failure to respond to Plaintiff's Second Request for Production of Documents.

Wherefore, Midland requests that this Court deny as moot the Motion to Compel.

/s/ Jason B. Tompkins
One of the Attorneys for
Midland Credit Management, Inc., and
Midland Funding, LLC

**OF COUNSEL:**
Eric B. Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798
elangley@balch.com
jtompkins@balch.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of October, 2010, I have filed the foregoing via CM/ECF, which will serve notice upon all counsel of record listed below:

Penny Hays Cauley
Hays Cauley, P.C.
549 West Evans Street, Suite E
Florence, South Carolina 29501
Phc917@hayscauley.com

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C.
415 Church Street, Suite 100
Huntsville, Alabama 35801
rsykstus@bondnbotes.com

*/s/  Jason B. Tompkins*
Of Counsel

1122465.1                                3