FILED
 2010 Oct-25  PM 03:07
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the court is plaintiff's motion to compel (doc. 22) and defendants' response (doc. 23), and the court having considered said pleadings,

It is hereby ORDERED that the motion to compel is FOUND MOOT.

**DONE** and **ORDERED** this 25th day of October 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE