# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JAMON T. BRIM**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **5:10-cv-0369-IPJ** |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT, INC., et al.,** | ) | |
| | ) | **UNOPPOSED** |
| Defendants. | ) | |

## UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Defendants Midland Funding, LLC and Midland Credit Management, Inc. (collectively, "Midland") respectfully request this Court to extend the parties' deadline for filing dispositive motions until **November 15, 2010**. In support of this motion, Midland states as follows:

1. This Court's scheduling order (doc. 14) set the dispositive motion deadline for November 10, 2010.

2. Because of an unforeseen scheduling conflict, the lawyer principally responsible for Midland's motion and brief was unexpectedly out of town from November 4 until November 8, 2010. Midland respectfully seeks an extension of three (3) business days to complete its motion and brief.

1

3.      Undersigned counsel has consulted with Plaintiff's counsel, and Plaintiff's counsel does not oppose this extension.

WHEREFORE, Midland respectfully requests that this Court extend the deadline for dispositive motions until **November 15, 2010**.

    Respectfully submitted,

    /s/ Jason B. Tompkins
    One of the Attorneys for Midland Credit
    Management, Inc. and Midland Funding,
    LLC

**OF COUNSEL:**

Eric B. Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203
Telephone:  (205) 251-8100
Facsimile:   (205) 226-8798
elangley@balch.com
jtompkins@balch.com

## **CERTIFICATE OF SERVICE**

      I herby certify that I have filed the foregoing via the CM/ECF System, which will notify the following counsel of record:

Penny Hays Cauley
HAYS CAULEY PC
P. O. Box 509
Darlington, SC 29540

Ronald C Sykstus
BOND BOTES SYKSTUS & LARSEN PC
415 Church Street, Suite 100
Huntsville, AL 35801

                                          /s/ Jason B. Tompkins
                                          OF COUNSEL