# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

Defendants having filed unopposed motion to extend dispositive motion deadline (doc. 25), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED. The dispositive motion deadline is extended until November 15, 2010.

**DONE** and **ORDERED** this 9th day of November 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE