**Freedom Court Reporting, Inc**

```
 1         IN THE UNITED STATES DISTRICT COURT

 2        FOR THE NORTHERN DISTRICT OF ALABAMA

 3                NORTHEASTERN DIVISION

 4         CIVIL ACTION NUMBER 5:10 CV369-IPJ

 5

 6    JAMON T. BRIM,

 7          Plaintiff,

 8    V.

 9    DELL FINANCIAL SERVICES, LLC; et al.,

10          Defendants.

11

12              S T I P U L A T I O N

13          IT IS STIPULATED AND AGREED by and

14    between the parties through their respective

15    counsel that the deposition of JAMON T. BRIM,

16    may be taken before Lori S. Sizemore,

17    Registered Professional Reporter, Notary

18    Public, State of Alabama at Large, at the

19    offices of Freedom Reporting, Huntsville,

20    Alabama, on OCTOBER 13, 2010, commencing at

21    approximately 9:00 A.M.

22          IT IS FURTHER STIPULATED AND AGREED

23    that the signature to and the reading of the
```

2015 3rd Avenue North Birmingham, Alabama (877) 373-3660

Freedom Court Reporting, Inc   2

```
 1   deposition by the witness is waived, the
 2   deposition to have the same force and effect as
 3   if full compliance had been had with all laws
 4   and rules of Court relating to the taking of
 5   depositions.
 6           IT IS FURTHER STIPULATED AND AGREED
 7   that it shall not be necessary for any
 8   objections to be made by counsel to any
 9   questions, except as to form or leading
10   questions and that counsel for the parties may
11   make objections and assign grounds at the time
12   of trial or at the time said deposition is
13   offered in evidence, or prior thereto.
14           IT IS FURTHER STIPULATED AND AGREED
15   that notice of filing of the deposition by the
16   Commissioner is waived.
17
18
19
20
21
22
23
```

```
 1   again say you've enclosed a copy of your bank
 2   statement; is that right?
 3       A.   Did I say it on this letter?
 4       Q.   March 10, 2009, Defendant's Exhibit
 5   Ten, yes, sir.
 6       A.   Oh, okay, I did.
 7       Q.   Is that the same bank statement --
 8       A.   That is.
 9       Q.   -- that we've been talking about?
10       A.   Four.
11       Q.   Defendant's Exhibit Four, right.  Did
12   you ever send Midland anything other than --
13       A.   I did.
14       Q.   -- that bank statement?  What was it?
15       A.   My license and my Social Security
16   number.
17       Q.   Did Midland ever ask you to send
18   anything else?
19       A.   No.  You mean besides my license,
20   Social Security number and the bank statement
21   that they asked me to send them?
22       Q.   Yes, sir.
23       A.   Oh, no, I volunteered that.
```

```
 1        Q.  You volunteered --
 2        A.  My license and Social Security.
 3        Q.  Did Midland ever ask you to send
 4   anything?
 5        A.  Besides the bank statement?
 6        Q.  So they did ask you to send the bank
 7   statement?
 8        A.  When I talked to the guy.
 9        Q.  The supervisor?
10        A.  He did.
11        Q.  Okay.  But they've never asked you to
12   send anything else other than the bank
13   statement?
14        A.  No.
15        Q.  Between your July 2008 letter and your
16   March 2009 letters to Midland, did you ever
17   wonder what was going on with the account?
18        A.  I was out of town, so -- I mean, I was
19   out of town working, so at that point in time I
20   was traveling like -- I mean, it was
21   ridiculous.
22        Q.  What were you -- was that for Yellow
23   Book that you were traveling?
```

1              C E R T I F I C A T E

2    STATE OF ALABAMA)

3              I hereby certify that the above and

4    foregoing deposition was taken down by me in

5    stenotype and the questions and answers thereto

6    were transcribed by means of computer-aided

7    transcription, and that the foregoing

8    represents a true and correct transcript of the

9    testimony given by said witness upon said

10   hearing.

11             I further certify that I am neither of

12   counsel, nor of kin to the parties to the

13   action, nor am I in anywise interested in the

14   result of said cause.

15

16

17             /s/Lori S. Sizemore

18             Lori S. Sizemore, CCR, RPR

19             CCR #282, Expires 9/30/10

20             Commissioner for the State

21             of Alabama at Large

22             My Commission Expires 7/16/13

23