FILED

2010 Nov-12  PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JAMON T. BRIM**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **5:10-cv-0369-IPJ** |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendants Midland Funding, LLC and Midland Credit Management, Inc. (collectively, "Midland") respectfully request this Court to enter an order permitting it to file under seal certain exhibits to their motion for summary judgment. In support of this motion, Midland states as follows:

1.     The deadline for dispositive motions in this case is Monday, November 15, 2010.  (Doc. 26).

2.     During the discovery phase of this case, the parties executed a Joint Stipulation of Confidentiality in order to protect certain confidential and proprietary information that would be exchanged during discovery.  The Joint Stipulation of Confidentiality is attached as Exhibit 1.

1

3. In support of the motion for summary judgment that Midland intends to file Monday, it expects to submit as exhibits materials designated as Confidential by Plaintiff, as well as materials Midland itself has designated as Confidential. Midland also expects, as provided by Fed. R. Civ. P. 56(e)(1), to submit an affidavit with attachments that include Confidential information that would be subject to the terms of the Joint Stipulation of Confidentiality.

4. Midland will file all non-Confidential documents via CM/ECF.

WHEREFORE, Midland requests that this Court enter an order permitting it to file under seal any exhibits containing information that either party has designated as Confidential pursuant to the Joint Stipulation of Confidentiality, and any affidavit and attachments that contain Confidential information.

Respectfully submitted,

 /s/ *Jason B. Tompkins*
One of the Attorneys for Midland Credit
Management, Inc. and Midland Funding,
LLC

**OF COUNSEL:**

Eric B. Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, Alabama  35203
Telephone:  (205) 251-8100
Facsimile:   (205) 226-8798
elangley@balch.com
jtompkins@balch.com

1

## CERTIFICATE OF SERVICE

I herby certify that I have filed the foregoing via the CM/ECF System, which will notify the following counsel of record:

Penny Hays Cauley
HAYS CAULEY PC
P. O. Box 509
Darlington, SC 29540

Ronald C Sykstus
BOND BOTES SYKSTUS & LARSEN PC
415 Church Street, Suite 100
Huntsville, AL 35801

_/s/ Jason B. Tompkins_
OF COUNSEL
