IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMON T. BRIM**, | ) |
| Plaintiff, | ) ) **CIVIL ACTION NO.** |
| v. | ) **5:10-cv-0369-IPJ** ) |
| **MIDLAND CREDIT MANAGEMENT, INC., et al.**, | ) ) ) |
| Defendants. | ) ) |

### ORDER

Defendants having filed a motion for leave to file documents under seal (doc. 29), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED. Defendants may submit under seal any summary judgment exhibits, including Rule 56(e)(1) affidavits and attachments thereto, containing confidential information as defined in the parties' Joint Stipulation of Confidentiality.

DONE and ORDERED this 15th day of November 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE