IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMON T. BRIM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **5:10-cv-0369-IPJ** |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC. and** ) | |
| **MIDLAND FUNDING, LLC,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC.

Defendants Midland Funding, LLC ("Midland Funding") and Midland Credit Management, Inc. ("MCM"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Court for summary judgment on all claims in Plaintiff Jamon Brim's Complaint. In support of this Motion, Midland Funding and MCM rely upon their contemporaneously-submitted Brief in Support of their Motion for Summary Judgment and their Evidentiary Submission.

WHEREFORE, Midland Funding and MCM respectfully request that this Court enter judgment in their favor on all claims asserted by Plaintiff in her Complaint.

1125488.3

Respectfully submitted this 15th day of November, 2010.

/s/ *Jason B. Tompkins*
One of the Attorneys for Defendants
Midland Funding, LLC and
Midland Credit Management, Inc.

**OF COUNSEL**:
Eric B. Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  (205)251-8100
Facsimile:  (205)226-8798
elangley@balch.com
jtompkins@balch.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 15th day of November, 2010, I have filed the above and foregoing with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification to all counsel of record listed below:

Penny Hays Cauley
HAYS CAULEY PC
P. O. Box 509
Darlington, SC 29540

Ronald C Sykstus
BOND BOTES SYKSTUS & LARSEN PC
415 Church Street, Suite 100
Huntsville, AL 35801

            /s/ *Jason B. Tompkins*
            Of Counsel