# *Jamon Brim v. Midland Credit Management, et al.*
## Case No. 5:10-cv-0369-IPJ

# Exhibit A
## Declaration of Kathy Rogan

**FILED UNDER SEAL PURSUANT TO
THE HONORABLE INGE PRYTZ JOHNSON'S ORDER
DATED 11/15/10 (DOC. NO. 30)**