FILED
2010 Nov-15 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit D

## Redstone Federal Credit Union Statement
## for 10/13/04 – 11/12/04





## STATEMENT OF ACCOUNT
## REDSTONE FEDERAL CREDIT UNION
220 WYNN DRIVE
HUNTSVILLE, ALABAMA 35893
YOUR SAVINGS INSURED TO $100,000
NATIONAL CREDIT UNION ADMINISTRATION A U.S. GOVERNMENT AGENCY

| MEMBER NO. | SOCIAL SECURITY NO. | PAGE |
|---|---|---|
| ███████ | ███████ | 1 |
| STATEMENT PERIOD | | |
| 10/13/04 TO 11/12/04 | | |

JAMON T BRIM
Mail Code 1
Branch 4

| TRANS DATE | TRANS EFF.DATE | ACCOUNT (A/C) TRANSACTION | DEBITS (-) | CREDITS (+) | NEW BALANCE |
|---|---|---|---|---|---|
| | | S1 SHARE A/C - SAVINGS ACCOUNT | | | |
| | | (Joint with ███████) | | | |
| 10/13 | | Previous Balance | | | 5.00 |
| 11/12 | | Closing Date...New Balance | | | 5.00 |
| | | | | | |
| | | S91 SHARE A/C - BENEFITS CHECKING | | | |
| | | (Joint with ███████) | | | |
| 10/13 | | Previous Balance | | | 952.53 |
| 10/21 | | TGT HRLY DC BANK/REG SALARY/041021 | | 374.01 | 1326.54 |
| 10/22 | | DEPOSIT TR#13471 | | 200.00 | 1526.54 |
| 10/22 | | CASH WITHDRAWAL | 20.00 | | 1506.54 |
| 10/25 | 10/23 | DEBIT PURCHASE | 96.50 | | 1410.04 |
| | 10/23 | FOOTACTION #57899 TUPELO MS | | | |
| | 10/23 | 429824004022 VBASE2 Oct 23 | | | |
| 10/28 | | TGT HRLY DC BANK/REG SALARY/041028 | | 354.94 | 1764.98 |
| 10/28 | | CITI-CLICK 2 PAY/PAYMENT/ | 705.38 | | 1059.60 |
| 10/29 | | DEPOSIT TR#13316 | | 520.28 | 1579.88 |
| 10/29 | | ATM WITHDRAWAL | 150.00 | | 1429.88 |
| | | 3309 S MEMORIAL PKWY HUNTSVILLE AL | | | |
| | | 000000136775 9130 Oct 29 @ 6:18pm | | | |
| 10/30 | | ATM WITHDRAWAL | 152.00 | | 1277.88 |
| | | JP NE MS TUPELO MS | | | |
| | | 000000002683 FK12 Oct 30 @ 6:49pm | | | |
| 10/30 | | NETWORK WITHDRAWAL FEE | 0.65 | | 1277.23 |
| 11/01 | 10/31 | ATM WITHDRAWAL | 42.00 | | 1235.23 |
| | 10/31 | GLOBAL CAS ROBINSONVLLE MS | | | |
| | 10/31 | 000000008191 3060998 Oct 31 @ 1:19am | | | |
| 11/01 | | NETWORK WITHDRAWAL FEE | 0.65 | | 1234.58 |
| 11/01 | 10/31 | ATM WITHDRAWAL | 62.00 | | 1172.58 |
| | 10/31 | GLOBAL CAS ROBINSONVLLE MS | | | |
| | 10/31 | 000000008200 3060998 Oct 31 @ 1:30am | | | |
| 11/01 | | NETWORK WITHDRAWAL FEE | 0.65 | | 1171.93 |
| 11/03 | | CASH WITHDRAWAL | 400.00 | | 771.93 |
| 11/04 | | TGT HRLY DC BANK/REG SALARY/041104 | | 289.23 | 1061.16 |
| 11/04 | | ATM WITHDRAWAL | 10.00 | | 1051.16 |
| | | 3309 S MEMORIAL PKWY HUNTSVILLE AL | | | |
| | | 000000139252 9130 Nov 4 @ 3:06pm | | | |
| 11/04 | | DEPOSIT TR#8601 | | 400.00 | 1451.16 |
| 11/04 | 11/03 | DEBIT PURCHASE | 24.01 | | 1427.15 |
| | 11/03 | WAL-MART STORES, INC HUNTSVILLE AL | | | |
| | 11/03 | 430927140000 1 Nov 3 | | | |
| 11/05 | | DEPOSIT TR#15189 | | 100.00 | 1527.15 |
| 11/05 | | CHECKING PKG FEE/NOV DUES/110504 | 5.95 | | 1521.20 |
| 11/06 | | ATM WITHDRAWAL | 40.00 | | 1481.20 |
| | | 3501 N. MEMORIAL PKWY HUNTSVILLE AL | | | |
| | | 000000474913 9470 Nov 6 @ 12:24pm | | | |
| → 11/08 | | Dell Financial/PAYMT/041106 | 954.12 | | 527.08 |
| 11/12 | | TGT HRLY DC BANK/REG SALARY/041111 | | 455.15 | 982.23 |
| 11/12 | | CASH WITHDRAWAL | 200.00 | | 782.23 |
| 11/12 | | DEPOSIT TR#9397 | | 419.99 | 1202.22 |

Continued on page 2

Brim v. Dell, et al.
0002