*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit E

### Dell Receipts

**DELL**

This is your RECEIPT

NO PAYMENT IS DUE WITH THIS RECEIPT

Page 1 Of 3

| | |
|---|---|
| FID Number: | 74-2616805 |
| Sales Rep: | BRANDY ASHCRAFT |
| For Sales: | (800) 695 - 8133 |
| Sales Fax: | (877) 204 - 8109 |
| Customer Service: | (800) 695 - 8133 |
| Technical support: | (800) 695 - 8133 |
| Dell Online: | www.dell.com |

| | |
|---|---|
| Customer Number: | 33955743 |
| Purchase Order: | |
| Order Number: | 899685011 |
| Order Date: | 09/14/04 |

17 01 R 01 00 N

| | |
|---|---|
| Receipt Number: | B31074037 |
| Receipt Date: | 09/17/04 |
| Payment Type: | NET DUE 30 DAYS |
| Shipped Via: | UPS COMMERCIAL |
| Waybill Number: | E13A614236664673 |

**SHIP TO:**
JAMON BRIM
BRIM JAMON
TARGET STORES
4134 8 SOUTH MEMORIAL
HUNTSVILLE, AL 35802

PLEASE REVIEW DELL'S TERMS AND CONDITIONS OF SALE, WHICH GOVERN THIS PURCHASE.

If you cannot view the terms and conditions by viewing the link, visit WWW.DELL.COM/terms or call Customer Service at the number shown on this receipt.

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 221-3126 | Dimension 2400 Series, Intel Pentium 4 Processor at 2.80GHz | EA | 551.00 | 551.00 |
| 1 | 1 | 311-2076 | 512MB DDR SDRAM at 333MHz | EA | 0.00 | 0.00 |
| 1 | 1 | 310-1582 | Dell Quiet Key Keyboard | EA | 0.00 | 0.00 |
| 1 | 1 | 310-1871 | Dell 2 -button Scroll Mouse | EA | 0.00 | 0.00 |
| 1 | 1 | 320-4600 | 17IN(16.0IN VIS)E773c Monitor, Midnight Grey, Dimension | EA | 0.00 | 0.00 |
| 1 | 1 | 430-3900 | Integrated Intel 3D AGP Graphics | EA | 0.00 | 0.00 |
| 1 | 1 | 340-3274 | 80GB 7200 RPM Ultra ATA Hard Drive | EA | 0.00 | 0.00 |
| 1 | 1 | 340-9334 | 3.5in Floppy Drive | EA | 0.00 | 0.00 |
| 1 | 1 | 420-1921 | Microsoft Windows XP Home Edition, Service Pack 1, English | EA | 0.00 | 0.00 |
| 1 | 1 | 313-7222 | Dell Application Back -up CD, Factory Install | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0409 | Generic Dimension Dell Support | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0688 | Image Restore | EA | 0.00 | 0.00 |
| 1 | 1 | 463-2282 | Thanks for Purchasing your Dell | EA | 0.00 | 0.00 |
| 1 | 1 | 310-5678 | Mouse included with Keyboard purchase | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0441 | Integrated 10/100 Ethernet | EA | 0.00 | 0.00 |

PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE IN
FORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC -ECARE TO ANSWER
A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

You will receive your monthly billing statement in approxmately 30 days fron Dell Financial Services (DFS). For payment remittance
nformation, please contact DFS at (877) -577-3355.

| | | |
|---|---|---|
| Ship. &/or Handling | $ | 5.50 |
| Subtotal | $ | 846.50 |
| Taxable: $ 846.50 | Tax: $ | 67.75 |
| ENVIRO FEE | $ | 0.00 |
| Receipt Total | $ | 914.25 |

NO PAYMENT IS DUE WITH THIS RECEIPT


DEFENDANT'S EXHIBIT
1
Brim 10/13/10

Dell / Brim
D 0065



Page 1 Of 1

This is your Receipt

**NO PAYMENT IS DUE WITH THIS RECEIPT**

| | | | |
|---|---|---|---|
| FID Number: 74-2616805 | Customer Number: 33955743 | Receipt Number: B31822165 | |
| Sales Rep: BRANDY ASHCRAFT | Purchase Order: | | |
| For Sales: (800) 695 - 8133 | Order Number: 899685037 | Receipt Date: 09/17/04 | |
| Sales Fax: (877) 204 - 8109 | Order Date: 09/14/04 | Payment Type: NET DUE 30 DAYS | |
| Customer Service: (800) 695 - 8133 | | Shipped Via: LTL | |
| Technical support: (800) 695 - 8133 | 17 01 R 01 00 N | Waybill Number: 24579967963 | |
| Dell Online: www.dell.com | | | |

**SHIP TO:**
JAMON BRIM
BRIM JAMON
TARGET STORES
4134 8 SOUTH MEMORIAL
HUNTSVILLE, AL 35802

PLEASE REVIEW DELL'S TERMS AND CONDITIONS OF SALE, WHICH GOVERN THIS PURCHASE.

If you cannot view the terms and conditions by viewing the link, visit WWW.DELL.COM/terms or call Customer Service at the number shown on this receipt.

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | A0131326 | SurgeMaster 7-Outlet Desktop Surge Protector | EA | 19.00 | 19.00 |

PLEASE KEEP ORIGINAL BOX FOR ALL RETURNS. COMPREHENSIVE ONLINE CUSTOMER CARE IN FORMATION AND ASSISTANCE IS A CLICK AWAY AT WWW.DELL.COM/PUBLIC -ECARE TO ANSWER A VARIETY OF QUESTIONS REGARDING YOUR DELL ORDER.

You will receive your monthly billing statement in approxmately 30 days fron Dell Financial Services (DFS). For payment remittance information, please contact DFS at (877) -577-3355.

| | |
|---|---|
| Ship. &/or Handling | $ 0.00 |
| Subtotal | $ 19.00 |
| Taxable: $ 19.00 | Tax: $ 1.53 |
| ENVIRO FEE | $ 0.00 |
| Receipt Total | $ 20.53 |

**NO PAYMENT IS DUE WITH THIS RECEIPT**



DEFENDANT'S EXHIBIT 2

Dell / Brim
D 0079