FILED

2010 Nov-15  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Jamon Brim v. Midland Credit Management, et al.*

**Case No. 5:10-cv-0369-IPJ**

# Exhibit F

## November 10, 2004 Dell Account Statement

**DELL™**
Preferred Account
Financing offered through CIT Bank

www.DellFinancialServices.com
See reverse side for important account
information and contact information.

## Special Messages for JAMON BRIM                                                Account: ▓▓▓▓▓▓▓▓▓▓

Your account is past due. You are a valued customer and we want you to continue to receive the many benefits of being a
Dell Preferred Account holder. Please pay the Minimum Amount Due. If you have already sent us this payment, thank you.

## Account Summary

| | | | | |
|---|---|---|---|---|
| Previous Balance | $934.78 | Statement Closing Date: | Nov 10, 2004 | Total Credit Line: $1,500.00 |
| Purchase & Other Debits (+) | 29.00 | | | Total Available Credit Line: $497.34 |
| Periodic Finance Charges (+) | 38.88 | Payment Due Date: | Dec 05, 2004 | Amount Over Credit Limit: |
| Other Charges (+) | .00 | Current Month Minimum Payment: | $31.00 | |
| Payments (-) | .00 | Past Due Amount: | $29.00 | |
| Other Credits & Adjustments (-) | .00 | Total Minimum Payment Due: | $60.00 | |
| New Balance: | $1,002.66 | | | |

## Transaction Detail

| Credit Plan #: | Transaction Date: | Description: | Reference #: | Amount: |
|---|---|---|---|---|
| 00001-01 | 10-11-04 | FINANCE CHARGE RATE CHANGED TODAY | | .00 |
| 00001-01 | 11-01-04 | FINANCE CHARGE CALC CHANGED TODAY | | .00 |
| 00001-01 | 11-06-04 | LATE CHARGE ASSESSMENT | | 29.00 |
| 00001-01 | 11-10-04 | BILLED DEFERRED FINANCE CHARGES | | 16.01 |
| 00001-01 | 11-10-04 | BILLED FINANCE CHARGES | | 22.87 |

## Finance Charge Summary (Please see reverse side for important information)

| Credit Plan #: | Credit Plan Description: | Promotion Expire Date: | Balance Subject to Finance Charge: | Daily Periodic Rate: | Corresponding Annual Percentage Rate: | Days in Cycle: | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| 00001-01 | REGULAR PLAN | | $939.46 | .07852% | 28.74% | 31 | $38.88 |

**Effective ANNUAL PERCENTAGE RATE: 28.74%**

The Corresponding APR is the rate of interest you pay on your purchases.
The effective APR represents your finance charges including transaction fees such as phone pay fees expressed as a percentage.

Please return this portion with payment. Do not staple or fold.

**DELL™**
Preferred Account

10

Account #: ▓▓▓▓▓▓▓▓▓▓

Total Minimum Payment Due:        $60.00

Payment Due Date:        Dec 05, 2004

New Address or Phone Number?
Please check box and complete
reverse side

Amount
Enclosed:        **$**

Please make your check payable to: Dell Preferred Account
Include your account number on your check or money order.

44SDPA 06/25/04 09:48    0059739 20041111 4X424115 PERCCARD 1 OZ DOM 4X42410000= 154328    PC

JAMON BRIM
4134 MEMORIAL PKWY SW APT H
HUNTSVILLE AL 35802-2029


DEFENDANT'S
EXHIBIT
3
PENGAD 800-631-6989

DELL PREFERRED ACCOUNT
PAYMENT PROCESSING CENTER
P.O. BOX 6403
CAROL STREAM, IL  60197-6403

16879450117000954063000010026600000310000000600012052004000000000

Brim v. Dell, et al.



**DELL**

This is your RECEIPT

Page 2 Of 3

**NO PAYMENT IS DUE WITH THIS RECEIPT**

| | |
|---|---|
| FID Number: | 74-2616805 |
| Sales Rep: | BRANDY ASHCRAFT |
| For Sales: | (800) 695 - 8133 |
| Sales Fax: | (877) 204 - 8109 |
| Customer Service: | (800) 695 - 8133 |
| Technical support: | (800) 695 - 8133 |
| Dell Online: | www.dell.com |

| | |
|---|---|
| Customer Number: | 33955743 |
| Purchase Order: | |
| Order Number: | 899685011 |
| Order Date: | 09/14/04 |

17 01 R 01 00 N

| | |
|---|---|
| Receipt Number: | B31074037 |
| Receipt Date: | 09/17/04 |
| Payment Type: | NET DUE 30 DAYS |
| Shipped Via: | UPS COMMERCIAL |
| Waybill Number: | E13A614236664673 |

SHIP TO:

JAMON BRIM
BRIM JAMON
TARGET STORES
4134 8 SOUTH MEMORIAL
HUNTSVILLE, AL 35802

PLEASE REVIEW DELL'S TERMS AND CONDITIONS OF SALE,WHICH GOVERN THIS PURCHASE.

