*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit G

## BBB Complaint Activity Report

| COMPLAINT ACTIVITY REPORT   Case # 90066339 | The Better Business Bureau |
|---|---|
| Consumer Info:  Brim, Jamon<br>2225 Golf Rd SW Unit 106<br>Huntsville, AL  35802<br>2567727558235 | Business Info: Dell Financial Services<br>12234 N IH 35 # B<br>Austin, TX  78753-1705<br>877 663-3355 |

**Location Involved:**   (Same as above)

**Consumer's Original Complaint:**
The account was paid on November 8 2004. The account # is ▮▮▮▮▮▮▮▮. Paid by check. I have sent the bank statement showing when the account was paid by fax to Dell Financial Services.

**Consumer's Desired Resolution:**
Correct this era and remove it from my credit report.

**BBB Processing**

| Date | User | Type | Description |
|---|---|---|---|
| 10/07/2005 | web | BBB | Case Received by BBB |
| 10/11/2005 | jls | BBB | Case Reviewed by BBB- Dell |
| 10/11/2005 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 10/21/2005 | WEB | BBB | RECEIVE BUSINESS RESPONSE : Dear Better Business Bureau Representative, |

We are in receipt of a complaint from the above referenced customer, originally addressed to the Better Business Bureau.  Please be advised that Dell Financial Services (DFS) finances computer equipment that is manufactured and sold by Dell Inc. (Dell).  I am responding on behalf of DFS.
In his complaint Mr. Brim expresses concern regarding the a payment that was sent but not posted to his account.
DFS records indicate Mr. Brim is working with Angela with our Recovery Department. It shows that she is waiting for a Transactional Detail Report from Mr. Brim's bank in order to research the payment.  Unfortunately nothing can be done until this information is received. We respectfully ask that Mr. Brim continue to work with Angela and provide her the necessary information needed, until the issue is resolved.
We regret any inconvenience this matter may have caused Mr. Brim and thank him for bringing this matter to our attention. It is our hope that the customer finds this resolution satisfactory. Please do not hesitate to contact us should the BBB or the customer need further clarification.
Sincerely,
Esperanza Clouston
Executive Services
Dell Financial Services L.P.

| Date | User | Type | Description |
|---|---|---|---|
| 10/24/2005 | jls | EMAIL | Forward Dell's Response to Consumer |
| 10/29/2005 | WEB | BBB | BBB REVIEWS CONSUMER REBUTTAL TO BUSINESS RESPONSE : (The consumer indicated he/she DID NOT accept the response from the business.) |

I have sent several bank statements and the problem still has not been resolved. I sent a statement with the banks letter head and still nothing happened. The bank stated that they did not know what a Transactional Detail report was but showed the payment on their end. The bank is Redstone Federal Credit Union in Huntsville, AL.(256)327-1625

| Date | User | Type | Description |
|---|---|---|---|
| 11/03/2005 | jls | MAIL | Forward Consumer Rebuttal to Dell |
| 11/04/2005 | WEB | BBB | RECEIVED BUSINESS' REBUTTAL RESPONSE : Dear Better Business Bureau Representative, |

I am writing in response to the follow-up complaint of Mr. Brim. We appreciate the customer's desire to have his concerns addressed to his satisfaction. Please allow me to reiterate, DFS records indicate Mr. Brim is working with Angela with our Recovery Department. It shows that she is waiting for a Transactional Detail Report from Mr. Brim's bank in order to research the payment. Unfortunately nothing can be done until this information is received. We respectfully ask that Mr. Brim continue to work with Angela and provide her the necessary information needed, until the issue is resolved.

We regret any inconvenience Mr. Brim feels this may have caused.
It is our hope that the customer finds this resolution satisfactory. Please do not hesitate to contact us should the BBB or the customer need further clarification.
Sincerely,
Esperanza Clouston
Executive Services
Dell Financial Services L.P.

| Date | User | Type | Description |
|---|---|---|---|
| 11/04/2005 | jls | EMAIL | Forward Final Response to Consumer |
| 11/14/2005 | WEB | BBB | CONSUMER REJECTS BUSINESS' FINAL OFFER : (The consumer indicated he/she DID NOT accept the response from the business.) |

No one has contacted me again. I have sent them several copies of my bank statements with a letter head, and still this matter has not been corrected.

| Date | User | Type | Description |
|---|---|---|---|
| 11/15/2005 |  | BBB | BUREAU JUDGED COMPLAINT AJR-DELL : Consumer must work with recovery department |
| 11/15/2005 | Otto | EMAIL | Inform Consumer - Case ADMINISTRATIVELY CLOSED |
| 11/15/2005 | Otto | BBB | Case ADMINISTRATIVELY CLOSED |