*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit H

## Small Claims Complaint

**State of Alabama**
**Unified Judicial System**
Form: C-34   Rev. 6/88
Locator #   08-7411
Date Prepared

## SUMMONS
## -CIVIL-

Case #

May 06, 2008

In The SMALL CLAIM COURT of MADISON COUNTY, Alabama

| Plaintiff (Lessor) Address | Midland Funding Llc 8875 Aero Drive, Ste 200 San Diego CA  92123 | Defendant & Address (Lessee) | Jamon Brim 2225 GOLF RD SW APT 106 HUNTSVILLE AL  35802 |

**NOTICE TO:** Jamon Brim 2225 GOLF RD SW APT 106 HUNTSVILLE AL  35802

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Zarzaur & Schwartz, P.C.,** WHOSE ADDRESS IS **P.O. Box 11366, Birmingham, AL 35202**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 days DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant(s).

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to Rule 4.1 of the Alabama Rules of Civil Procedure.

Date

Clerk
Clerk Address:

☐ Certified Mail is hereby requested.

_[signature]_

Plaintiff/Attorney's Signature     SIM069

**RETURN ON SERVICE:**

☐ Certified mail return receipt in this office on (Date)_____
(Return Receipt hereto attached)

☐ I certify that I personally delivered a copy of the summons and Statement of Claim(Complaint) to _____
in County, Alabama on (Date)_____

Date

Server Signature

Server Address

Type of Process Server

01 Summons and Complaint     Z&S File No 08-7411

Jamon Brim
Midland 000022

| | | | |
|---|---|---|---|
| Locator # | 08-7411 | | Case # |
| Date Prepared | May 06, 2008 | | |

## STATEMENT OF CLAIM
### In The Small Claims Court of Madison County, Alabama

| | | | |
|---|---|---|---|
| Plaintiff | Midland Funding Llc | Defendant | JAMON BRIM |
| Address | 8875 Aero Drive, Ste 200 | Address | 2225 Golf Rd Sw Apt 106 |
| | San Diego CA 92123 | | Huntsville AL 35802 |
| | | | |
| Attorney | Zarzaur & Schwartz, PC | Additional | |
| | Post Office Box 11366 | Defendant | |
| | Birmingham, AL 35202 | Address | |
| | (205)250-5404 | | |
| | | Additional | |
| | | Defendant | |
| | | Address | |

**NOTICE TO EACH DEFENDANT**
**READ CAREFULLY**

YOU ARE BEING SUED IN THE ABOVE COURT BY THE PLAINTIFF(S) SHOWN ABOVE. THE JUDGE HAS NOT YET MADE ANY DECISION IN THIS CASE, AND YOU HAVE THE RIGHT TO A TRIAL TO TELL YOUR SIDE.

HOWEVER, IF YOU, OR YOUR LAWYER, FAIL TO ANSWER THIS COMPLAINT WITHIN 14 days AFTER YOU RECEIVE THESE PAPERS, A JUDGMENT CAN BE TAKEN AGAINST YOU. ONCE A JUDGMENT HAS BEEN ENTERED AGAINST YOU, YOUR PAYCHECK CAN BE GARNISHED AND/OR YOUR HOME OR PROPERTY SOLD TO SATISFY THAT JUDGMENT

### COMPLAINT
### COUNT 1

I. I claim that the defendant(s) JAMON BRIM owes the plaintiff the sum of $1,381.01 because: ACCOUNT STATED, plus interest.                                   TOTAL $1,381.01

Wherefore, Plaintiff claims the sum of $1,381.01 from each defendant plus court costs.

### COMPLAINT
### COUNT 2

II. I claim that the defendant(s) JAMON BRIM owes the plaintiff the sum of $1,381.01 because: CONTRACT, plus contract interest. In addition Plaintiff requests zero as reasonable lawyer's fees as shall be awarded by the court.

Wherefore, Plaintiff claims the sum of $1,381.01 plus interest and reasonable lawyer's fees plus court costs.

_____BY:_____

| | |
|---|---|
| Clerk | Sandra Simpson SIM069 |
| CLERK ADDRESS: Small Claims Court of Madison County | PHONE NO.   (205)250-5404 |
| Madison County Courthouse | |
| Madison County Courthouse 100 Northside Square | |
| Huntsville AL  35801 | |

Jamon Brim
Midland 000023