FILED
2010 Nov-15 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit I
## Small Claims Case Action Summary

## ALABAMA SJIS CASE DETAIL



**Company Name:** BALCH & BINGHAM LLP

County: 47    Case Number: SM-2008-002074.00    Court Action: **PROS.**
Style: **MIDLAND FUNDING LLC VS JAMON BRIM**

REAL TIME

### Case

#### Case Information
- County: MADISON
- Case Number: SM-2008-002074.00
- Judge ID: ASA:ALISON STRICKLAND AUSTIN
- Trial: Bench
- Style: MIDLAND FUNDING LLC VS JAMON BRIM
- Filed: 05/09/2008

#### Case Type
- Code: CONT
- Type: CONTRACT
- Track:
- Status: F:M/FICHE
- No of Plaintiffs: 001
- No of Defendants: 001

#### Court Action
- Dispositon Judge ID: DEO:DENNIS E ODELL
- Court Action: D:DISMISSED W/O PREJUDICE/JURIS! OR PROS.
- Judgment For: N:No judgment
- Trial days: 0
- Lien: 0

#### Damages
- Amount: $0.00
- Compensatory: $0.00
- Punitive: $0.00
- General: $0.00
- None:

#### Other Actions
- Continuance Date:
- Revised Judgment Date:
- Appeal Date:
- Date Trial Began but No Verdict (TBNV1): 00000000
- Disposition Date:
- # of Previous Continuances: 0000    Why:
- Admin Date: 0000    Why:
- Court:    Case:
- Date Trial Began but No Verdict (TBNV2):
- Disposition Type:

#### Comments
- Comment 1:
- Comment 2:

### Settings

#### Court Dates

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 1: | | 000 | 00:00 | - |
| 2: | | 000 | 00:00 | - |
| 3: | | 000 | 00:00 | - |
| 4: | | 000 | 00:00 | - |

### Party 1 - C 001 - MIDLAND FUNDING LLC

#### Party Information
- Party: C 001
- Index: Y
- SSN:
- Address 1:
- Phone: (256) 000-0000
- Dock:
- Name: MIDLAND FUNDING LLC
- Alt Name:
- DOB:
- City:
- Notice:
- Sex:
- Address 2:
- State: AL    Zip: 00000-0000
- Entered:
- Type: B:Business
- Judge ID: DEO
- Race:
- Country: US

#### Service Information
- Issued:    Type:    Reissue:    Type:
- Return:    Type:    Return:    Type:
- Service:    Type:    Service On:    By:

| | | | |
|---|---|---|---|
| Answer: | Type: | NS Not: | NA Not: |
| Warrant: | Type: | Arrest: | |

### Court Action

Court action: D:DISMISSED W/O PREJUDICE  Date: 02/18/2009   For  N:No judgment   Exempt:
Amount: $0.00   Cost: $0.00   Other: $0.00   Satisfied:
Comment:

### Attorneys

| | | | | |
|---|---|---|---|---|
| Attorney 1: SIM069 | Name: SIMPSON SANDRA COOPER | | City: BIRMINGHAM | State: AL |
| Attorney 2: | Name: | | City: | State: |
| Attorney 3: | Name: | | City: | State: |
| Attorney 4: | Name: | | City: | State: |
| Attorney 5: | Name: | | City: | State: |
| Attorney 6: | Name: | | City: | State: |

## Party 2 - D 001 - BRIM JAMON

### Party Information

| | | | |
|---|---|---|---|
| Party: D 001 | Name: BRIM JAMON | | Type: I:Individual |
| Index: Y | Alt Name: | | Judge ID: DEO |
| SSN: | DOB: | Sex: | Race: |
| Address 1: 2225 GOLF ROAD SW | | Address 2: APT 106 | |
| Phone: (256) 000-0000 | City: HUNTSVILLE | State: AL   Zip: 35802-0000 | Country: US |
| Dock: | Notice: | Entered: | |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: 05/13/2008 | Type: S:Sheriff | Reissue: 06/06/2008 | Type: | C:Certified mail |
| Return: 06/30/2008 | Type: C:Unclaimed cert mail | Return: | Type: | |
| Service: | Type: | Service On: | By: | |
| Answer: | Type: | NS Not: 01/21/2009 | NA Not: | |
| Warrant: | Type: | Arrest: | | |

