FILED

2010 Nov-15  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

## *Jamon Brim v. Midland Credit Management, et al.*
### Case No. 5:10-cv-0369-IPJ

# Exhibit J
## Small Claims Motion for
## Voluntary Dismissal and Order Dismissing Case

## IN THE SMALL CLAIMS COURT OF MADISON COUNTY, ALABAMA

Midland Funding LLC )
)
     Plaintiff, )
v. )
) Case No:  SM08-2074
Jamon  Brim )
)
     Defendant(s). )
)

### MOTION TO DISMISS

    Comes now the Plaintiff by and through their attorney of record, Sandra Simpson, requests this Honorable Court to dismiss, Jamon  Brim in the above styled matter, "without prejudice", with costs taxed as paid.

    WHEREFORE, PREMISES CONSIDERED, the above relief is requested.

                                /s/Sandra Simpson
                                  SIM069

### CERTIFICATE OF SERVICE

    I hereby certify that I have on 02/10/2009 served a copy of the above and foregoing Motion to Dismiss on the Defendant(s), pro se, Jamon  Brim at 2225 GOLF RD SW APT 106 HUNTSVILLE AL  35802  by email transmission via Alafile or by placing a copy of the same in the United States mail, postage prepaid and properly addressed to him/her.

                                /s/ Sandra Simpson
                                SIM069

Jamon  Brim
Defendant Pro Se
2225 Golf Rd Sw Apt 106
Huntsville, AL  35802

0208  Mot to Dismiss w/out Prej                Z&S File No 08-7411

## IN THE SMALL CLAIMS COURT OF MADISON COUNTY, ALABAMA

Midland Funding LLC )
)
     Plaintiff, )
)
v. )
)    Case No:  SM08-2074
)
Jamon  Brim )
)
     Defendant(s). )
)

## ORDER

    Jamon  Brim is/are dismissed without prejudice upon Motion of the Plaintiff, costs taxed

as paid.

    Done this the _____ day of _____,_____

_____
Judge

0208  Mot to Dismiss w/out Prej              Z&S File No 08-7411

Jamon Brim
Midland 000030

ELECTRONICALLY FILED
2/18/2009 6:33 PM
SM-2008-002074.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
JANE C. SMITH, CLERK

**IN THE DISTRICT COURT OF MADISON COUNTY, ALABAMA**

| | | |
|---|---|---|
| MIDLAND FUNDING LLC | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | **Case No.:**  SM-2008-002074.00 |
| | ) | |
| BRIM JAMON | ) | |
| Defendant | ) | |

**[ORDER]**

This matter is dismissed without prejudice upon Motion of the Plaintiff, costs taxed as paid.

DONE this 18th day of February, 2009

/s DENNIS E O'DELL
_____

DISTRICT JUDGE