*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit K
## July 29, 2008 Letter to MCM

Jamon Brim<br>
2225 Golf Rd SW Unit 106<br>
Huntsville, AL 35802<br>
7/29/2008

Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870
Re: Midland Credit Management, Inc., ▮

Dear Sir\Ma'am:

I am writing to you in response to the recent communication I received from your office regarding this alleged debt.

I refuse to pay this debt and I will not pay this debt. I dispute this debt.

Please do not contact me again by phone or in writing.

The reason I dispute this debt is because this debt was paid on November 8, 2004. Accompanied is a transactional detailed report from my bank showing the payment and transaction number.

Sincerely,

_____

DEFENDANT'S EXHIBIT 9

Brim v. Dell, et al.
0005