*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit M
## Collection Detail

Exhibit
Name ROSS
Date 9/16/10

**Collection Detail for account #** ▉▉▉▉▉▉▉  SC Local: 04:01 PM (E)

YG1-HAS BEEN TO YGC ATTORNEYS

023-OK TO WORK-DISPUTE OUTSIDE VAL PER          026-VERBAL/WRTTEN CEASE-DESIST/REFUSE

125-CONTACT THRU CONSUMERS ATTNY ONLY!

| Payment Plan | Update Address | Verify Employer Payment History | Update Phone | Additional Data | |
|---|---|---|---|---|---|
| Jamon Brim | | DELL FINANCIAL SERVICES - | | Inv#: 1496 | K Port#: 696 |
| | Best#: | Last Wk: | 02/25/2010 | Purch Bal: | $1,381.01 |
| 549 West Evans Street, S (ATTY) | Home | Int Rate: | 6.00% | Int+Fees: | $511.15 |
| (+Phones) | Work: | Last Pd: | | Total Paid: | $.00 |
| FLORENCE SC 29501 | Last Ltr: 01/22/2008 | Last Pd$: | $.00 | | |
| SSN: ▉▉▉▉3689 | Ltr D s%: 0.00% | Ltr Exp: | | Balance: | $1,799.37 |
| Dte Birth: ▉▉/1976 | SIF Amt: $.00 | Dte C/O: | 05/16/2005 | SOL Exp: | 10/18/2007 |

CC: AFZ  Name: BRIAN FRARY     [Xfr]     Site: SD  Ext: X36013  Team: C954

| Comments | Status | CC | By | Followup | Amount | Entered | Time |
|---|---|---|---|---|---|---|---|
| LAWSUIT FILED AGAINST MCM & MIDLAND FUNDING LLC ON 2.24.10. USDC, AL. | COMM | AFZ | DPB | 02/25/2010 | 0.00 | 02/25/2010 | 12:16:56 |
| Account assigned from CDR to AFZ by SCHAY | TRNF | AFZ | DPB | | 0.00 | 02/25/2010 | 12:16:19 |
| Account dispute modified in E-OSCAR. Bureau: TUN. Dispute Type 112-Consumer stat es inaccurate information. Verify Name, address, SSN, Dates and Balance. Control # 20364914000601002P | COMM | CDR | *** | | 0.00 | 02/25/2010 | 06:14:40 |
| Account dispute modified in E-OSCAR. Bureau: EFX. Dispute Type 109-Disputes Curr ent Balance. Verify Name, address, SSN, Dates and Balance. Control# 999990780579 39051 | COMM | CDR | *** | | 0.00 | 03/20/2009 | 05:11:13 |
| Account dispute modified in E- | COMM | CDR | *** | | 0.00 | 03/19/2009 | 05:12:27 |

http://phxr2k02.internal.mcmcg.com/r2k2prod/collMain/collMainList.do?printable=true&r2...  6/7/2010

