*Jamon Brim v. Midland Credit Management, et al.*
**Case No. 5:10-cv-0369-IPJ**

# Exhibit N
## March 10, 2009 Letter to MCM

Jamon Brim
2225 Golf Rd SW Unit 106
Huntsville, AL 35802

March 10, 2009

**Via Certified Mail, Return Receipt Requested**
Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Dear Sir/Ma'am:

I am writing to you again to specifically dispute this debt. I do not owe this debt and I specifically do not owe any debt to Dell which you are collecting on. I refuse to pay this debt and I will not pay this debt. I dispute this debt.

Please do not contact me again in any manner by phone or in writing.

This debt was paid in full on November 8, 2004. I have enclosed a copy of my bank statement showing that this debt was for. Please <u>immediately</u> correct my credit report with all three credit reporting agencies to specifically show a zero balance and <u>no</u> derogatory or negative information at all.

Thank you for your immediate attention to this matter.

Sincerely,

Jamon Brim

Enclosures


DEFENDANT'S EXHIBIT 10

Brim v. Dell, et al.
0019