*Jamon Brim v. Midland Credit Management, et al.*
Case No. 5:10-cv-0369-IPJ

# Exhibit O
## Monthly CRA Reporting

Credit Bureau Reports List~R2K-GUI: PROD r2009.14.1 b3.1.1                                                         Page 1 of 3



**Bureau Reports by Reporting Date**

| Date | Comment Code | Stat | Compliance Condition | Status_Desc |
|---|---|---|---|---|
| 11/16/07 | 93 | | | Account assigned to internal or external collections |
| 12/13/07 | 93 | | | Account assigned to internal or external collections |
| 01/19/08 | 93 | | | Account assigned to internal or external collections |
| 02/13/08 | 93 | | | Account assigned to internal or external collections |
| 03/18/08 | 93 | | | Account assigned to internal or external collections |
| 04/14/08 | 93 | | | Account assigned to internal or external collections |
| 05/15/08 | 93 | | | Account assigned to internal or external collections |
| 06/23/08 | 93 | | | Account assigned to internal or external collections |
| 07/22/08 | 93 | | | Account assigned to internal or external collections |
| 08/13/08 | 93 | | XF | Account assigned to internal or external collections |
| 09/17/08 | 93 | | XF | Account assigned to internal or external collections |
| 10/15/08 | 93 | | XF | Account assigned to internal or external collections |
| 11/17/08 | 93 | | XF | Account assigned to internal or external collections |
| 12/15/08 | 93 | | XF | Account assigned to internal or external collections |
| 01/13/09 | 93 | | XF | Account assigned to internal or external collections |
| 02/15/09 | 93 | | XF | Account assigned to internal or external collections |
| 03/16/09 | 93 | | XF | Account assigned to internal or external collections |
| 04/15/09 | 93 | | XF | Account assigned to internal or external collections |
| 05/18/09 | 93 | | XF | Account assigned to internal or external collections |
| 06/21/09 | 93 | | XF | Account assigned to internal or external collections |
| 07/16/09 | 93 | | XF | Account assigned to internal or external collections |
| 08/16/09 | 93 | | XF | Account assigned to internal or external collections |
| 09/17/09 | 93 | | XF | Account assigned to internal or external collections |
| 10/16/09 | 93 | | XF | Account assigned to internal or external collections |
| 11/16/09 | 93 | | XF | Account assigned to internal or external collections |
| 12/16/09 | 93 | | XF | Account assigned to internal or external collections |
| 01/18/10 | 93 | | XF | Account assigned to internal or external collections |
| 02/17/10 | 93 | | XF | Account assigned to internal or external collections |