FILED

2010 Nov-23  AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

JAMON T. BRIM,

     Plaintiff,

vs.                         CASE NO. CV-10-J-369-NE

DELL FINANCIAL SERVICES,
LLC, et al.,

     Defendants.

## ORDER

It is hereby **ORDERED** that this matter is **SET** for mediation on **Tuesday,
November 30, 2010, at 10:00 a.m.** in the chambers of the undersigned judge, at the
Hugo L. Black Federal Courthouse, Birmingham, Alabama.

**Counsel for each party will be required to attend along with the party or,
if the party is a corporate entity, an appropriate representative**.

**DONE** and **ORDERED** this the 23rd day of November, 2010.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE