THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

vs.                       CASE NO. CV-10-J-369-NE

DELL FINANCIAL SERVICES,
LLC, et al.,

    Defendants.

## ORDER

The parties having filed a consent motion to stay proceedings pending mediation (doc. 34) and the court having considered said motion and being of the opinion said motion is due to be granted;

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED**. The summary judgment briefing schedule previously entered is **STAYED** pending mediation of this matter and further Orders of the court.

    **DONE** and **ORDERED** this the 23rd day of November, 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE