# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

vs.                             CASE NO. CV-10-J-369-NE

DELL FINANCIAL SERVICES, LLC, et al.,

    Defendants.

## ORDER

In accordance with prior instructions of the court, the parties having informed the court by conference call that briefing on the pending motions for summary judgment should resume;

It is therefore **ORDERED** by the court that the stay previously entered in this case is **LIFTED.**

It is further **ORDERED** by the court that response briefs for the pending motions for summary judgment shall be filed on or before December 15, 2010.  Reply briefs may thereafter be filed on or before December 22, 2010.  Page limits previously set forth by the court remain binding on the parties.

This case is **RESET** for pretrial conference on February 14, 2011, in Florence, Alabama.  This case is **RESET** for trial on February 22, 2011, at 9:00 a.m., in Florence, Alabama.

    **DONE** and **ORDERED** this the 1st day of December, 2010.

*[signature]*
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE