FILED
2010 Dec-15  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Freedom Court Reporting, Inc**

16

you know, I had to buy it separately, but it came with the computer.

Q.   Is this a laptop or a desktop?

A.   Desktop.

Q.   Did you buy a monitor?

A.   I mean, it came -- I think it was a package.

Q.   And why did you buy a computer?

A.   Because I think at the time I might -- think I was -- started thinking about online school, or maybe I just wanted a computer.

Q.   Do you remember when you made that purchase?

A.   October.  It was on credit.  October.

Q.   When you say it was on credit --

A.   Like it was supposed to be financed, but I knew I was going to buy it.  This was to establish credit.

Q.   October of what year?

A.   '04.

Q.   And how did you order it?  Did you do it over the phone --

A.   Over the phone.

**2015 3rd Avenue North Birmingham, Alabama (877) 373-3660**

Q. Do you recall that person's name?

A. I do not.

Q. So just describe to me what happened on the phone when you were transferred to this person.

A. I just told them I was paying the computer off.

Q. Did you tell them the amount you were paying?

A. Well, I knew what it was, but I asked him how much did I owe, and he told me and I paid it.

Q. Do you remember receiving a bill before calling to make the payment?

A. I might have, but I do not remember. The lady that I spoke to when I ordered the computer, she told me exactly how much I owed.

Q. Is that the amount you paid?

A. Yes.

Q. So did this -- you referred to the person you talked to when you paid as a him, so did he give you the same amount --

A. Yes.

$954.12?

A.   Correct.

Q.   You told me earlier that the amount you paid was the amount they told you over the phone?

A.   That -- what I owed?

Q.   Yes, sir.

A.   Um-hum.

Q.   Do you think that's the amount that they told you over the phone, the 954.12?

A.   That's what I thought it was.

Q.   Other than receipts or statements similar to Defendant's Exhibits One and Two, did you receive any other documents from Dell at the time you made your purchase?

A.   No.

Q.   After you made your payment to Dell listed on your bank statement as November 8, did you hear from Dell again?

A.   I did not.

Q.   But you did tell me you continued to receive statements from them?

A.   I received this one, and I don't think

live at Dell?

A.   I did.

Q.   Do you remember who?

A.   It was a guy.  After the first person that I spoke with, the lady, it was nothing but guys after that.  It was foreign guys.

Q.   What did you tell Dell when you called them?

A.   That it was paid.

Q.   What was their response?

A.   Send them the receipt or send them, I think, a statement.  Bank statement.

Q.   So they told you to send the bank statement?

A.   Correct.

Q.   Did they ask you to send anything else other than a bank statement or a receipt?

A.   No.

Q.   I show you what I'm marking as Defendant's Exhibit Five and ask you if you recognize that?

(Whereupon, Defendant's Exhibit Five

**Freedom Court Reporting, Inc** 41

received this statement, you thought that your payment had been credited.

A. I did.

Q. And when you received this, you called Dell?

A. Yes, I might have. I might have spoken with them before this.

Q. But at some point Dell told you to send a receipt or a statement?

A. Yes.

Q. Did you do that?

A. I did that.

Q. Did you do that after your first phone conversation with Dell?

A. Send a statement -- you mean after the check over the phone?

Q. No. After receiving the second statement months after the purchase.

A. Send them a statement? Yes, I faxed them.

Q. You faxed them a statement. After you faxed them a statement, did you call them again?

found out it wasn't taken care of, I believe.

Q.   But you don't remember how you found out --

A.   I do not remember.

Q.   -- that it wasn't taken care of?

A.   I honestly do not remember.

Q.   Looking at Page Two of Exhibit Six, the description of your complaint, Dell's response to the Better Business Bureau, what was Dell's response to your complaint?

A.   It looks like they were waiting on a transaction or detailed report.

Q.   Did you know what a transactional detailed report was?

A.   I did because I went to my bank and asked for one and -- let's go back to Exhibit Four.  And that's what they gave me.

Q.   When did you go to your bank and ask for one?

A.   I can't --

Q.   Was it after receiving Dell's response and the Better Business Bureau?

A.   No.  I think I sent a statement

before.  I can't remember.

