## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

v.                               CASE NO.: CV-10-J-369-NE

MIDLAND CREDIT MANAGEMENT,
INC., et al.,

    Defendants.

## ORDER

In accordance with the memorandum opinion entered this day, the court **ORDERS** as follows:

The plaintiff's claims against Midland Funding, LLC, are **DISMISSED**.

Count I of the plaintiff's complaint, stating a claim pursuant to the Fair Debt Collection Practices Act, is **DISMISSE**D.

Defendants' motion for summary judgment (doc. 31) is **DENIED** as to Counts II and III of the plaintiff's complaint, the court finding genuine issues of material fact remain on these claims.

Defendants' motion for summary judgment (doc. 31) is **GRANTED** as to Counts IV, V, and VI of the plaintiff's complaint, and these Counts of the plaintiff's complaint are **DISMISSED**.

The plaintiff's motion for partial summary judgment (doc. 27) is **DENIED**.

**DONE** and **ORDERED** this the 20th day of January, 2011.

_____
INGE PRYTZ JOHNSON

U.S. DISTRICT JUDGE