# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON BRIM, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.  5:10-cv-00369-IPJ |
| DELL FINANCIAL SERVICES LLC, et al. | : | |
| Defendants. | : | |
| | : | |

## AMENDMENT TO JOINT STIPULATION OF CONFIDENTIALITY

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Jamon Brim ("Plaintiff") and Defendants Midland Credit Management and Midland Funding LLC (collectively "Midland"), through their attorneys of record, as follows:

WHEREAS, the parties agreed and filed a Joint Stipulation of Confidentiality on November 12, 2010 ("Stipulation of Confidentiality") (Doc. 29-1);

WHEREAS Plaintiff has issued a subpoena for deposition testimony to third parties Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Trans Union") for deposition testimony that will may require the disclosure of trade secrets, proprietary systems, confidential commercial information, confidential research and development or other proprietary information of Equifax;

WHEREAS Plaintiff and Midland stipulate and agree to amending the Stipulation of Confidentiality to entitle Equifax, Experian and Trans Union to all the protections and rights afforded a party under paragraphs 1 through 22 of the Stipulation of Confidentiality;

Agreed and stipulated to by:

This 21st day of January, 2011.

                **JAMON T. BRIM**

/s/ Penny Hays Cauley
Penny Hays Cauley
HAYS CAULEY PC
549 West Evans Street, Suite E
Florence, SC 29501
843-665-1717
Fax: 843-665-1718
Email: phc917@hayscauley.com

Ronald Sykstus
BOND BOTES SYKSTUS & LARSEN PC
415 Church Street, Suite 100
Huntsville, AL 35801
1-256-539-9899
Fax: 1-256-539-9895
Email: rsykstus@bondnbotes.com

**MIDLAND FUNDING LLC**

/s/ Eric B. Langley
Eric B. Langley
Jason B. Tompkins
Marcus R. Chatterton
BALCH & BINGHAM LLP
1710 Sixth Avenue North
PO Box 306
Birmingham, AL 35201-0306
205-251-8100
Fax: 205-488-5680
Email: elangley@balch.com

## **ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that Equifax, Experian, and Trans Union are entitled to all the protections and rights afforded by paragraphs 1 through 22 of the Stipulation of Confidentiality as if Equifax, Experian and Trans Union were a party.

Dated: _____

_____
Inge Prytz Johnson

U.S. District Judge