# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

v.                                                 CASE NO.: CV-10-J-369-NE

MIDLAND CREDIT MANAGEMENT,
INC., et al.,

    Defendants.

## ORDER

The parties having filed an amendment to their joint stipulation of confidentiality (doc. 44) and the court having considered said stipulation of the parties;

It is **ORDERED** by the court that Equifax, Experian and Trans Union are entitled to all the protection and rights afforded by paragraphs 1 through 22 of the Stipulation of Confidentiality (Exhibit 1 to doc. 25) as fully as if Equifax, Experian and Trans Union were parties to said stipulation.

**DONE** and **ORDERED** this the 25th day of January, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE