THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

vs.                                CASE NO. CV-10-J-369-NE

DELL FINANCIAL SERVICES,
LLC, et al.,

    Defendants.

## ORDER

Defendant Midland Credit Management having filed a motion for leave to amend answer (doc. 49) and the court having considered said motion and being of the opinion the plaintiff should be allowed an opportunity to respond;

It is therefore **ORDERED** by the court that the plaintiff is allowed until February 14, 2011, prior to the pretrial conference previously set that date, to respond to said motion.

    **DONE** and **ORDERED** this the 4th day of February, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE