# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Plaintiff having filed motion for admission pro hac vice for Leonard Anthony Bennett (doc. 51), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED.

**DONE** and **ORDERED** this 7th day of February 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE