## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JAMON T. BRIM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **5:10-cv-0369-IPJ** |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC. and** ) | |
| **MIDLAND FUNDING, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT'S OBJECTION TO
### PLAINTIFF'S WITNESS AND EXHIBIT LIST

Pursuant to this Court's Scheduling Order, Defendant Midland Credit Management, Inc. ("Midland") submits the following objections to the list of witnesses and exhibits filed by Plaintiff (doc. 47):

### WITNESS LIST

5.  Midland reserves the right to object to testimony from the discovery deposition of Angelique Ross once Plaintiff designates portion(s) he expects to offer.[1]

6.  FRE[2] 402, 403.

---

[1] The deposition was conducted pursuant to the "usual stipulations," which preserved all objections except those as to privilege or form of the question.

[2] "FRE" refers to the Federal Rules of Evidence.

1137743.1

## **EXHIBIT LIST**

1.　　　FRE 402, 403, 901.

7.　　　FRE 402, 403, 802, 901.

8.　　　FRE 402, 403.

9.　　　FRE 402.

16.　　　Midland objects to Bates No. Midland 000017 pursuant to FRE 402 and 403. Moreover, page 000017 is not part of the production notes that Plaintiff identifies as this exhibit. Midland does not object to the production notes, which are Bates Nos. 000014-15.

17.　　　FRE 402, 403.

18.　　　FRE 402, 403, 802.

19-21.　　FRE 402, 403.

37-75.　　Midland adopts its objections to certain of these documents, as stated on the record at the trial depositions of Equifax, Trans Union, and Experian.[3]

77.　　　FRE 402, 403, 802, 901.

78-81.　　Midland adopts its objections to certain of these documents, as stated on the record at the trial depositions of Equifax and Experian.

---

[3] The transcripts of these depositions have not yet been made available by the court reporter.

Respectfully submitted this 8th day of February, 2011.

      /s/ *Jason B. Tompkins*
One of the Attorneys for Defendant
Midland Credit Management, Inc.

**OF COUNSEL**:
Eric B. Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  (205)251-8100
Facsimile:  (205)226-8799
elangley@balch.com
jtompkins@balch.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of February, 2011, I have filed the above and foregoing with the Clerk of the Court via the CM/ECF electronic filing system, which will send notification to all counsel of record listed below:

Penny Hays Cauley
HAYS CAULEY PC
P. O. Box 509
Darlington, SC 29540

Ronald C Sykstus
BOND BOTES SYKSTUS & LARSEN PC
415 Church Street, Suite 100
Huntsville, AL 35801

Leonard A Bennett
CONSUMER LITIGATION ASSOCIATES PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606

                                   /s/ *Jason B. Tompkins*
                                   Of Counsel