FILED
2011 Feb-11  PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Brim v. Midland, et al.*
**Case No. 5:10-cv-0369-IPJ**

# Exhibit B
## Letter from American Express



American Express / DATAMARK
Attention: Subpoena Compliance
43 Butterfield Circle
El Paso, TX  79906

February 11, 2011

**Balch & Bingham, LLP**
Jason B Tompkins
PO Box 306
Birmingham, AL 35201-0306

**RE:  Jamon T Brim vs Dell Financial Sevices LLC etal**
**Our File No:  10293MQR2497018**

Dear Sir / Madam:

Please be advised that American Express Travel Related Services, Company, Inc. / American Express Centurion Bank is unable to comply with the above referenced subpoena request for the following reason(s):

• American Express Travel Related Services Company, Inc. does not have records responsive to the subpoena request
• The name/address and Social Security number provided were not located in our database

 If we can be of further assistance please do not hesitate to contact us.

Sincerely,

Jackie P Vazquez, Subpoena Correspondent
Assistant to the Custodian of Records
1-888-257-7775 ext. 66619
INSFLTR