THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

vs.                                      CASE NO. CV-10-J-369-NE

MIDLAND CREDIT MANAGEMENT,
INC., et al.,

    Defendants.

## **ORDER**

This being the day set for pretrial conference and the plaintiff being present in person and by and through his respective counsel of record, and the defendant being present by and through its counsel of record, the court considered pending motions and entered orders thereon as follows:

With respect to the plaintiff's motion in limine (doc. 56), and over the defendant's objection, said motion is **GRANTED** as to plaintiff's first motion in limine, **DENIED** as to plaintiff's second motion in limine; and the court **WITHHELD** its ruling as to plaintiff's third and fourth motion in limine.

The defendant's motion for leave to amend answer (doc. 49) is **DENIED** with respect to the issue of contributory negligence, and **DENIED** with leave to refile as to the issue of offset.

The defendant's motion to quash subpoena is **DENIED** (doc. 57).

The plaintiff's objections to defendant's witness and exhibit lists (doc. 53) are **OVERRULED** as to objection number 1, found to be **MOOT** as to objection number 2, and **SUSTAINED** as to objection number 3, as the court finds defendant's exhibit 12 admissible in its unredacted form, except that the defendant may redact information regarding other lawsuits pending before it.  As the to remainder of plaintiff's objections, specifically numbers 4 through 7, the court **WITHHOLDS** its ruling.

**DONE** and **ORDERED** this the 14th day of February, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE