# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

v.                                                         CASE NO.: CV-10-J-369-NE

MIDLAND CREDIT MANAGEMENT,
INC., et al.,

    Defendants.

## **ORDER**

    The defendant having filed a motion to continue trial and to refer case to Magistrate Judge John Ott for mediation (doc. 60) and the court having considered said motion, finds as follows:

    This case has been set for trial on Tuesday, February 22, 2011, since December 1, 2010 (doc. 37).  Prior to that trial setting, the undersigned attempted mediation of this case on November 30, 2010.  Said mediation was unsuccessful.  Had the parties wished to attempt mediation with someone other than the undersigned since November 30, 2010, they have had more than ample opportunity to do so. Additionally, the undersigned cannot simply refer this case to Magistrate Judge John Ott, as such referrals are limited, and the undersigned has no more such referrals available until January 1, 2012.  Should the parties wish to attempt to resolve this

case amicably, they may do so between today and Tuesday, February 22, 2011.

Having considered the foregoing, and being of the opinion the motion to continue trial is due to be denied;

It is therefore **ORDERED** by the court that said motion be and hereby is **DENIED**. This case remains set for trial as previously ordered.

**DONE** and **ORDERED** this the 16th day of February, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE