FILED

2011 Feb-18  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Brim v. Midland, et al.*
**Case No. 5:10-cv-0369-IPJ**

# Exhibit A
# Letter Produced by Plaintiff

Home | Personal | Small Business | Merchants | Corporations

Customer Service | Site

 **American Express**

**Manage Your Accounts**

Select Another Account

**American Express**
PO Box 31525
Salt Lake City, UT 84131

May 14, 2009

Reference: 2009134 60 03978 USD

Dear Jamon T Brim:

Thank you for your recent application for Blue Sky from American Express. After reviewing your request, regrettably, we are unable to open an account for you at this time for the following reason(s):

Your consumer credit bureau score from Trans Union is too low  (See below) Your consumer credit bureau score mentioned above was determined using a scoring system that evaluated the information in your file at the consumer reporting agency named above. The following are the primary factors in your credit report that affected your credit bureau score:

Serious delinquency, and public record or collection filed.
Time since derogatory public record or collection is too short.
Time since delinquency is too recent or unknown.
Too many inquiries last 12 months.

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency(ies) listed in this letter. Please understand that the reporting agency(ies) played no part in our decision and cannot supply you with specific reasons why we denied credit to you. You have a right under the Fair Credit Reporting Act to obtain a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

An important notice concerning your rights is included. The creditor is American Express Centurion Bank.

It has been our experience that applicants who do not meet our basic requirements at one time may qualify later on. We invite you to submit a new application at a later date when your circumstances have changed.

Thank you for your interest in our service.

Sincerely,

Robert Garinger
Business Leader New Accounts

https://www201.americanexpress.com/eaol/statuscheck/decline_details.jsp

5/14/2009

Brim v. Dell, et al.
0020

RG/ag

**TransUnionConsumer Relations**
P.O. Box 1000
Chester PA 19022
800-888-4213/ 800-916-8800
www.transunion.com/direct

**Equifax Credit Information Services**
PO Box 740241
Atlanta, GA 30374
800 685 1111
www.equifax.com/fcra

**Experian**
P.O. Box 2002
Allen, TX 75013
1 888 397 3742
www.experian.com/ra

## IMPORTANT NOTICE CONCERNING YOUR RIGHTS

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express Centurion Bank is the FDIC Consumer Response Center, 2345 Grand Boulevard, Suite 100, Kansas City, MO 64108. The federal agency that administers compliance with this law concerning American Express Bank, FSB is the Office of Thrift Supervision, P.O. Box 7165, San Francisco, CA 94120-7165. The federal agency that administers compliance with this law concerning American Express TRS Co., Inc. is the Federal Trade Commission, Equal Credit Opportunity, Washington D.C. 20580.

**Notice to Ohio Residents.**
The Ohio state laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Notice to WashingtonResidents.**
The Washington state laws against discrimination prohibit discrimination in credit transactions because of race, creed, color, national origin, sex, or marital status. The Washington State Human Rights Commission administers compliance with this law.

UGNEUGNU0002001

View Corporate Entities and Important Disclosures, Web Site Rules and Regulations, Trademarks, and Privacy Statement. Copyright © 1995-2003 American Express Company. All Rights Reserved. Users of this site agree to be bound by the terms of the American Express Web Site Rules and Regulations.

https://www201.americanexpress.com/eaol/statuscheck/decline_details.jsp

5/14/2009

Brim v. Dell, et al.
0021