FILED
2011 Feb-18  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Brim v. Midland, et al.*
**Case No. 5:10-cv-0369-IPJ**

# Exhibit C
# Excerpts from Deposition of Steve Newnom, TransUnion

**Condensed Transcript**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ALABAMA

JAMON T. BRIM

        Plaintiff(s),

  vs.

                                   NO. 5:10-CV-369

DELL FINANCIAL SERVICES, LLC, et
al

        Defendant(s).

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**VIDEOTAPED DEPOSITION OF**

**STEVE NEWNOM**

January 25, 2011
9:10 a.m.

2 Baldwin Place
Crum Lynne, Pennsylvania

Reported by:  Dolores M. Horne



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia PA 19103
www.esquiresolutions.com

Steve Newnom                                                                January 25, 2011

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

OF ALABAMA

JAMON T. BRIM                    )

                                 ) NO. 5:10-CV-369

        - vs -                   )

                                 )

                                 )

DELL FINANCIAL SERVICES, )

LLC, et al                       )

Videotaped deposition of STEVE NEWNOM, held at 2 Baldwin Place, Crum Lynne, Pennsylvania, on Tuesday, January 25, 2011, at 9:10 a.m., before Dolores M. Horne, Professional Reporter and Notary Public, in and for the Commonwealth of Pennsylvania.

ESQUIRE DEPOSITION SOLUTIONS

1600 John F. Kennedy Boulevard

Philadelphia, Pennsylvania  19103

215-988-9191

APPEARANCES:

HAYS CAULEY, P.C.

BY:  PENNY HAYS CAULEY, ESQUIRE

     (Telephonically)

549 West Evans Street

Suite E

Florence, South Carolina  29501

(843) 665-1717

phc917@hayscauley.com

Attorneys for the Plaintiff

BALCH & BINGHAM, LLP

BY:  ERIC B. LANGLEY, ESQUIRE

     (Telephonically)

1901 Sixth Avenue North

Suite 1500

Birmingham, Alabama  35203

(205) 251-8100

elangley@balch.com

Attorneys for the Defendants

APPEARANCES:  (Continued)

ALSO PRESENT:

STRASBURGER & PRICE, LLP

BY:  MARC F. KIRKLAND, ESQUIRE

2801 Network Boulevard

Suite 600

Frisco, Texas  75034

(469) 287-3946

marckirkland@strasburger.com

Attorneys for Trans Union

DONALD WAGNER

ALICIA CAMPBELL

MARYANNE LITWA

I N D E X

WITNESS    EXAMINATION          PAGE

STEVE NEWNOM

    By:  Ms. Cauley        8, 70

    By:  Mr. Langley        62, 75

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|-----|-------------|------|
| P-1 | TU 67 through TU 77 | 14 |
| P-2 | TU 78 through TU 88 | 22 |
| P-3 | TU 89 through TU 100 | 24 |
| P-4 | TU 101 through TU 103 | 27 |
| P-5 | TU 104 through TU 107 | 28 |
| P-6 | TU 108 through TU 109 | 29 |
| P-7 | TU 110 | 31 |
| P-8 | TU 111 through TU 112 | 34 |
| P-9 | TU 113 through TU 122 | 36 |
| P-10 | TU 123 through TU 135 | 38 |
| P-11 | TU 136 through TU 144 | 39 |
| P-12 | TU 145 | 42 |
| P-13 | TU 146 through TU 147 | 44 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

Steve Newnom                                    January 25, 2011

64

point did you agree that there was a statement in the ACDV reflecting that the consumer claimed the debt was paid on November 8, 2004. Do you remember that?

A.        Yes, I do.

Q.        Where is that reflected in Exhibit 7, if at all?

A.        It is actually reflected right between the two dotted lines where it says, consumer message on the left-hand side.

Q.        Is that information that is actually transmitted to Midland or just information that Trans Union retains internally?

A.        It is information that is relayed to Midland.

Q.        Do you know if any supporting documentation was sent to Midland in connection with the dispute represented on Exhibit 7?

A.        No, it was not.

Q.        Was it in response to this ACDV that the -- that Mr. Brim's account was updated to report as disputed?

A.        Yes.

Q.        And this was in early August 2008?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

Steve Newnom                                    January 25, 2011

65

A.        Yes, it was.

Q.        And at any point prior to the actual deletion of the account in September of 2010, did the account report as anything other than disputed?

A.        To my knowledge it did not.

Q.        What is the impact in terms of credit score on an account being marked as disputed?

A.        It does not get factored into the credit score.

Q.        And so from early August 2008 through September 2010 the Midland account would not have been factored into Mr. Brim's credit score?

A.        That is correct.

Q.        Would you please look at Exhibit 9. On the second page of Exhibit 9 there is a cover letter dated August 7, 2008.  Is this the cover letter transmitting to Mr. Brim the updated credit report following the investigation of his initial dispute?

A.        Yes, it is.

Q.        In the second paragraph of that letter there's a sentence that reads, if our



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

Steve Newnom                                              January 25, 2011

**77**

CERTIFICATE

I hereby certify that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

---------------------
Dolores M. Horne
Dated:  January 29, 2011

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying shorthand reporter.)

**78**

- - - - - -
**LAWYER'S NOTES**
- - - - - -

PAGE    LINE            CHANGE

**79**

DEPOSITION ERRATA SHEET
NO.  204842
JAMON T. BRIM
- VS -
DELL FINANCIAL SERVICES, LLC, et al

DECLARATION UNDER PENALTY OF PERJURY
I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the _____ day of _____, 20 --.

_____
STEVE NEWNOM

**80**

DEPOSITION ERRATA SHEET
Page No. __ Line No. __ Change to: _____
_____
Reason for change:_____
Page No. __ Line No. __ Change to: _____
_____
Reason for change:_____
Page No. __ Line No. __ Change to: _____
_____
Reason for change:_____
Page No. __ Line No. __ Change to: _____
_____
Reason for change:_____
Page No. __ Line No. __ Change to: _____
_____
Reason for change:_____
Page No. __ Line No. __ Change to: _____
_____
Reason for change: _____
SIGNATURE:_____DATE:_____
STEVE NEWNOM



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com