If you cannot view the terms and conditions by viewing the link, visit  WWW.DELL.COM/terms  or call Customer Service at the number shown on this receipt.

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 313-2279 | 56K PCI Data Fax Modem | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0705 | Adobe Acrobat Reader 6.0 | EA | 0.00 | 0.00 |
| 1 | 1 | 313-2859 | 16X DVD ROM and 48X CDRW | EA | 0.00 | 0.00 |
| 1 | 1 | 430-0945 | Cyberlink Software Decoding for DVD Drives | EA | 0.00 | 0.00 |
| 1 | 1 | 462-7810 | Info,16X DVD ROM and 48X CDRW | EA | 0.00 | 0.00 |
| 1 | 1 | 313-0847 | Integrated ADI 1885 Audio | EA | 0.00 | 0.00 |
| 1 | 1 | 313-1874 | Dell A215 Speakers | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0632 | NETWORK ASSOCIATES MCAFEE 5.0, OEM, ENGLISH,90 DAY TRIAL, FACTORY INSTALL | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0691 | Dell Jukebox powered by Music Match | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0521 | Dell Photo Album Standard | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0590 | AOL 9.0 EPP | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0625 | Dell/My Way Home Page | EA | 0.00 | 0.00 |
| 1 | 1 | 420-3224 | Broadband Icon for Inspiron | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0555 | Microsoft Enclyclopedia,2004 for Dimension | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0701 | Word Perfect Productivity Pack | EA | 0.00 | 0.00 |

Dell / Brim
D 0066



# DELL

**This is your RECEIPT**

**NO PAYMENT IS DUE WITH THIS RECEIPT**

| | | |
|---|---|---|
| **FID Number:** | 74-2616805 | |
| **Sales Rep:** | BRANDY ASHCRAFT | |
| **For Sales:** | (800) 695 - 8133 | |
| **Sales Fax:** | (877) 204 - 8109 | |
| **Customer Service:** | (800) 695 - 8133 | |
| **Technical support:** | (800) 695 - 8133 | |
| **Dell Online:** | www.dell.com | |

| | |
|---|---|
| **Customer Number:** | 33955743 |
| **Purchase Order:** | |
| **Order Number:** | 899685011 |
| **Order Date:** | 09/14/04 |

17 01 R 01 00 N

| | |
|---|---|
| **Receipt Number:** | B31074037 |
| **Receipt Date:** | 09/17/04 |
| **Payment Type:** | NET DUE 30 DAYS |
| **Shipped Via:** | UPS COMMERCIAL |
| **Waybill Number:** | E13A614236664673 |

**SHIP TO:**

JAMON BRIM
BRIM JAMON
TARGET STORES
4134 8 SOUTH MEMORIAL
HUNTSVILLE, AL 35802

### PLEASE REVIEW DELL'S TERMS AND CONDITIONS OF SALE,WHICH GOVERN THIS PURCHASE.

If you cannot view the terms and conditions by viewing the link, visit   WWW.DELL.COM/terms   or call Customer Service at the number shown on this receipt.

| Ordered | Shipped | Item Number | Description | Unit | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 950-3339 | *3 Year Limited Warranty | EA | 0.00 | 0.00 |
| 1 | 1 | 902-9400 | *Type 15 - Third Party At Home Service with Nights and Weekends, 24x7 Technical Support, Initial Year | EA | 133.00 | 133.00 |
| 1 | 1 | 981-0879 | *Dell Training and Certificatio n    - Complete PC Package, 90 day | EA | 57.00 | 57.00 |
| 1 | 1 | 902-4492 | *Type 15 - Third Party At Home Service with Nights and Weekends, 24x7 Technical Support, 2 Year Extended | EA | 100.00 | 100.00 |
| 1 | 1 | 412-0359 | Soft Contracts - Qualxserve | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0660 | Dell Media Experience | EA | 0.00 | 0.00 |
| 1 | 1 | 412-0551 | Money 2004 Standard Version for Dimension | EA | 0.00 | 0.00 |
| 1 | 1 | 463-3196 | $100 MAIL -IN REBATE 51202 Redeem within 30 days of ship date at www.dell.com/epprebates | EA | 0.00 | 0.00 |
| | | System Service Tags | 33LNP51 DISCOUNT/COUPON APPLIED | | | |