### Court Action

Court action: D:DISMISSED W/O PREJUDICE  Date: 02/18/2009   For  N:No judgment   Exempt:
Amount: $0.00   Cost: $0.00   Other: $0.00   Satisfied:
Comment:

### Attorneys

| | | | |
|---|---|---|---|
| Attorney 1: | Name: | City: | State: |
| Attorney 2: | Name: | City: | State: |
| Attorney 3: | Name: | City: | State: |
| Attorney 4: | Name: | City: | State: |
| Attorney 5: | Name: | City: | State: |
| Attorney 6: | Name: | City: | State: |

## Financial

### Fee Sheet

| PR: | NO | Acct | Status | Checks | AdminFe | From | For | To | Total Due | Amt Paid | Balance | Hold Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | AOCC | A | A | N | C001 | 000 | 000 | $9.79 | $9.79 | $0.00 | 0 |
| | | SHER | A | A | N | C001 | 000 | 000 | $20.00 | $20.00 | $0.00 | 0 |
| | | SM00 | A | A | N | C001 | 000 | 000 | $63.00 | $63.00 | $0.00 | 0 |
| | | | | | | | TOTAL: | | $92.79 | $92.79 | $0.00 | $0.00 |

### Financial History

| Transaction Date | Transaction Type | Disb Acct | Payment From/To | Batch | Check or Receipt # | Amount | Fee | Money Type | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/14/2008 | R:RECEIPT | | SHER | 2008159 | 32454200 | $20.00 | N | P | | LIB |
| 05/14/2008 | R:RECEIPT | | SM00 | 2008159 | 32454201 | $63.00 | N | P | | LIB |
| 05/14/2008 | Z:FEE ADDED | | SM00 | 2008159 | 00000000 | $63.00 | N | O | | LIB |
| 05/14/2008 | Z:FEE ADDED | | SHER | 2008159 | 00000000 | $20.00 | N | O | | LIB |
| 06/10/2008 | R:RECEIPT | | AOCC | 2008177 | 32717300 | $9.79 | N | P | | LIB |
| 06/10/2008 | Z:FEE ADDED | | AOCC | 2008177 | 00000000 | $9.79 | N | O | | LIB |
| 01/22/2009 | R:RECEIPT | | J001 | 2009078 | 35319800 | $18.93 | N | P | | KRJ |
| 01/22/2009 | V:VOID RECEIPT | | J001 | 2009078 | 35319800 | $18.93 | N | P | | KRJ |
| 01/22/2009 | Y:FEE DELETED | | J001 | 2009078 | 00000000 | $432.99 | N | O | | KRJ |
| 01/22/2009 | Z:FEE ADDED | | J001 | 2009078 | 00000000 | $432.99 | N | O | | KRJ |

### SJIS Witness List

| Served | Ser. Type | Prt | Name | Dec | Party | Issued | Iss. Type | Req |
|---|---|---|---|---|---|---|---|---|