Jamon Brim
Midland 000052

| Description | Action | Code | User | Date | Amount | Date | Time |
|---|---|---|---|---|---|---|---|
| OSCAR. Bureau: TUN. Dispute Type 109-Disputes Current Balance. Verify Name, address, SSN, Dates and Balance. Control# 203649140002 01002N | | | | | | | |
| RCVD CERT LTR FR JAMON BRIM POSTMARKED 03/11/09, DISP, DON'T OWE, RTP, C&D, PDP 11/08/04, SENDING PROOF, PLZ DEL IMMED, INCL COPY OF BANK STMT SHOWING $954.12 TO ISS 11/08/04, NOT PROOF, NO SETTLEMENT OR SIF/PIF LTR INCL | COMM | CDR | BU8 | 03/13/2009 | 0.00 | 03/13/2009 | 09:38:04 |
| RECVD CALL FROM:JAMON BRIM VERIFIED SSN AND ADDRESS REASON:DISPUTES PAID / ADVISED SENT PROOF CERT AND WILL CALL TOMORROW | COMM | CDR | BC7 | 03/11/2009 | 0.00 | 03/11/2009 | 10:29:16 |
| C NOTE BELOW | RVEW | 6E | Z76 | 03/10/2009 | 0.00 | 03/10/2009 | 14:55:14 |
| CCI FR BLCKD# XFR 5034 | RPNW | CDR | Z76 | 03/10/2009 | 0.00 | 03/10/2009 | 14:54:46 |
| FAC DATA CLD REQ AUTH TO RELEASE AND TO HV CNSMR FAX C & D RELEASE | RVEW | BI8 | 6E | 03/10/2009 | 0.00 | 03/10/2009 | 09:35:05 |
| FAC DATA CLD REQ AUTH TO RELEASE AND TO HV CNSMR FAX C & D RELEASE | RPNW | 6E | 6E | 03/10/2009 | 0.00 | 03/10/2009 | 09:34:51 |
| Firm Closed Account as C105 Effort Exhausted | COMM | CDR | *** | 08/26/2008 | 1381.01 | 08/26/2008 | 01:33:20 |
| Account dispute modified in E-Oscar. Bureau: EXP. Dispute Type - 12 Compared: Name, SSN, Address, Dates and Balance | COMM | YGC | *** | | 0.00 | 08/12/2008 | 05:14:22 |
| Account dispute modified in E-Oscar. Bureau: TUN. Dispute Type - 12 Compared: Name, SSN, Address, Dates and Balance | COMM | YGC | *** | | 0.00 | 08/06/2008 | 05:16:57 |
| RCVD CERT LTR FR JAMON BRIM POSTMARKED 07/30/08, RCVD NOTICE, RTP, DISP, C&D, PDP 11/08/04, INCL COPY OF BANK STMT SHOWING $954.12 TO DELL FIN 11/08, NOT PROOF...FWD TO YGC | COMM | YGC | BU8 | 08/05/2008 | 0.00 | 08/05/2008 | 13:34:28 |
| YGC address not added; address on file already | RVEW | YGC | *** | | 0.00 | 04/30/2008 | 01:38:38 |
| YGC address not added; address | RVEW | YGC | *** | | 0.00 | 04/23/2008 | 01:38:33 |

Jamon Brim
Midland 000053

| Description | Code | Code2 | | Date | Amount | Date | Time |
|---|---|---|---|---|---|---|---|
| on file already | | | | | | | |
| Affidavit CC428AF sent to firm | COMM | YGC | *** | 04/09/2008 | 0.00 | 04/09/2008 | 01:30:28 |
| YGC - Requested documents have been processed. | COMM | YGC | *** | 04/08/2008 | 0.00 | 04/08/2008 | 01:29:43 |
| YGC address information does not appear to be valid | RVEW | YGC | *** | | 0.00 | 04/02/2008 | 01:32:03 |
| YGC address information does not appear to be valid | RVEW | YGC | *** | | 0.00 | 04/01/2008 | 01:38:54 |
| Refer customer to 205-250-8437 Zarzaur & Schwartz, P.C. AL003 2209 MORRIS AVENUE, BIRMINGHAM, AL 35203 | COMM | YGC | *** | | 0.00 | 03/30/2008 | 02:58:11 |
| Account moved due to expiration of 60 day period to L02 by GETSWEEPS | TRNF | L02 | *** | | 0.00 | 03/23/2008 | 22:19:41 |
| Account eligible for Recovery, legal letter mailed. | TRNF | LP3 | AW5 | | 0.00 | 01/21/2008 | 00:10:02 |
| Moved to SIL, active phone. | TRNF | SIL | AW5 | | 0.00 | 01/16/2008 | 08:38:48 |
| Account moved out of Silo to A8 by GETSWEEPS | TRNF | A8 | *** | 12/29/2007 | 0.00 | 12/29/2007 | 00:20:38 |
| Moved from NRP to SIL by Nightly Refresh | TRNF | SIL | *** | | 0.00 | 12/28/2007 | 05:56:14 |
| LT 5G70( 40% Discount), Settlement offer of $957.14. Letter sent 12/20/2007, Offer Expires 01/19/2008. | SLTR | NRP | *** | | 0.00 | 12/19/2007 | 17:58:04 |
| LT LT1A ( 40% disc on bal/debt val ltr), Settlement offer of $949.42. Letter sent 10/26/2007, Offer Expires 12/10/2007. | SLTR | SIL | *** | 10/25/2007 | 0.00 | 10/25/2007 | 07:38:42 |
| Account Assigned by CV0300R | TRNF | PS4 | *** | | 0.00 | 10/19/2007 | 12:24:41 |

Jamon Brim
Midland 000054