Q.  So you asked your bank what a transactional detailed report was?

A.  I remember asking them that.

Q.  Do you remember if you asked them that before or after this Better Business Bureau response?

A.  It was before that, I think.

Q.  Had Dell used that phrase, "transactional detailed report --

A.  No, they didn't.

Q.  -- before"?  If they had never used that phrase, why would you ask your bank for a transactional detailed report?

A.  I just asked for it.  I wanted to -- because I had a statement before that I sent to Dell.  Obviously, it didn't work.  So I wanted something that would show every information that they would ask for.

Q.  And Defendant's Exhibit Four is what the bank gave you?

A.  They did.  The lady told me -- I can't remember who, but she said, "This is a

transactional detailed report."

Q.   When is the first time you ever heard that phrase "transactional detailed report"?

A.   I don't remember.

Q.   Did you ever ask Dell what they meant by transactional detailed report?

A.   I didn't.

Q.   If you look with me on Defendant's Exhibit Six, Page Two, describing the responses in the Better Business Bureau.  The one in the middle appears to be a response from you; is that correct?

A.   Right here?

Q.   Yes.

A.   Yes.

Q.   Do you see where it says, "The bank stated they did not know what a transactional detailed report was?"

A.   Yes.

Q.   Do you remember that conversation with your bank?

A.   I do not.

Q.   Looking back at that same page, do you

Q. Is a transactional detailed report different from the bank statement?

A. No, because I went into the branch and asked for a transactional detailed report. I had a -- I think it was a copy of this. And she said, "This is a transactional detailed report. This is all we can provide. If you need anything else, call us."

Q. Did you show anyone at the bank Dell's response --

A. No.

Q. -- when you asked for that? Do you remember who you talked to at the bank?

A. No.

Q. Do you remember which branch you were at?

A. Madison, maybe.

Q. Did you file this Better Business Bureau complaint yourself?

A. Yes.

Q. Did you consult a lawyer before filing the complaint?

A. No.

Q.  And what did he say?

A.  Send them a bank statement.

MR. SYKSTUS:  Can we go off the record real quick?

(Whereupon, a brief discussion was held off the record.)

Q.  Do you think this July 29 letter is in response to talking to that supervisor?

A.  I don't remember.

Q.  In this letter, you also state, "Please do not contact me again by phone or in writing."  Is that right?

A.  Correct.

Q.  Did the supervisor tell you to put that in the letter?

A.  No.  But I didn't want them calling me.

Q.  Did you consult a lawyer before sending this letter?

A.  No.  I think I know a little bit about collection agencies so I didn't -- I just knew İ didn't want them calling me.

Q. Do you remember when that was?

A. I do not.

Q. And what did it say about a lawsuit?

A. That I owed a debt and they were suing me.

Q. And what did you do, if anything, in response to that letter?

A. I called Mr. Skystus.

Q. Do you recall what month and year that would have been?

A. I do not.

Q. Do you recall if it was before or after this March 10, 2009 letter?

A. I do not because I was out of town. I don't remember when. And there was a card on my door.

Q. Did you ever respond to the lawsuit in court?

A. I didn't. I think I was out of town.

Q. Do you know what happened to that lawsuit?

A. I do not.

Q. In this March 10, 2009 letter, you

again say you've enclosed a copy of your bank statement; is that right?

A. Did I say it on this letter?

Q. March 10, 2009, Defendant's Exhibit Ten, yes, sir.

A. Oh, okay, I did.

Q. Is that the same bank statement --

A. That is.

Q. -- that we've been talking about?

A. Four.

Q. Defendant's Exhibit Four, right. Did you ever send Midland anything other than --

A. I did.

Q. -- that bank statement? What was it?

A. My license and my Social Security number.

Q. Did Midland ever ask you to send anything else?

A. No. You mean besides my license, Social Security number and the bank statement that they asked me to send them?

Q. Yes, sir.

A. Oh, no, I volunteered that.

Q.   You volunteered --

A.   My license and Social Security.

Q.   Did Midland ever ask you to send anything?

A.   Besides the bank statement?

Q.   So they did ask you to send the bank statement?

A.   When I talked to the guy.

Q.   The supervisor?

A.   He did.

Q.   Okay.  But they've never asked you to send anything else other than the bank statement?

A.   No.

Q.   Between your July 2008 letter and your March 2009 letters to Midland, did you ever wonder what was going on with the account?

A.   I was out of town, so -- I mean, I was out of town working, so at that point in time I was traveling like -- I mean, it was ridiculous.

Q.   What were you -- was that for Yellow Book that you were traveling?