### Case Action Summary - 47SM200800207400

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05/13/2008 | 1:31:08 | FILE | FILED THIS DATE: 05/09/2008   (AV01) | JAH |
| 05/13/2008 | 1:31:09 | ASSJ | ASSIGNED TO JUDGE: DENNIS E O'DELL   (AV01) | JAH |
| 05/13/2008 | 1:31:10 | SCAN | CASE SCANNED STATUS SET TO: N   (AV01) | JAH |
| 05/13/2008 | 1:31:11 | TDMN | BENCH/NON-JURY TRIAL REQUESTED   (AV01) | JAH |
| 05/13/2008 | 1:31:12 | STAT | CASE ASSIGNED STATUS OF: ACTIVE   (AV01) | JAH |
| 05/13/2008 | 1:31:23 | PART | MIDLAND FUNDING LLC ADDED AS C001   (AV02) | JAH |
| 05/13/2008 | 1:31:24 | ATTY | LISTED AS ATTORNEY FOR C001: SIMPSON SANDRA COOPE | JAH |
| 05/13/2008 | 1:31:45 | PART | BRIM JAMON ADDED AS D001   (AV02) | JAH |
| 05/13/2008 | 1:31:46 | CASP | CASE ACTION SUMMARY PRINTED   (AV02) | JAH |
| 05/13/2008 | 1:31:50 | SUMM | SHERIFF ISSUED: 05/13/2008 TO D001   (AV02) | JAH |
| 05/13/2008 | 2:45:35 | ---- | SCANNED - COMPLAINT | |
| 05/30/2008 | 8:44:49 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 05/30/2008 | 10:48:25 | ---- | SCANNED - RETURN OF NON SERVICE | |
| 05/30/2008 | 11:01:29 | RETU | RETURN OF OTHER ON 05/27/2008 FOR D001   (AV02) | AJA |
| 06/09/2008 | 1:42:56 | REIS | REISSUE OF CERTIFIED MA ON 06/06/2008 FOR D001 | ROR |
| 06/09/2008 | 1:46:42 | TEXT | AT 2225 GOLF RD SW APT 106 HSV AL 35802 | ROR |
| 06/09/2008 | 1:46:43 | TEXT | CM# 7008 0500 0001 7153 1712. | ROR |
| 06/09/2008 | 1:49:48 | ---- | SCANNED - RE-ISSUE - 06-06-08 (C) | |
| 07/16/2008 | 2:01:39 | RETU | RETURN OF UNCLAIM CERT ON 06/30/2008 FOR D001 | AJA |
| 07/16/2008 | 2:03:09 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 07/17/2008 | 9:03:21 | ---- | SCANNED - RETURN OF NON SERVICE | |
| 01/21/2009 | 7:00:03 | NSRV | NO SERVICE NOTICE ISSUED TO C001   (V801) | DEO |
| 02/10/2009 | 12:16:48 | EMOT | C001-PLTFF'S MOTN TO DIS. FILED. | SIM069 |
| 02/10/2009 | 12:17:00 | EMOT | MOTION - TRANSMITTAL | SIM069 |
| 02/10/2009 | 4:27:25 | EMOT | C001-PLTFF'S MOTN TO DIS. /DOCKETED | KIC |
| 02/18/2009 | 6:33:29 | JEORDE | ORDER GENERATED FOR PLTFF'S MOTN TO DIS. - RENDERED & ENTERED: 2/18/2009 6:33:29 PM - ORDER | J |
| 02/18/2009 | 6:34:00 | JEORDE | ORDER - TRANSMITTAL | DEO |
| 02/19/2009 | 10:44:16 | EORD | E-ORDER FLAG SET TO "Y"   (AV01) | KAC |
| 02/19/2009 | 10:44:17 | STAT | CASE ASSIGNED STATUS OF: DISPOSED   (AV01) | KAC |
| 02/19/2009 | 10:44:18 | PDIS | C001 DISPOSED BY (DISM W/O PREJ) ON 02/18/2009 | KAC |
| 02/19/2009 | 10:44:19 | PDIS | D001 DISPOSED BY (DISM W/O PREJ) ON 02/18/2009 | KAC |
| 02/19/2009 | 10:44:20 | CACJ | COURT ACTION JUDGE: DENNIS E O'DELL   (AV01) | KAC |

| 02/19/2009 | 10:44:21 | DISP | DISPOSED ON: 02/18/2009 BY (DISM W/O PREJ) (AV01) | KAC |
| --- | --- | --- | --- | --- |
| 02/19/2009 | 10:44:22 | STAT | CASE ASSIGNED STATUS OF: M/FICHE (AV01) | KAC |

**END OF THE REPORT**