Angelique D. Ross                                    September 16, 2010

**77**

1    Q.  If you look at an entry on Page 3, dated
2  January 21st, 2008, it is about midway down.
3      Do you see that?
4    A.  Yes.
5    Q.  It says, "Account eligible for recovery.  Legal
6  letter mailed."
7    A.  Yes.
8    Q.  Going up to March 30th, 2008, the account was
9  referred to an attorney's office?
10   A.  Yes.
11   Q.  Going back to 2, if you look at the comments,
12  there is no indication that Mr. Brim was told, either in
13  writing or on the phone during his telephone call, that he
14  needed to send in additional documentation for his
15  dispute, correct?
16   A.  Correct.
17   Q.  And the payment of 954.12 was never added to the
18  account or credited to the account?
19   A.  No.
20   Q.  Midland did not consider the payment of 954.12 as
21  even a partial payment on the account?
22   A.  Midland didn't -- well, we don't -- we wouldn't
23  necessarily credit that payment to the account or proof of
24  that payment, generally.  But payments made like that, the
25  actual payment would be sent to Midland.

**78**

1    Q.  So the fact that Mr. Brim had sent in a bank
2  statement showing a payment to Dell Financial in the
3  amount of 954.12, Midland, first, did not consider that to
4  be proof of payment in full on the account, correct?
5    A.  Correct.
6    Q.  And Midland didn't consider it to be proof of at
7  least a partial payment, correct?
8    A.  Correct.
9    Q.  And Midland never contacted Dell to determine
10  what the status of that payment was?
11   A.  That's correct.
12   Q.  And then on August 6, 2008, there is an entry on
13  Plaintiff's Exhibit 2 that an ACDV was received from
14  Trans Union; is that correct?
15   A.  Correct.
16   Q.  And the fact that there are asterisks where an
17  employee ID would be contained, does that indicate to you
18  that that ACDV was handled electronically by the batch
19  interface system?
20   A.  Yes.
21   Q.  No actual documents were reviewed in responding
22  to the ACDV received on August 6, 2008 from Trans Union?
23   A.  No.  The system didn't review that.  But if there
24  were a review of the documents happening at that time,
25  there would have been specific codes that the system could

**79**

1  have recognized.
2    Q.  So basically, the ACDV comes in from Trans Union.
3  The data matches.  And it is verified as accurate by the
4  system?
5    A.  It probably would have been verified, probably
6  modified to show that there was a dispute.  And based on
7  the codes and the queue location, the information compared
8  and then responded to is modified.
9    Q.  The notes do say, "Account dispute.  Modified
10  E-Oscar.  Dispute Type 12."
11     What is that?
12   A.  I don't remember offhand.  But it is the dispute
13  type that Mr. Brim would have selected when submitting his
14  dispute through the credit bureau.
15   Q.  So it would have been -- the type would come
16  through the credit bureau itself?  That's not a type that
17  Midland would have selected?
18   A.  Correct.
19   Q.  Trans Union, upon receipt of that ACDV Dell, was
20  not contacted?
21   A.  No.
22   Q.  Red Stone Federal Credit Union, where the bank
23  statement was from, was not contacted to verify whether
24  that bank statement was valid or whether a payment had
25  been made?

**80**

1    A.  No.
2    Q.  Midland does not have a copy of that ACDV
3  response, do they?
4    A.  I don't think so.
5    Q.  They can print from the system but only for a
6  period of time; is that right?
7    A.  Yes.
8    Q.  Is it six months?
9    A.  120 days.
10   Q.  So after 120 days, any ACDV responses would not
11  be available for print by Midland?
12   A.  That's correct.
13   Q.  There is an entry on August 12, 2008.  An ACDV
14  was received from Experian; is that right?
15   A.  Yes.
16   Q.  And, again, the batch interface system handled
17  that dispute electronically?
18   A.  That's right.
19   Q.  Nothing was done differently in the handling of
20  that first ACDV than the first?
21   A.  No.
22   Q.  On March 19, 2009, a third ACDV was received
23  from -- this one was from Trans Union; is that right?
24   A.  Yes.
25   Q.  At that time, it states the dispute type was 109?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                                September 16, 2010

81

1    A. Yes.
2    Q. Again, the batch interface system responded to
3    that ACDV?
4    A. Yes.
5    Q. It was the same response as to the previous two
6    ACDV?
7    A. Yes. It looks like it.
8    Q. No investigation was done by a consumer relations
9    employee into the dispute?
10   A. No.
11   Q. No documents were reviewed by any employee of
12   consumer relations in response to the ACDV?
13   A. No.
14   Q. No letters were sent to Mr. Brim regarding
15   receipt of that ACDV?
16   A. No. No letters could be sent regarding that
17   dispute because of the cease and desist.
18   Q. And Dell was not contacted?
19   A. That's correct.
20   Q. On March 20th, 2009, the very next day, an ACDV
21   is received from Equifax?
22   A. Yes.
23   Q. Same dispute type, 109, for this ACDV?
24   A. Yes.
25   Q. And this fourth ACDV was also handled by the

82

1    batch interface system?
2    A. That's correct.
3    Q. Nothing new was done in responding to that ACDV?
4    A. No.
5    Q. Then on February 25th, 2010, an ACDV was received
6    from Trans Union?
7    A. Yes.
8    Q. Dispute Type 112?
9    A. Yes.
10   Q. This fifth ACDV was handled by the batch
11   interface system?
12   A. Yes.
13   Q. With respect to all of the ACDVs that were
14   received by Midland regarding disputes by Mr. Brim, each
15   and every one of them was handled electronically by the
16   batch interface system?
17   A. Yes.
18   Q. No consumer relations employee ever reviewed the
19   ACDVs?
20   A. That is correct.
21   Q. If you'll look at Page 11, Midland Document 11,
22   this looks like a summary of when Midland started
23   reporting the account.
24   A. Yes.
25   Q. That would have been November 16, 2007?

83

1    A. Correct.
2    Q. At the top it has "1,979 messages."
3        Do you see that?
4    A. Yes.
5    Q. Do you know what that means?
6    A. The account managers don't have access to
7    e-mails, so their managers can send them messages through
8    this system. Usually, it is when they want to send a
9    group message. It refers to all the messages that have
10   been sent.
11   Q. They're not messages regarding Mr. Brim's
12   account?
13   A. No.
14   Q. Or the reporting of this account?
15   A. No.
16   Q. It is just how many might have been in the system
17   at that time?
18   A. Correct.
19   Q. Are you familiar with the code on -- compliance
20   condition code it is Column 3? It has a status "XF"?
21   A. Yes.
22   Q. What does that mean?
23   A. I don't remember the exact verbiage. It's the
24   code that is added to indicate that the consumer has
25   disputed that trade line.

84

1    Q. So Midland did report that the account was
2    disputed by Mr. Brim --
3    A. Yes.
4    Q. -- once they got his written dispute?
5    A. Yes.
6    Q. Document No. 12, do you know what this is?
7    A. Yes.
8    Q. Can you tell us what it is, please?
9    A. It is a printout of payment history, "Payment
10   History" screen.
11   Q. Do you know what those payments would have been
12   from, why those credits were made?
13   A. I'm not positive because these are in relation to
14   transactions with the firm. So I don't know that they're
15   actually payments from a consumer.
16   Q. The collector code being "YGC," means these
17   payments would have been with respect to the outside
18   collection firm handling it?
19   A. Yes. I think it is more their transactions. I'm
20   not sure they're payments.
21   Q. So that would not represent a payment made by
22   Mr. Brim?
23   A. That's right.
24   Q. We already looked at documents there, the "Letter
25   History" screen?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                    September 16, 2010

85

1    A.  Yes.
2    Q.  And if you will look at this document that is
3  stapled, it is Documents 14 through 17.
4    MS. CAULEY:  We'll mark that as Plaintiff's
5  Exhibit 3.
6    (Exhibit 3 was marked.)
7  BY MS. CAULEY:
8    Q.  Are you familiar with Plaintiff's Exhibit 3?
9    A.  Yes.
10    Q.  What is it?
11    A.  This is the production notes.  It is basically
12  the printed version of the notes on the account.
13    Q.  Are these notes the same as the collection detail
14  notes or are they different?
15    A.  The production notes are going to include the
16  information from parts of what is on the "Collection
17  Detail" screen.  So the notations themselves would be the
18  same, but on the collection detail, obviously, there is a
19  section at the top that is not printed on the production
20  notes here.
21    Q.  Do production notes also contain calls made on an
22  accounts from the collections department?
23    A.  Yes, they do.
24    Q.  Are you familiar with production notes?
25    A.  Yes.

86

1    Q.  Do you know how to read production notes?
2    A.  Yes.
3    Q.  Okay.  If we start at the very beginning, it
4  looks like a close date of December 29, 2007.  And it has
5  "CL." And it looks like "transfer."
6    A.  Yes.
7    Q.  Do you know if that is when Midland purchased the
8  account?
9    A.  Yes, it is actually -- the date that was entered
10  was 10/19/2007.  And that is when the account was actually
11  loaded into our system.
12    Q.  It indicates the letter was sent 10/26.
13    A.  Yes.
14    Q.  If you come down a little bit, it has, "Moved
15  from NRP to SIL by nightly refresh."
16    Do you know who those codes stands for?
17    A.  "NRP" is a location in our system.  And it stands
18  for "not right party."
19    "SIL," stands for "SILO."  And the nightly
20  refresh, that is just an automated process.
21    Q.  Does "SILO" stand for something?
22    A.  It stands for the dialer.  So it means it was
23  moved from that location to one that is on the automated
24  dialer.
25    Q.  Midland uses an autodialer in an attempt to reach

87

1  consumers?
2    A.  Yes.
3    Q.  Do they still use an autodialer?
4    A.  Yes.
5    Q.  There is the entry March 30th, 2008.  It is
6  further up.
7    A.  Yes.  It looks like that is January 21, 2008.
8    Q.  I see.
9    So that would have been on January 21st, 2008?
10    A.  Yes.
11    Q.  The dates above the entry?
12    A.  Yes.
13    Q.  It looks like there was a problem with address
14  information.
15    A.  Yes.
16    Q.  Come down.  And it looks like there was an
17  affidavit sent to the firm.
18    A.  Yes.
19    Q.  Do you know if you completed that affidavit?
20    A.  No.
21    Q.  Could you tell who would have completed the
22  affidavit?
23    A.  No.
24    Q.  Coming down a little bit, we've got the entry
25  August 5th, 2008 regarding the letter from Mr. Brim,

88

1  July 30th, 2008.
2    A.  Yes.
3    Q.  On Page 4, which is Midland Document 17, that
4  looks like telephone calls.
5    A.  Yes.
6    Q.  Some of those have a queue as "SIL."  That would
7  have been the autodialer?
8    A.  Yes.
9    Q.  Then "NRP."  Is that an individual?
10    A.  No.  That stands for "not right party."
11    Q.  And what about "LP3"?
12    A.  It is not a person.  It is another location in
13  the system.
14    Q.  What does that location stand for?
15    A.  I'm not sure what "LP" stands for.  But it is
16  a recovery department queue.  It is a location that
17  belongs to a specific department.
18    Q.  That would have been where individuals were
19  making the calls rather than the autodialer?
20    A.  I don't know.  They have an autodialer, but
21  only certain individuals within that department would be
22  assigned to make those calls or would be assigned to that
23  portion of the autodialer.
24    Q.  So do you know if these calls that are
25  represented by the LP3 queue were made by an autodialer or



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

September 16, 2010

Angelique D. Ross

**89**

1    an individual?
2        A.   I don't.  But I believe because it is different
3    individuals that it's the part of the autodialer that is
4    only designated for that particular department.
5        Q.   And then you told me you had not looked at
6    documents 18 through 38?
7        A.   I may have.  I just don't recall looking at
8    these.
9        Q.   Are you aware that Midland Funding sued Mr. Brim
10   to collect this debt?
11       A.   I do know that it went to an outside firm.
12       Q.   Do you know that a lawsuit was actually filed
13   against Mr. Brim?
14       A.   I believe so.
15       Q.   Are you aware that the lawsuit was actually
16   dismissed by Midland?
17       A.   Yes.
18       Q.   Do you know why the lawsuit was dismissed?
19       A.   I know I've seen the reason, but I don't recall
20   specifically.
21       Q.   Would that reason have been contained on some
22   screen in Midland's system?
23       A.   I believe I saw the reason in the production
24   notes where it says -- where it says "efforts exhausted."
25   That is the only way I knew it was closed.

**90**

1        Q.   Do you know what efforts they're referring to,
2    like efforts to collect or -- do you have any information
3    as to what efforts were exhausted?
4        A.   I'm not sure, no.
5        Q.   Page 38, that's a copy of the actual ACDV
6    response on February 25th, 2010, correct?
7        A.   Correct.
8        Q.   And that was in response to an ACDV from
9    Trans Union?
10       A.   Yes.
11       Q.   This was handled by the batch interface system?
12       A.   Yes.
13       Q.   Which is why it is signed by Midland rather than
14   by an individual; is that correct?
15       A.   That's correct.
16       Q.   Does the production note say when the lawsuit was
17   filed?
18       A.   Yes.
19       Q.   And what date is that?
20       A.   The notation says the lawsuit was filed on
21   2/24/2010.
22       Q.   No.  That's the lawsuit Mr. Brim filed against
23   Midland.  Do you know when the lawsuit was filed by
24   Midland against Mr. Brim?
25       A.   No, I can't tell that from the production notes.

**91**

1        Q.   Go back to Page 27.  That's a copy of the
2    complaint.  Do you see where it says, "Midland sued to
3    collect the total sum of $1,344"?
4        A.   Yes.
5        Q.   And that is different from the amount that was
6    actually reported by Midland?
7        A.   Yes.
8        Q.   In fact, even if you look at the very earliest
9    time the account was reported in 2007, it was reported
10   with a balance due in excess of the $1,381, right?
11       A.   That's correct.
12       Q.   Look at Document 39.  Could you tell me what that
13   is?
14       A.   This is a summary page that shows all of the
15   queue changes -- the changes in location of the account
16   interface system.
17       Q.   We've talked about a lot of these queues.  Can
18   you tell me what Queue A8 is?
19       A.   A8 is used when there isn't a phone number on the
20   account.
21       Q.   Back to the autodialer queue.
22       A.   Yes.
23       Q.   Then another one we haven't seen before is "CDR."
24   Can you tell me what that represents?
25       A.   It is a cease and desist queue.

**92**

1        Q.   And "ACV"?
2        A.   That is a person's queue.  And I believe it is
3    Brian's queue.
4        Q.   Brian Frary's queue?
5        A.   Yes.
6        Q.   If you look at 40 through 42, they're stapled,
7    Multiple Account Summary.
8        A.   Yes.
9        Q.   Mr. Brim has one account?
10       A.   Yes.
11       Q.   This is called "Multiple Account Summary"?
12       A.   Yes.
13       Q.   Then the next stapled group starts on Page 33 and
14   goes to 45.  It is "Account Media"?
15       A.   Yes.
16       Q.   It says, "No documents available for this
17   account."
18       A.   Yes.
19       Q.   What type of documents would be contained in the
20   Account Media?
21       A.   Sometimes the seller will send over account
22   statements or they may send over an original application.
23   So they're generally documents that were obtained from the
24   seller of the account.
25       Q.   This would be, like you indicated, statements on



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                    September 16, 2010

93

1   the account, something to indicate how much was owed and
2   that it belonged to that individual?
3       A.  Yes.
4       Q.  There were no documents obtained from Dell?
5       A.  Correct.
6       Q.  46 through 48, can you tell me what that is?
7       A.  It looks like it is just a search -- I'm not
8   sure.
9       Q.  Okay.
10      MR. LANGLEY:  We're at noon.
11      MS. CAULEY:  Why don't we stop with her and bring
12  in our other witness so we make sure we get him done and
13  I'll try and limit what I have to ask him.
14      MR. LANGLEY:  Shall we take 30 minutes to get
15  lunch?
16      MS. CAULEY:  Sure.  That is fine.
17      (A recess was taken.)
18  BY MS. CAULEY:
19      Q.  You understand you are still under oath from this
20  morning?
21      A.  Yes.
22      Q.  We'll start with Midland Document 49 through 51.
23  Please tell me what that document is?
24      A.  It is the customer "Additional Data" screen.
25      Q.  Is that just another view of the customer

94

1   additional data that we looked at earlier?  If you don't
2   remember, it's okay.
3       A.  I believe so.  Yeah, I believe it is just printed
4   on a different date.
5       Q.  What's the page you are looking at now?
6       A.  Page 7.
7       Q.  So Page 49, 351 is the same as what is
8   represented on Page 7 except the date printed?
9       A.  Yeah.  It is actually a different view.  It is
10  the same information.  But on Page 45, if you see in the
11  middle where it says, "click to view printable version,"
12  if you click on that, you get this Page 7.
13      Q.  Okay.  Then, if you'll go on to Page 55.
14      55 through 57 is the portfolio master
15  information.
16      A.  Yes.
17      Q.  Do you know what that is?
18      A.  Yes.  It is another screen in our system that
19  gives account information.
20      Q.  Does this information refer to the portfolio
21  within which Mr. Brim's account was obtained by Midland?
22      A.  Yes.
23      Q.  And it has a purchase date of October 10, 2007?
24      A.  Yes.
25      Q.  And account type.  Do you know what "CL"

95

1   represents?
2       A.  I don't know.
3       Q.  The seller is identified as Dell Financial
4   Services?
5       A.  Yes.
6       Q.  Number of accounts 63,346?
7       A.  Yes.
8       Q.  Mr. Brim's account was purchased in a portfolio
9   that contained 63,346 accounts?
10      A.  Yes.
11      Q.  Under that, it has some information with respect
12  to -- it looks like fees or settlement options, can you
13  tell, where it says under "media access"?
14      A.  That would be the cost of the documents.
15      Q.  To obtain the documents from Dell?
16      A.  Yes.
17      Q.  We looked earlier at the "Account Media" screen.
18  That did not contain any media, but this Document 55 would
19  indicate media could be purchased?
20      A.  Yes, probably after that 20 percent or after the
21  40 percent.
22      Q.  What does that percent represent?
23      A.  Typically, that number represents the amount of
24  documentation that doesn't have a cost initially or may
25  have a lower cost.

96

1       Q.  So anything less than 20 percent might be free?
2       A.  It may be, yes.
3       Q.  It also has some information about what type of
4   accounts these were that were purchased from Dell,
5   correct?
6       A.  Yes.
7       Q.  Go on to Pages 68 through 60.  This indicates it
8   is a "Consumer Information Maintenance" screen.  Are you
9   familiar with that screen?
10      A.  Yes.
11      Q.  What's the purpose of that screen?
12      A.  On this screen, you could -- for instance, if the
13  consumer was deceased, it is a location where you can add
14  a warning code if you forget to add it in another
15  location.
16      Q.  If a code is contained in the collection detail
17  account, which is marked as Plaintiff's Exhibit 2, would
18  it have been entered on the "Consumer Information
19  Maintenance" screen?
20      A.  It might have been.
21      Q.  It could also be entered on a different screen?
22      A.  Yes.
23      Q.  If a warning code is entered on a different
24  screen, does it automatically get placed on the "Consumer
25  Information Maintenance" screen?

Toll Free: 800.300.1214
Facsimile: 619.239.4117

ESQUIRE
an Alexander Gallo Company

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                    September 16, 2010

**97**

1   A. Yes.
2   Q. If you enter it in one place, it will populate to
3   other places?
4   A. Yes.
5   Q. Page 61 looks like an "Address Maintenance"
6   screen.
7   A. Yes.
8   Q. Beginning on 64, we have some additional address
9   maintenance information?
10  A. Yes.
11  Q. Is that information that is generally received
12  from the original creditor?
13  A. Sometimes, yes.
14  MR. LANGLEY: You you are asking that question
15  with respect to 61 through 63 or 64?
16  MS. CAULEY: Both. It looks like 64, 65, 66 go
17  with the "Address Maintenance" screen. It looks like
18  they're printouts, addresses that are contained in the
19  "Address Maintenance" screen.
20  BY MS. CAULEY:
21  Q. If a new address is obtained by Midland, they
22  enter it. And the old address remains part of the record
23  as well as the new address?
24  A. Yes.
25  Q. Same with phone maintenance, phone numbers and

**98**

1   things that are obtained?
2   A. Yes.
3   Q. If you look at 73, we're back to the letter
4   history inquiry. It looks like a duplicate?
5   A. Yes.
6   Q. Page 85. Do you know what that screen is?
7   A. Yes.
8   Q. Can you tell us what it is?
9   A. WACHSCNL list.
10  Q. Can you tell us what that means?
11  A. It is a screen that if a credit bureau notifies
12  Midland that a consumer is obtaining credit, to makes sure
13  it appears.
14  Q. If Mr. Brim had applied for credit at some point
15  during the time that Midland had the account, that may
16  have come up on this screen?
17  A. It may have, yes.
18  Q. If you'll go to Midland Document 91, these are
19  the bureau reports by the Reporting Data screens?
20  A. Yes.
21  Q. Is there a screen for each month that an account
22  is reported to the credit bureaus?
23  A. Yes.
24  Q. Does Midland report to all three of the major
25  credit reporting agencies?

**99**

1   A. Yes.
2   Q. Does it report to any credit reporting agencies
3   other than Equifax, Trans Union, Experian?
4   A. No.
5   Q. The same information would be reported to all
6   three; is that correct?
7   A. Yes.
8   Q. This shows that began reporting on November 16th,
9   2007?
10  A. Yes.
11  Q. It has an amount past due of 1,587?
12  A. Yes.
13  Q. At the top, it looks like a balance of $1,799.
14  A. Yes.
15  Q. Do you know which balance was reporting or were
16  both reporting on the credit report?
17  A. This screen was printed 6/7/10. The information
18  at the top would have been the balance at the time that
19  the screen was printed. Whereas, the information
20  underneath "bureau reports by reporting date" would have
21  been the information reported to the credit bureaus as of
22  November.
23  Q. November 16th, 2007, the balance reported as
24  unpaid and past due was $1,587.
25  A. Yes.

**100**

1   Q. Then the following month, the balance increased?
2   A. Yes.
3   Q. And in 2008, the information remained the same
4   except that the balance increased to $1,602?
5   A. Yes.
6   Q. If you will, just review it. It looks like each
7   month the information remains the same except the balance
8   increases for February to March 2008 and then to April of
9   2008; is that right?
10  A. Yes.
11  Q. March 2008, it looks like there is an address
12  change?
13  MR. LANGLEY: May of 2008?
14  MS. CAULEY: I'm sorry. May 2008.
15  THE WITNESS: Yes.
16  BY MS. CAULEY:
17  Q. And the balance increased in May of 2008?
18  A. Yes.
19  Q. The June to July balanced remained the same. But
20  in August, the address goes back to an Alabama address but
21  has the same unpaid balance; is that right?
22  A. Yes.
23  Q. Do you know why for three months the balance
24  remained the same but then it increased again?
25  A. I don't.



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                          September 16, 2010

101

1   Q. August of 2008 is also when the XF dispute code
2   was added?
3   A. Yes.
4   Q. For every month after August of 2008, it looks
5   like everything remains the same except the balance goes
6   up each month until February 2010?
7   A. Yes.
8   Q. And no monthly payments were ever reported on the
9   account?
10   A. That's correct.
11   Q. If you look at page -- at Document 119, it says,
12   "Credit Bureau Screen."
13   A. Yes.
14   Q. What information is generally contained on that
15   screen?
16   A. This is a screen that if a credit report had been
17   requested, then the credit report would actually show up
18   on this screen.
19   Q. As far as Midland's records are concerned,
20   Midland did not obtain that credit report on Mr. Brim?
21   A. Correct.
22   Q. There's the bankruptcy list screen, right?
23   A. Yes.
24   Q. That is where information would have been
25   obtained if Mr. Brim filed bankruptcy?

102

1   A. Correct.
2   Q. There is no information there?
3   A. Correct.
4   Q. Document 125, what is this?
5   A. "NAN" was a previous name for accounts assigned
6   to firms, so similar to YGC.
7   Q. If an account had been assigned to a YGC, would
8   it still be reflected on the NAN screen or is there a
9   separate YGC screen?
10   A. It could be a different screen. This would be
11   specifically for accounts that were assigned to the NAN
12   firms.
13   Q. Did you know that "YGC" is "You've Got Claims"?
14   A. Yes.
15   Q. Do you know how a decision is made by Midland to
16   send an account out to an outside attorney for collection?
17   A. No, I don't know what the criteria is.
18   Q. Look at Document 128.
19   A. Okay.
20   Q. Do you see the "Account Resolution" screen?
21   A. Yes.
22   Q. What is that screen?
23   A. This is a screen that is used when the consumer
24   states that they made a payment to the seller of the
25   account or, in this case, the issuer of the account during

103

1   the time that the account was being transferred over to
2   Midland. So sometimes consumers make payments. The
3   account has been sold. But they make a payment somewhere
4   in a week or two when the account is being transferred
5   over. So this is a screen that someone could use to find
6   out if that payment was going to be -- when that payment
7   would be transferred over to Midland.
8   Q. It is assigned to Brian Frary?
9   A. Yes.
10   Q. Is that who it would be assigned to normally?
11   A. Yeah. That is an -- that is an auto-population
12   based on where the account is at the time that form -- in
13   this case, that the form is printed.
14   Q. This might have changed over time as to who the
15   account was assigned to?
16   A. Yes.
17   Q. Currently, at the date it was printed, it was
18   assigned to Brian Frary and Tanya Flores?
19   A. Yes.
20   Q. Do you know who Tanya is?
21   A. Yes.
22   Q. Who is she?
23   A. A paralegal.
24   Q. Let's go on to Page 131, "Consumer Information."
25   Do you know why that information screen is blank except

104

1   for the balance?
2   A. This is kind of like a worksheet for an account
3   manager. In working with a consumer, the consumer may
4   give information that they may want to have for future
5   conversations with the consumer.
6   Q. That would have been handled by a collector or
7   account manager?
8   A. Yes.
9   Q. And the next screen is "Payment Plan
10   Maintenance." That is a screen that is handled by a
11   collector or account manager?
12   A. Yes.
13   Q. Do you know what the "Laser Draft" screen is,
14   144?
15   MR. LANGLEY: What was the number?
16   MS. CAULEY: 144.
17   THE WITNESS: Yes.
18   BY MS. CAULEY:
19   Q. What is that?
20   A. If a consumer makes a payment via a laser draft,
21   it would be on this screen.
22   Q. "Credit Card" screen is next. I assume that
23   would be if the consumer made a payment on a credit card,
24   that information would be contained on this screen?
25   A. Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

105

1    Q.  Document 154, the "Payment Review" screen.  Are
2  you familiar with that?
3    A.  I've seen it before.  I'm not real familiar with
4  it.
5    Q.  Do you know what "Team Code 954" is?
6    A.  Yes.
7    Q.  What's that?
8    A.  The team code for consumer relations and legal.
9    Q.  It represents both?
10    A.  Yeah.  And there may be other groups.  But it is
11  a non-account manager team.
12    Q.  "Division 09."  Do you know what that stands for?
13    A.  It is actually -- I'm sorry.  Let me clarify.
14  954 should be legal and consumer relations.
15      Division 09 may include other groups.  It is also
16  a non-account manager division.
17    Q.  So that means that the account is not in the
18  collections department for collection?
19    A.  Correct.
20    Q.  At least as of the date that it was printed?
21    A.  Correct.
22    Q.  Does Midland maintain archives of the screens or
23  any type of documentation in the system to learn what
24  information they obtained from the screen?
25    A.  Some of it, yes.

106

1    Q.  What information would be obtainable to learn
2  what changed or had been added to a screen?
3    MR. LANGLEY:  Object to the form.
4    THE WITNESS:  One of the screens we looked at
5  showed previous queues and warning codes that had been
6  added.  That information could have changed.  When you
7  print it out, it may be different.  But it would show the
8  previous information.
9  BY MS. CAULEY:
10    Q.  And what about the -- with respect to the screen
11  we just looked at, the "Payment Review" screen, is there a
12  way to determine when the account was put in 954?
13    A.  I don't know if there is any way to specifically
14  check for 954.  But he would be able to tell when the
15  queue movement happened and every queue belonged to a
16  certain division.
17    Q.  So that might be something on Plaintiff's
18  Exhibit 2 we can look at when it was assigned to a
19  specific queue, and that would tell us when it was
20  actually sent to Team 954?
21    A.  Yeah.  You'd have to know that that queue
22  belonged to 954.
23    Q.  Can you look at Plaintiff's Exhibit 2 and tell me
24  which queue belongs to 954?
25    A.  I don't know just from looking at the document.

107

1  I do know any consumer relations or legal team members
2  would be in 954.  If it was assigned to their queue, it
3  would show -- that means it is assigned to 954.
4    Q.  What could some of those queues be?
5    A.  Brian Frary, my own.
6    Q.  What is yours?
7    A.  BE3.
8    Q.  Any others queues?
9    A.  BU8 and BC7.
10    Q.  We talked about BC7 is Sidney Barrett and BU8 is
11  Melanie Bloom.
12    A.  Yes.
13    Q.  Did your name used to be Purvis?
14    A.  Yes.
15    Q.  And your current last name is?
16    A.  Ross.
17    Q.  Okay.  Let me hand you Defendant's Answers to
18  Interrogatories.  And we'll mark those as our next
19  exhibit.
20      (Exhibit 4 was marked.)
21  BY MS. CAULEY:
22    Q.  Prior to today, have you had a chance to review
23  Midland's responses to interrogatories?
24    A.  Yes.
25    Q.  Did you help compile the information that is

108

1  contained in these answers to interrogatories?
2    A.  I don't believe so, no.
3    Q.  Did you review the information to make sure that
4  it was accurate with respect to the information, not the
5  legal objections?
6    A.  I believe so.
7    Q.  The answer to Interrogatory No. 2, which begins
8  on Page 4, it indicates that a telephone call was received
9  from Mr. Brim by Midland on March 11, 2009.
10    A.  Yes.
11    Q.  If you need to refer to Plaintiff's Exhibit 2,
12  you can.  Do you have any information as to which
13  individual handled that call that would have been the call
14  received by Sidney Melanie Barrett?
15    A.  No.
16    Q.  Does Midland record calls that come in to the
17  collections department?
18    A.  Yes, some of them.
19    Q.  Are recordings done on a random basis?
20    A.  I believe so.
21    Q.  Do you know how long Midland maintains those
22  recordings?
23    A.  I'm not sure how long.
24    Q.  Are you aware if any recordings exist of
25  Mr. Brim's telephone call, either with Ms. Barrett or any

Toll Free: 800.300.1214
Facsimile: 619.239.4117

ESQUIRE
an Alexander Gallo Company

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                              September 16, 2010

109

1   other employee he may have spoken with?
2       A.  I don't believe so.
3       Q.  If there was a recording of a conversation
4   involving Mr. Brim, would that be documented somewhere on
5   the screens that we've looked at?
6       A.  No.
7       Q.  It would not?
8       A.  No.
9       Q.  Is a recording documented anywhere in the system
10  there?
11      A.  There would be a system that would document or
12  allow for a retrieval of the recording, but not in this
13  particular system.
14      Q.  If there was a recording made, it would be
15  through a different computer system that logs them by
16  account number?
17      A.  I'm not exactly sure if it is by account number.
18  But I believe you can by account number, yes.
19      Q.  You are not aware of any recordings that exist
20  with respect to Mr. Brim?
21      A.  Right.
22      Q.  Question No. 3 asks for, "Any communications and
23  reports made by Midland to any other person or entity
24  other than Mr. Brim regarding the account or the credit
25  history."

110

1       Are you aware of -- you have already told me the
2   records indicate that Midland never communicated with Dell
3   regarding Mr. Brim's dispute, correct?
4       A.  Correct.
5       Q.  Midland never communicated with Red Stone
6   regarding it?
7       A.  Correct.
8       MR. LANGLEY:  Object to the form.
9   BY MS. CAULEY:
10      Q.  And the only communications with respect to
11  Mr. Brim's account with respect to the reporting agencies
12  are the ACDVs and the UDF responses?
13      A.  Those, and I guess the regular monthly reporting.
14      Q.  The regular reporting is done monthly and then
15  the ACDVs and the UDFs?
16      A.  Yes.
17      Q.  There's no indication that telephone calls were
18  made to the reporting agencies, correct?
19      A.  Correct.
20      Q.  There is no record in Mr. Brim's account notes
21  that indicate Midland contacted any other party regarding
22  Mr. Brim's dispute?
23      A.  Correct.
24      Q.  No. 5 says, "State the name, address and job
25  titles of all persons who performed a review, participated

111

1   in a review or supplied any information of the account and
2   its content and per plaintiff's assertion he had paid them
3   in full in November of 2004 and did not owe the amount
4   claimed by Midland."
5       And in response, several people were identified.
6   The first was Sonya Kay.  Do you know Ms. Kay?
7       A.  I don't know her personally.
8       Q.  Does she work in the San Diego branch?
9       A.  Yes.
10      Q.  Do you have any knowledge as to what information
11  she may have had regarding Mr. Brim's dispute?
12      A.  No.  I don't know that she had information
13  regarding his dispute.
14      Q.  Ms. Kay doesn't work in the consumer relations
15  department?
16      A.  No.
17      Q.  She would not have had responsibility for
18  reviewing Mr. Brim's letters or the documentation he
19  provided?
20      A.  Correct.
21      Q.  Jonathan Harkless.  Do you know him?
22      A.  Yes.
23      Q.  Does he work in the San Diego branch?
24      A.  Yes.
25      Q.  Have you had any conversation with Mr. Harkless?

112

1       A.  Not related to Mr. Brim's account.
2       Q.  Do you have any knowledge as to what information
3   he may have regarding Mr. Brim's disputes?
4       A.  I don't believe he had information related to his
5   dispute.
6       Q.  And then the other two, Sidney Barrett and
7   Melanie Bloom are the two consumer relations liaisons that
8   either received a letter or telephone call from Mr. Brim,
9   correct?
10      A.  Yes.
11      Q.  Have you had any conversations with Sidney
12  Barrett regarding Mr. Brim's account or dispute?
13      A.  No.
14      Q.  Have you had any conversations with Melanie Bloom
15  regarding Mr. Brim's account or his dispute?
16      A.  No.
17      Q.  Forgive me if I've asked this.  Ms. Barrett and
18  Ms. Bloom, they both work in San Diego, correct?
19      A.  Correct.
20      Q.  How many employees work in San Diego?
21      A.  I would say 250 to 300.
22      Q.  Look at Interrogatory No. 14.  It asks for the
23  name of the individual responsible for supervising the
24  investigations.  And it identifies you.
25      A.  Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                    September 16, 2010

---

**113**

1   Q.  Did your name change recently?

2   A.  Yes.

3   Q.  If you'll turn to Interrogatory No. 24, it asks

4   for, "Every step taken to investigate the plaintiff's

5   dispute of the Midland account and credit data which was

6   reported to the national credit reporting agencies."

7        And Midland referred to documents Bates stamped 8

8   through 10 and 14 through 15.

9        8 through 10 we looked at earlier.  It is the

10  same as 52 through 54.  It is the collection detail.  And

11  you are welcome to look at it.

12  A.  Yes.

13  Q.  Documents 8 through 10 were printed earlier back

14  than.  Documents 52 through 54 were printed more recently.

15  A.  Yes.

16  Q.  Interrogatory 25 asks for, "The date, time

17  individuals responsible for each incident which Midland

18  obtained access to plaintiff's credit or credit report

19  associated with the plaintiff's Social Security number."

20       The response indicates that on two occasions

21  Midland made a soft hit.  Are you familiar with that term?

22  A.  Yes.

23  Q.  Those soft hits were not documented on the

24  "Credit Bureau" screens we looked at, correct?

25  A.  Correct.

---

**114**

1   Q.  Is there some other screen that would maintain

2   the soft hits that were made by Midland?

3   A.  I don't know if it is a screen.  I'm sure there

4   is someone who can find the soft hits because the dates

5   are there.  But I believe that might have been prior to

6   purchase of the account.  So the "Credit Bureau" screen

7   would basically show the hard pull of the credit report,

8   not the soft hits.

9   Q.  But there is a way for Midland to obtain a soft

10  hit and go back and research what dates those soft hits

11  were made?

12  A.  Yes.

13  Q.  Are you aware of any other litigation pending in

14  the state of Alabama that has claims arising under FDCPA

15  or FCRA?

16  A.  No, not that I can think of.

17  MS. CAULEY:  Off the record.

18  (A recess was taken.)

19  BY MS. CAULEY:

20  Q.  We've gone through all the screens that have been

21  produced.  Are you aware of any other screens other than

22  what we have looked at today that contain information

23  regarding Mr. Brim his account or his disputes?

24  A.  No.

25  Q.  To the best of your knowledge, you don't have

---

**115**

1   access to any other information that is maintained by

2   Midland separate from what is maintained by counsel?

3   A.  No.

4   Q.  Let me hand you that.  We're looking at

5   Document 206.  Are you familiar with what this document

6   is?

7   A.  Yes.

8   Q.  I'm not going to mark it as an exhibit because it

9   does have Mr. Brim's Social Security number on it.  Is

10  this a Universal Data Form?

11  A.  Yes.

12  Q.  This is a form Midland sent in to the credit

13  bureaus?

14  A.  Yes.

15  Q.  Instructing them to delete Midland's reporting of

16  an account?

17  A.  Yes.

18  Q.  What was the date of this Universal Data Form?

19  A.  9/9/10.

20  Q.  It is signed by Lauren Jones?

21  A.  Yes.

22  Q.  Do you know Lauren Jones?

23  A.  Yes.

24  Q.  Who is she?

25  A.  She's a paralegal.

---

**116**

1   Q.  Ms. Jones, has she ever worked in the consumer

2   relations department?

3   A.  No.

4   Q.  Have you ever worked with Mr. Jones with respect

5   to ACDVs or UDFs?

6   A.  Yes, I trained her on UDFs.

7   Q.  You actually trained her on how to send in the

8   Universal Data Form?

9   A.  Yes.

10  Q.  She has the authority on behalf of Midland to

11  delete the accounts from the credit bureaus?

12  A.  Yes.

13  Q.  If you look on the top right corner, it has

14  Equifax, Experian, then it has Innovis.  But there no

15  subscriber code.

16       Do you see that?

17  A.  Yes.

18  Q.  Does that mean nothing was ever reported to them?

19  A.  Correct.

20  Q.  As we sit here today, are you aware that through

21  documentation from Red Stone Federal Credit Union that

22  Dell did verify it did received Mr. Brim's payment?

23  A.  I am aware of that, yes.

24  Q.  So there is no longer any dispute that the

25  payment was made by Mr. Brim and that he did not owe this

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                    September 16, 2010

---

**117**

1  debt?
2      A.  Correct.
3      Q.  Prior to July 2010, when you told me earlier
4  today some changes may have been made with respect to the
5  Fair Credit Reporting Act from October 2007 up through
6  July 1st, 2010, were Midland's policies and procedures for
7  the handling of ACDVs the same?
8      MR. LANGLEY:  Object to the form.
9      THE WITNESS:  I believe so, yes.
10 BY MS. CAULEY:
11     Q.  As far as you are aware, there were no changes in
12 how ACDV are responded to from October 2007 to July 1st,
13 2010?
14     A.  No, not that I can recall.
15     Q.  Are there any type of reports maintained on the
16 consumer relations liaisons with respect to the number of
17 ACDVs they review or the number of disputes they review on
18 a weekly or monthly or quarterly basis?
19     A.  Yes.
20     Q.  What are those reports?
21     A.  They're a production report.
22     Q.  How are they done?  Monthly?  Quarterly?
23     A.  There is one report that is run daily.  And
24 another that is -- I guess weekly.
25     Q.  Are these production reports done by employee or

---

**118**

1  by the department?
2      A.  By employee.
3      Q.  And what do they contain?  What type of
4  information?
5      A.  How many accounts each person worked in a certain
6  timeframe.
7      Q.  Are there goals for liaisons to meet with respect
8  to how many accounts they work?
9      A.  Per day, yes.
10     Q.  How many accounts is a liaison expected to work
11 per day?
12     A.  About 70 accounts.
13     Q.  Is there any type of incentive program or
14 compensation that is provided if they work more than 70?
15     A.  No.
16     Q.  Is there any type of discipline or do they
17 receive any type of write-up if they do not meet their
18 quota?
19     A.  There could be.  But generally, I would say no
20 because depending on the volume or the circumstances,
21 there may be times when they need to be lower than that
22 number because of whatever is going on at the time.
23     Q.  If it is just one day here or there or a couple
24 of days during a particularly busy time, if an employee
25 falls below the 70, there wouldn't be disciplinary action

---

**119**

1  necessarily?
2      A.  Correct.
3      Q.  If it happened over a period of months, would
4  disciplinary action be taken?
5      A.  There may be.  If a manager spoke to that person
6  and tried to work with them and didn't necessarily see a
7  reason why that number would be low and maybe there wasn't
8  any improvement.
9      Q.  Are those reports maintained?  Do you maintain
10 those reports?
11     A.  Yes.
12     Q.  How long do you maintain those?
13     A.  I don't know that we discarded any.  I believe I
14 have them since I started managing.
15     Q.  Are there any other type of reports that you keep
16 on the number of disputes that are received or how quickly
17 they're handled, anything like that, with respect to the
18 consumer relations department?
19     A.  There's a report through E-Oscar that will show
20 how many disputes came through E-Oscar.
21     Q.  Do you print those?
22     A.  No.  We don't usually print those.  Just take the
23 information from the report.
24     Q.  Is that how the daily and weekly production
25 reports are compiled?

---

**120**

1      A.  It is a part of the daily production report.
2      Q.  Is there any type of log that documents written
3  disputes from consumers versus ACDV disputes?
4      A.  I'm not sure what you mean by "log."
5      Q.  E-Oscar creates a record of how many disputes are
6  received by Midland daily?
7      A.  Yes.
8      Q.  Is there any type of report or document that
9  keeps count or a record of written disputes received
10 directly by Midland for the consumer?
11     A.  No, not specifically written disputes.  There is
12 a report that will state how much correspondence has come
13 into the department.  But those are not all necessarily
14 disputes.
15     Q.  So is there some type of report that maintains
16 the volume of correspondence that is received by the
17 consumer relations department?
18     A.  Yes.
19     Q.  What is that report called?
20     A.  We call it the "daily mail count."
21     Q.  And there is no distinction made on that report
22 whether there was a dispute or what the letter was versus
23 cease and desist, something like that?
24     A.  No.  It is the count of the mail as it comes in.
25     Q.  Do the liaisons -- they work 8:00 to 5:00?  9:00

---

Toll Free: 800.300.1214
Facsimile: 619.239.4117

ESQUIRE
an Alexander Gallo Company

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                      September 16, 2010

121

1   to 5:00?
2       A.  Most of them work somewhere between -- some start
3   earlier, 6:00 to 2:30, 7:00 to 3:30, 8:00 to 4:30.
4       Q.  Do they take a half hour lunch?  An hour lunch?
5       A.  Most of the time they take a half hour lunch.
6       Q.  Do they get any other breaks during the day?
7       A.  Yes.  Standard, two 15-minute breaks.
8       Q.  Are there any other standards?
9       A.  You mean others besides production?
10      Q.  Yes, besides the production?
11      A.  Well, I mean, we want them to do things
12  accurately and follow the policies and procedures so there
13  isn't anything specific.  But if somebody noticed
14  something, they would address that with that person.
15  There may be opportunity to revisit it with the whole team
16  if there's questions about policies and procedures.
17      Q.  How do you find out or how does the supervisor
18  find out if the liaison is not following the policies and
19  procedures?
20      A.  That may happen during account review.  The
21  accounts are not assigned to any one specific person.
22  Different people may come across the same account or I may
23  end up talking to a consumer, something like that.  So it
24  could be various ways.
25      Q.  If they ran across something they felt was

122

1   incorrect or inaccurate, they might bring that to a
2   supervisor's attention or to your attention?
3       A.  Yes.
4       Q.  Do you document those issues like in an employee
5   file?
6       A.  Some of them.  Not all of them.  Sometimes just
7   talking to someone and clarifying, finding out what is
8   going on.  It may be very simple.  Other times, it may
9   need to be documented.
10      Q.  With respect to Mr. Brim's account, you are not
11  aware of anything that was done inaccurately by the
12  employees in consumer relations; is that correct?
13      A.  Correct.
14      Q.  None of the employees in consumer relations
15  actually ever responded to an ACDV with respect to
16  Mr. Brim?
17      A.  Correct.
18      Q.  Do you maintain employee files for your consumer
19  relations employees independently of their HR file?
20      A.  Yes.
21      Q.  Everything we've looked at with respect
22  to Mr. Brim's account was handled according to Midland's
23  policies and procedures at the time, correct?
24      A.  Correct.
25      Q.  Do you know if Midland had received other

123

1   disputes regarding paid prior to Midland purchasing it
2   with respect to the Dell portfolio?
3       A.  I don't know.
4       Q.  Does Midland keep any type of report on how many
5   disputes are received with respect to a particular
6   portfolio?
7       A.  No, we don't.  In my department, we don't.  A
8   another department may.
9       Q.  If ACDVs were received from other consumers
10  alleging the same thing that Mr. Brim was alleging, they
11  would have been handled the same way that Mr. Brim's ACDV
12  was handled; is that correct?
13      A.  It would depend.
14      Q.  If everything were the same as Mr. Brim's case,
15  then the response to the ACDV would be the same?
16      A.  That's probably likely.
17      Q.  Have you had any conversations other than with
18  counsel regarding Mr. Brim's case or his account with
19  anyone at Midland?
20      A.  No.
21      Q.  You haven't talked about any aspect of Mr. Brim's
22  account with any other employee of Midland?
23      A.  I don't believe so, no.  Actually, I may -- I
24  don't know which paralegal was assisting with this.  I may
25  have spoken to the paralegal.  But I just don't remember.

124

1       Q.  No other employees that you recall specifically
2   talking with them about the Brim account or the response
3   to the ACDV?
4       A.  Oh, no.
5           MS. CAULEY:  Those are all the questions I have.
6           MR. LANGLEY:  I might have one.  Let me check.
7
8               EXAMINATION
9   BY MR. LANGLEY:
10      Q.  Will you look at Document 169.  It's within the
11  consumer relations operations manual.  Look at Box No. 5,
12  which is on Page 169.
13      A.  Okay.
14      Q.  In the Action column, it says, "If unable to
15  determine if proof is valid, account will be reported to
16  ACQ," which is acquisitions; is that right?
17      A.  Yes.
18      Q.  If consumer relations determines proof is
19  invalid, is the account referred to acquisitions?
20      A.  No.
21          MR. LANGLEY:  That's all.
22          MS. CAULEY:  We're done.
23          (The proceedings concluded at 3:13 p.m.)
24                    * * *
25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                               September 16, 2010

**125**

1       REPORTER'S CERTIFICATION

2

3       I, Denise T. Johnson, a Certified Shorthand Reporter

4       in and for the State of California, do hereby certify:

5

6       That the foregoing witness was by me duly sworn; that

7       the deposition was then taken before me at the time and

8       place herein set forth; that the testimony and proceedings

9       were reported stenographically by me and later transcribed

10      into typewriting under my direction; that the foregoing is

11      a true record of the testimony and proceedings taken at

12      that time.

13

14      IN WITNESS WHEREOF, I have subscribed my name this

15      23rd day of September, 2010.

16

17

18

19      _____

20      Denise T. Johnson, CSR No. 11902

21

22

23

24

25

---

**126**

1       DEPOSITION ERRATA SHEET

2

3

4       Our Assignment No. 345156

5       Case Caption:  JAMON T. BRIM

6       vs. DELL FINANCIAL SERVICES, LLC

7

8       DECLARATION UNDER PENALTY OF PERJURY

9

10      I declare under penalty of perjury that I have

11      read the entire transcript of my Deposition taken in the

12      above captioned matter or the same has been read to me,

13      and the same is true and accurate, save and except for

14      changes and/or corrections, if any, as indicated by me on

15      the DEPOSITION ERRATA SHEET hereof, with the understanding

16      that I offer these changes as if still under oath.

17

18

19

20      Signed on the _____ day of _____, 20___.

21

22

23      _____

        ANGELIQUE DANIELLE ROSS

24

25

---

**127**

1       DEPOSITION ERRATA SHEET

2       Page No._____ Line No._____ Change to:_____

3       _____

4       Reason for change: _____

5       Page No._____ Line No._____ Change to:_____

6       _____

7       Reason for change: _____

8       Page No._____ Line No._____ Change to:_____

9       _____

10      Reason for change: _____

11      Page No._____ Line No._____ Change to:_____

12      _____

13      Reason for change: _____

14      Page No._____ Line No._____ Change to:_____

15      _____

16      Reason for change: _____

17      Page No._____ Line No._____ Change to:_____

18      _____

19      Reason for change: _____

20      Page No._____ Line No._____ Change to:_____

21      _____

22      Reason for change: _____

23

24      SIGNATURE:_____DATE_____

25      ANGELIQUE DANIELLE ROSS

---

**128**

1       DEPOSITION ERRATA SHEET

2       Page No._____ Line No._____ Change to:_____

3       _____

4       Reason for change: _____

5       Page No._____ Line No._____ Change to:_____

6       _____

7       Reason for change: _____

8       Page No._____ Line No._____ Change to:_____

9       _____

10      Reason for change: _____

11      Page No._____ Line No._____ Change to:_____

12      _____

13      Reason for change: _____

14      Page No._____ Line No._____ Change to:_____

15      _____

16      Reason for change: _____

17      Page No._____ Line No._____ Change to:_____

18      _____

19      Reason for change: _____

20      Page No._____ Line No._____ Change to:_____

21      _____

22      Reason for change: _____

23

24      SIGNATURE:_____DATE_____

25      ANGELIQUE DANIELLE ROSS

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

---

**A**

A8
91:18,19

able
47:16 106:14

acceptable
39:8,16

accepted
39:14

access
21:2,9 36:11
56:12,17
57:4,6 58:16
83:6 95:13
113:18 115:1

account
14:20 17:25
21:4,11,23
23:3,9,14,15,
16,17,22
24:4,9,11,14,
15,17,18,22
25:9 26:9,22,
23,25 27:14,
20 28:25 29:2
34:22 35:22,
24 36:4,19
37:4,5,9,15
38:10,17,19,
20,21 39:14
40:2,8,25
41:3,5,6,8,9,
13,16,17,20,
23 42:2,7,10,
11,24 43:15,
18,20,24
44:3,6,18,20,
24 45:3,8,11,
20,22,25 46:4
53:2,11
55:14,16,19
56:16 57:12
60:7 61:12

64:6,11
66:19,20
68:9,23 69:6
70:18 71:19,
22,24 72:14
73:13,18
74:22 75:6,9,
25 76:3,6,22
77:5,8,18,21,
23 78:4 79:9
82:23 83:6,
12,14 84:1
85:12 86:8,10
91:9,15,20
92:7,9,11,14,
17,20,21,24
93:1 94:19,
21,25 95:8,17
96:17 98:15,
21 101:9
102:7,16,20,
25 103:1,3,4,
12,15 104:2,
7,11 105:17
106:12
109:16,17,18,
24 110:11,20
111:1 112:1,
12,15 113:5
114:6,23
115:16
121:20,22
122:10,22
123:18,22
124:2,15,19

accounts
8:3 17:16
21:1,8,10
25:3 38:25
46:18 54:13,
18 55:6 64:9
85:22 95:6,9
96:4 102:5,11
116:11 118:5,
8,10,12

121:21

accuracy
55:9,12

accurate
23:1 55:5,20
79:3 108:4
126:13

accurately
121:12

ACDV
14:24 20:24
21:21,22
22:21,23,24
23:3,9,11,18,
20 53:19
54:22 55:2
57:18,24
59:13,20
60:4,7,9,18
78:13,18,22
79:2,19 80:2,
10,13,20,22
81:3,6,12,15,
20,23,25
82:3,5,10
90:5,8 117:12
120:3 122:15
123:11,15
124:3

ACDVs
15:1,5 16:25
18:18 19:25
20:3,21 21:5,
12,24 22:18
23:4 29:4
57:21 60:1
82:13,19
110:12,15
116:5 117:7,
17 123:9

ACQ
40:8,9 41:6
124:16

acquisitions

40:10,11,17,
18,25 42:1,18
43:2,15,17,
19 124:16,19

Act
12:20,23
53:19 55:23
56:6,9,22
57:2,9 65:20
117:5

action
66:17 69:2
118:25 119:4
124:14

actual
23:8 31:20,21
34:8 43:18
58:4 67:12
77:25 78:21
90:5

ACV
92:1

adapt
22:4

add
36:4 37:5
44:18 96:13,
14

added
41:11,20,21,
22 75:9 77:17
83:24 101:2
106:2,6

adding
73:18

addition
11:7 15:11

additional
25:23 26:13
27:6 29:10
65:12,15
73:5,8,10,
12,24 77:14

93:24 94:1
97:8

address
8:19,20,25
9:2 35:23
38:11 76:10
87:13 97:5,8,
17,19,21,22,
23 100:11,20
110:24 121:14

addresses
58:21 97:18

Aero
9:5

affairs
10:14 28:14

affidavit
49:11 51:5
87:17,19,22

agencies
55:6 57:13
68:4 98:25
99:2 110:11,
18 113:6

ago
50:3

agree
8:11 55:4,8

ahead
28:11

ALABAMA
1:2 2:9 6:12
100:24 114:14

alleging
123:10

allotted
62:18

allow
109:12

along
34:15

already



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010
130

| | | | | |
|---|---|---|---|---|
| 8:18 35:24<br>68:9 84:24<br>110:1<br>**Also**<br>2:10 5:19<br>7:11 10:10<br>16:15,16<br>18:18 19:9,25<br>23:4 26:16<br>28:4 34:11<br>36:1,22 38:14<br>40:15 43:20<br>44:11 50:15<br>55:12 57:4<br>59:6 65:8<br>66:21 68:2<br>70:4 73:23<br>81:25 85:21<br>96:3,21 101:1<br>105:15<br>**always**<br>13:10 38:12<br>46:24<br>**America**<br>12:13<br>**amount**<br>31:10 62:18<br>72:22 78:3<br>91:5 95:23<br>99:11 111:3<br>**Amy**<br>40:18<br>**and/or**<br>126:14<br>**ANGELIQUE**<br>1:16 3:3 4:1<br>5:2,5,10 6:15<br>126:23 127:25<br>128:25<br>**annotated**<br>26:23<br>**another**<br>19:5 26:24 | 39:19 48:11<br>74:17 88:12<br>91:23 93:25<br>94:18 96:14<br>117:24 123:8<br>**ANSWER**<br>3:12 6:3<br>16:16 17:5<br>18:9 54:6<br>56:2 108:7<br>**Answers**<br>4:10 107:17<br>108:1<br>**Anuk**<br>40:19<br>**A-n-u-k**<br>40:21<br>**anywhere**<br>109:9<br>**Appearances**<br>2:1<br>**appears**<br>98:13<br>**application**<br>92:22<br>**applied**<br>98:14<br>**apply**<br>72:2<br>**appropriate**<br>60:7<br>**appropriately**<br>53:5<br>**Approximately**<br>9:18 12:25<br>14:3 61:3<br>**April**<br>100:8<br>**archived**<br>75:15 76:24<br>**archives** | 75:13 105:22<br>**arising**<br>114:14<br>**asked**<br>50:22 112:17<br>**asking**<br>97:14<br>**asks**<br>109:22 112:22<br>113:3,16<br>**aspect**<br>123:21<br>**assertion**<br>111:2<br>**Assign**<br>42:7 44:8<br>**assigned**<br>40:25 41:3<br>42:1,14 43:20<br>44:4,21,25<br>45:3 46:12<br>88:22 102:5,<br>7,11 103:8,<br>10,15,18<br>106:18 107:2,<br>3 121:21<br>**Assignment**<br>126:4<br>**assignments**<br>15:10<br>**assist**<br>51:10<br>**assisting**<br>123:24<br>**associated**<br>113:19<br>**assume**<br>104:22<br>**assurance**<br>12:3<br>**asterisks** | 78:16<br>**attached**<br>4:15 63:24<br>64:20<br>**attempt**<br>17:17 86:25<br>**attempts**<br>53:7<br>**attention**<br>122:2<br>**attorney**<br>35:24 37:17,<br>21 48:11 53:5<br>54:11 55:17<br>66:25 102:16<br>**attorney-<br>client**<br>54:4<br>**attorneys**<br>47:22<br>**attorney's**<br>76:10 77:9<br>**August**<br>64:17 78:12,<br>22 80:13<br>87:25 100:20<br>101:1,4<br>**authority**<br>116:10<br>**authorizatio<br>n**<br>69:19 70:13<br>**autodialer**<br>86:25 87:3<br>88:7,19,20,<br>23,25 89:3<br>91:21<br>**automated**<br>21:14,16,22<br>86:20,23<br>**automaticall** | **y**<br>22:25 44:15<br>45:8 57:24<br>96:24<br>**a u t o -<br>population**<br>103:11<br>**available**<br>46:24 58:5<br>59:21 80:11<br>92:16<br>**aware**<br>39:15 57:11<br>62:5 89:9,15<br>108:24 109:19<br>110:1 114:13,<br>21 116:20,23<br>117:11 122:11<br>**B**<br>**back**<br>29:14 38:15<br>39:17 41:4<br>42:25 43:3<br>54:24 63:18<br>64:1 68:7<br>70:2 73:3<br>74:24 77:11<br>91:1,21 98:3<br>100:20 113:13<br>114:10<br>**balance**<br>17:18 63:19<br>68:4 72:14,<br>18,20 74:22<br>76:17 91:10<br>99:13,15,18,<br>23 100:1,4,7,<br>17,21,23<br>101:5 104:1<br>**balanced**<br>100:19<br>**BALCH**<br>2:8 |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

September 16, 2010
131

Angelique D. Ross

bank
30:7 39:24
40:1 44:9,14,
20 64:20 65:5
67:2,24 78:1
79:22,24
bankruptcy
101:22,25
Barrett
69:13 71:14
72:5,8 107:10
108:14,25
112:6,12,17
based
30:14,17
63:15 65:14
72:22 79:6
103:12
basic
22:8
Basically
14:12 15:15
20:16 29:6
30:15 31:9
52:19 56:24
59:20 70:3
71:25 79:2
85:11 114:7
basis
108:19 117:18
batch
21:17,18,25
22:1,10,18,22
23:4,12
57:22,25
78:18 80:16
81:2 82:1,10,
16 90:11
Bates
32:20 113:7
BC7
71:13 107:9,
10

BE3
107:7
began
99:8
beginning
86:3 97:8
begins
108:7
behalf
7:9,11 49:10
50:15 51:18
116:10
being
12:22 23:22
25:9 41:23
46:21 47:16
62:6 72:14
84:16 103:1,4
believe
13:2 33:20
44:24 49:17
50:5,11,14
53:22 56:5
62:16,21
66:20 69:22,
24 70:7,16
71:12 74:15,
21,23 89:2,
14,23 92:2
94:3 108:2,6,
20 109:2,18
112:4 114:5
117:9 119:13
123:23
belonged
93:2 106:15,
22
belongs
88:17 106:24
Besides
12:18 121:9,
10
best

22:17 114:25
better
59:4
between
13:15 15:23
19:4 20:16
54:16 121:2
BINGHAM
2:8
Birmingham
2:9
bit
5:14 58:9
86:14 87:24
biweekly
48:15
blank
62:15 103:25
blocked
70:25 71:2
Bloom
65:23 66:10,
17 68:13,16,
19 69:3
107:11 112:7,
14,18
Bonnie
19:19,22
both
35:25 97:16
99:16 105:9
112:18
bottom
65:25
Box
2:9 124:11
branch
111:8,23
break
5:15,16,17
49:6

breaks
121:6,7
Brian
2:10 54:3
92:4 103:8,18
107:5
Brian's
92:3
BRIM
1:4 4:1 5:12
8:1 27:21
61:13 62:4,7
63:16 64:14,
23 65:12,18
67:15 68:2,17
69:7 70:10
71:20 72:6,9,
15 77:12 78:1
79:13 81:14
82:14 84:2,22
87:25 89:9,13
90:22,24 92:9
98:14 101:20,
25 108:9
109:4,20,24
112:8 114:23
116:25 122:16
123:10 124:2
126:5
Brim's
21:11 72:12
73:1 76:5
83:11 94:21
95:8 108:25
110:3,11,20,
22 111:11,18
112:1,3,12,
15 115:9
116:22
122:10,22
123:11,14,
18,21
bring
48:19 93:11

122:1
Broadway
1:20
Brown
47:20
BU8
66:7,8,9
68:16 107:9,
10
bureau
8:8 53:11
60:10 79:14,
16 98:11,19
99:20 101:12
113:24 114:6
bureaus
14:16 41:17
42:12,13
55:10 57:19
98:22 99:21
115:13 116:11
business
9:1
busy
118:24

C

calculated
61:11
California
1:21 9:6
50:10,11
125:4
call
12:5,8 16:3
18:3 22:1
69:12 70:21
71:17 72:13
77:13 108:8,
13,25 112:8
120:20
called
69:7,19 70:1



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

71:2 92:11
120:19
**calling**
72:3
**calls**
17:6 18:10
20:10,17
34:22 65:15,
18 75:11
85:21 88:4,
19,22,24
108:16 110:17
**came**
18:6 22:7
30:15 48:10
60:15 119:20
**canceled**
30:6
**cancelled**
38:15 39:17
**Caption**
126:5
**captioned**
126:12
**Card**
104:22,23
**care**
5:21 21:10
**Carolina**
2:5
**case**
5:12 21:11
36:2 41:3
49:18,19
50:6,10
102:25 103:13
123:14,18
126:5
**cases**
50:22 53:18
**caught**
5:25

**CAULEY**
2:3,4 3:7
5:8,11 6:7,
12,14 7:3,4
9:3,7 15:13
25:6 32:9,11,
16,22,25
33:4,5 39:12
42:5 45:2
49:9 51:4
52:3 54:8
56:4 61:15,
20,22,25 62:1
75:1,4 85:4,7
93:11,16,18
97:16,20
100:14,16
104:16,18
106:9 107:21
110:9 114:17,
19 117:10
124:5,22
**cause**
23:11
**CCI**
70:24 71:2
**CDR**
91:23
**cease**
26:15,17
27:4,5,14
28:2 29:8
37:18,21
53:4,10
65:11,14
66:21,22
68:10 69:20
70:4,11,14
71:20,24 72:6
81:17 91:25
120:23
**center**
12:5,8
**certain**

88:21 106:16
118:5
**CERTIFICATION**
125:1
**certified**
66:1 125:3
**certify**
125:4
**chance**
6:15 107:22
**change**
28:7 100:12
113:1 127:4,
7,10,13,16,
19,22 128:4,
7,10,13,16,
19,22
**changed**
15:17 72:22
103:14 106:2,
6
**changes**
16:8 28:20,22
29:3 33:21
47:3 48:24
91:15 117:4,
11 126:14,16
**changing**
28:16
**charge**
28:9 40:17
59:25
**charge-off**
74:5
**chart**
32:14 35:19
**cheat-sheet**
59:4
**check**
35:23 38:15
39:17 106:14
124:6

**checks**
30:7
**choices**
59:15
**chose**
73:20
**Christina**
11:11,23
**circumstance
s**
118:20
**Civil**
1:7
**CL**
86:5 94:25
**claimed**
111:4
**claiming**
23:3,11 25:8
37:15 45:19
**claims**
53:18 102:13
114:14
**clarify**
35:4 105:13
**clarifying**
122:7
**class**
47:8,13,19,
24 48:10
**classes**
47:2,5,6
48:1,4,8,13
**clear**
6:4 32:20
72:19
**click**
94:11,12
**close**
86:4

**closed**
89:25
**Cloud**
19:1,7,13,
22,25 20:5,8,
10,13,17,20,
25 21:6,8,13,
14 30:13,17
31:4,8,14
40:15 47:13
48:17 66:11
**Cloud's**
19:14
**CND**
66:22
**code**
23:18 24:18,
21 25:24
26:2,25 27:2,
15 36:4,5
37:5 41:7,11,
13,20 66:5
67:12 83:19,
20,24 84:16
96:14,16,23
101:1 105:5,8
116:15
**coded**
45:23
**codes**
22:23 23:14,
16,19 36:8
42:2 45:23
59:21 68:10
78:25 79:7
86:16 106:5
**collect**
17:17 53:7
89:10 90:2
91:3
**collectible**
43:1
**collecting**



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

8:7 61:12

**Collection**
4:8 17:12,23,
24 55:17,18,
22 65:20
66:25 67:11
68:7 69:6
72:24 74:17
75:6,8,11
76:23 84:18
85:13,16,18
96:16 102:16
105:18 113:10

**collections**
58:13,17
70:21 71:11
85:22 105:18
108:17

**collectively**
67:10

**collector**
84:16 104:6,
11

**column**
36:10 83:20
124:14

**columns**
66:5

**come**
14:22 15:1
16:5 18:10
20:1,21 30:19
47:4,13,14
53:10 74:10
76:17 79:15
86:14 87:16
98:16 108:16
120:12 121:22

**comes**
14:18 18:12
21:21 22:22
23:3 31:3,7,
10 75:22 79:2

120:24

**Coming**
87:24

**Comment**
37:20 42:17
43:4

**commentary**
35:23

**comments**
35:23 42:6
43:9 75:8
76:2 77:11

**communicate**
55:24

**communicated**
110:2,5

**communication**
65:8 72:1

**communications**
109:22 110:10

**company**
22:11 69:25
70:6,7

**compare**
21:23 22:23

**compared**
79:7

**compensation**
118:14

**compile**
60:14 107:25

**compiled**
119:25

**compiling**
50:19

**complaint**
91:2

**completed**
60:9 87:19,21

**compliance**
10:14 28:8,9,
14 47:22
48:24 49:23
50:18 52:18,
22 83:19

**computer**
21:12 22:23
24:25 33:24
36:14,16 37:2
47:17 52:14
58:13 62:5
109:15

**computerized**
25:3

**concerned**
101:19

**concluded**
124:23

**condition**
83:20

**conditions**
37:19

**conduct**
59:19 60:4

**conducting**
57:15

**confer**
48:11

**conferenced**
47:14

**confidential**
61:25

**consider**
77:20 78:3,6

**considered**
39:22 44:12

**consists**
75:6

**constitute**
32:18 39:3

**constitutes**
33:6

**consume**
63:11

**consumer**
9:9,15,19,21
11:13 13:3
14:1,2,6,7,
8,10,13,15,
18,22 15:2,7,
9,11,16,18,
21 16:11,13,
15,23 17:5,6,
7,9 18:2,3,6,
12,14 30:9
31:1,14,17,
19,22 32:3,8,
18 33:10,18,
22 34:7 35:1,
16,24 36:2
38:2,23 41:22
43:4,10,12,
24 44:2
45:21,24
46:3,9 47:3
51:1,17
52:20,24,25
53:6,7,13
56:18,21 57:1
58:2,12,16
59:2,9,18
60:24 61:8
69:11,20
70:4,14,19
71:15,25
72:2,3 81:8,
12 82:18
83:24 84:15

96:8,13,18,
24 98:12
102:23 103:24
104:3,5,20,
23 105:8,14
107:1 111:14
112:7 116:1
117:16 119:18
120:10,17
121:23
122:12,14,18
124:11,18

**consumers**
17:21 18:10,
13,16 20:18
38:12 44:19
71:23 87:1
103:2 120:3
123:9

**consumer's**
27:4

**consumers'**
35:4

**contact**
26:15,17
27:1,4,14
28:6 29:11

**contacted**
72:25 78:9
79:20,23
81:18 110:21

**contain**
29:7,16 33:17
44:20 57:8
75:8 85:21
95:18 114:22
118:3

**contained**
22:24 33:9,
12,24 57:25
78:17 89:21
92:19 95:9
96:16 97:18
101:14 104:24



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

108:1

containing
44:14

contains
26:16 73:12
75:24

content
111:2

continue
37:8

continued
72:13,16,20

continuing
38:3 67:14
70:24

contract
54:16

control
26:5

conversation
109:3 111:25

conversations
104:5 112:11,
14 123:17

copies
30:6,24,25
34:4,5 52:9

copy
34:6,8 52:6,
13 56:10,11,
12,13,15 57:2
67:2,24 80:2
90:5 91:1

corner
32:15 34:2
116:13

corporate
11:6

correct
18:5,8 20:19,
22 25:11
26:14 27:8

33:7 37:23
38:8,9 39:5
41:14,15,18
42:3,16 43:8,
21 44:4
52:15,16
53:7,8 54:14,
15 55:6,7,11,
25 57:3,4
60:11 63:9,10
64:15,16,19,
22 65:13,16
68:3,5,6
70:23 72:4,7,
11 73:2,14
76:11 77:15,
16 78:4,5,7,
8,11,14,15
79:18 80:12
81:19 82:2,20
83:1,18 90:6,
7,14,15 91:11
93:5 96:5
99:6 101:10,
21 102:1,3
105:19,21
110:3,4,7,18,
19,23 111:20
112:9,18,19
113:24,25
116:19 117:2
119:2 122:12,
13,17,23,24
123:12

corrections
126:14

correspondenc
e
17:5,7,8,21
18:2,16
20:13,14
30:24 38:13
46:16 120:12,
16

cost
95:14,24,25

Counsel
2:1 6:18
10:5,10 11:6
115:2 123:18

count
120:9,20,24

couple
36:21 118:23

COURT
1:1 49:11,13,
16,24 51:1

CPLQ
42:7,8,14

CPO
45:24

created
22:9 28:23,24
33:19,20

creates
120:5

CREDIT
1:9,15 7:9,20
8:8,13 12:20,
23 14:16
27:19 41:16
42:12,13
53:11,19
54:14,17,18,
21,25 55:5,10
56:6,9,22
57:2,9,13,19
58:3 60:10
64:21 68:3
70:7,8 77:23
79:14,16,22
98:11,12,14,
22,25 99:2,
16,21 101:12,
16,17,20
104:22,23
109:24 113:5,

6,18,24
114:6,7
115:12
116:11,21
117:5

credited
77:18

creditor
12:6 40:2
97:12

creditor's
38:20,21

credits
84:12

criteria
102:17

CSR
1:23 4:2
125:20

current
63:19 107:15

currently
13:7,13 18:20
24:5 103:17

customer
34:21 71:2
73:5,7,8,9,
10,23 93:24,
25

D

daily
117:23 119:24
120:1,6,20

DANIELLE
1:16 3:3 4:1
5:2,5,10
126:23 127:25
128:25

Data
69:19,24
70:1,6 73:5,
7,8,10,24

79:3 93:24
94:1 98:19
113:5 115:10,
18 116:8

date
30:15 34:2
35:9,13 69:9
70:24 73:24
74:5,6,8,10,
22 86:4,9
90:19 94:4,8,
23 99:20
103:17 105:20
113:16 115:18

dated
63:5 64:15
67:15 77:1

dates
87:11 114:4,
10

day
71:17 81:20
118:9,11,23
121:6 125:15
126:20

days
24:4,16 25:8,
13 26:10
27:13 34:22
35:2,6,9,13
43:23 45:7
57:16 80:9,10
118:24

day-to-day
16:22

deal
30:22 56:9

deals
34:18 35:12

debt
7:25 14:20
17:17,18,19,
23 23:11 53:7



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

55:22 63:21
64:24 65:1,20
67:18,20,21,
23 89:10
117:1
**deceased**
96:13
**December**
63:3 86:4
**decision**
102:15
**DECLARATION**
126:8
**declare**
126:10
**deemed**
41:25 42:15
44:15
**Defendants**
1:11 2:7
**Defendant's**
4:10 107:17
**delete**
41:11 115:15
116:11
**deleted**
41:9,17,24
42:10,11
45:25
**deletion**
43:5 45:24
**delinquency**
74:5,6
**DELL**
1:9 4:1 67:3,
21 72:25 76:6
78:2,9 79:19
81:18 93:4
95:3,15 96:4
110:2 116:22
123:2 126:6
**Denise**

1:23 4:2
125:3,20
**department**
12:9 14:13,
14,20 15:2,4
18:7,23 19:5
28:8,9 30:10,
21 40:17,18,
25 44:2 48:24
50:18 53:6
58:13,17
59:10 60:24
61:8 63:12
64:18 70:22
71:8,11 85:22
88:16,17,21
89:4 105:18
108:17 111:15
116:2 118:1
119:18
120:13,17
123:7,8
**depend**
23:6,7,8
25:15 29:18
123:13
**depending**
29:24 118:20
**DEPOSITION**
1:13 4:7 5:2,
24 6:16,20
7:5 8:11,23
49:11,15
50:1,8,12
51:11,21
53:14,24 54:7
125:7 126:1,
11,15 127:1
128:1
**depositions**
50:25 53:17,
21
**derogatory**
68:4

**description**
50:17
**designated**
42:9 89:4
**designations**
32:14
**designed**
22:2,4,5,7
**desist**
27:5,14 28:2
29:8 37:18,21
53:4,10
65:11,14
66:21,23
69:20 70:5,
11,14 71:20,
24 72:6 81:17
91:25 120:23
**desists**
68:10
**Detail**
4:8 68:7 69:6
72:24 74:17
75:6 76:23
85:13,17,18
96:16 113:10
**detailed**
65:5
**determination**
30:14 44:13,
18
**determine**
38:24 40:7
41:19 43:10,
13 44:3,5,10
75:14,16 78:9
106:12 124:15
**determined**
20:23 41:12
43:6
**determines**
30:12 124:18

**developed**
22:11
**dialer**
86:22,24
**didn't**
47:14 77:22
78:6,23 119:6
**Diego**
1:21 9:5
18:21 19:13
20:11,18
21:3,5 30:13,
19 31:3,13
40:13,14,15,
16 47:11
48:16,17
66:11,12
69:16 74:14
111:8,23
112:18,20
**difference**
14:12 20:16
**different**
15:20 27:24
33:14 39:21
41:7 46:4
48:21 85:14
89:2 91:5
94:4,9 96:21,
23 102:10
106:7 109:15
121:22
**differently**
80:19
**direction**
125:10
**directly**
13:7 14:15
16:14 17:9
19:15 120:10
**director**
8:15 28:14
**DIS**

23:17 24:21
**discarded**
119:13
**disciplinary**
118:25 119:4
**discipline**
118:16
**discovery**
50:20
**discuss**
48:25 49:2
**discussion**
15:12 61:21
**dismissed**
89:16,18
**DISP**
66:22
**dispute**
14:18,19,21,
22 18:4 23:17
24:6,9,14,18
25:7,12,21,
23 26:16
27:5,9,10,13
29:8,11,15,
17,23,24,25
30:9 31:24
32:5,15 33:16
34:16,21,25
35:1,12,16
36:3,5,8,9
37:6 39:4
43:23 44:1,14
45:4,7,19
58:3 66:22
69:7 72:3,10
73:1 77:15
79:6,9,10,
12,14 80:17,
25 81:9,17,23
82:8 84:4
101:1 110:3,
22 111:11,13



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

112:5,12,15
113:5 116:24
120:22

**disputed**
24:3 26:23
27:15 43:24
53:2 64:24
65:1 66:20
72:17 83:25
84:2

**disputes**
8:7 14:15
16:1 33:15,17
34:19 35:20
36:6 37:15
38:3,7 46:6,
7,11 48:5
53:12 56:25
57:12,18
60:14,15,17
82:14 112:3
114:23 117:17
119:16,20
120:3,5,9,11,
14 123:1,5

**disputing**
26:8 34:22
44:20 67:18

**distinction**
120:21

**DISTRICT**
1:1,2

**divide**
31:10

**DIVISION**
1:3 105:12,
15,16 106:16

**doctrine**
54:5

**document**
34:5 39:6,19
43:18 44:12
51:12,23 54:3

63:18 67:14
69:3 73:3,23
82:21 84:6
85:2 88:3
91:12 93:22,
23 95:18
98:18 101:11
102:4,18
105:1 106:25
109:11 115:5
120:8 122:4
124:10

**documentation**
26:9 27:6
28:3 29:7,16,
18,20 30:8
32:4 34:15
37:12 41:23
72:9 77:14
95:24 105:23
111:18 116:21

**documented**
63:9,12 76:23
109:4,9
113:23 122:9

**Documents**
4:9 32:20
38:23 39:13
46:2 50:19,22
51:20 52:13,
20 53:23,25
54:9 58:25
61:22 62:5
78:21,24
81:11 84:24
85:3 89:6
92:16,19,23
93:4 95:14,15
113:7,13,14
120:2

**doesn't**
25:2 32:22
39:22 53:6
57:8 59:18

67:12 72:2
95:24 111:14

**doing**
5:23 56:25

**double-checked**
46:19

**down**
5:25 74:10
76:5,17 77:2
86:14 87:16,
24

**DPB**
74:11

**Draft**
104:13,20

**Drive**
9:5

**drop-down**
59:21

**due**
72:14,18,20
76:17 91:10
99:11,24

**duly**
5:6 125:6

**duplicate**
98:4

**during**
15:17 27:21
77:13 98:15
102:25 118:24
121:6,20

**duties**
7:6 15:7,14,
17 16:8,11
17:2 48:7
50:16 52:17,
18

_____
**E**

**E**

2:4

**each**
82:14 98:21
100:6 101:6
113:17 118:5

**earlier**
47:23 56:5
94:1 95:17
113:9,13
117:3 121:3

**earliest**
91:8

**easier**
59:1

**easy**
5:24

**efforts**
17:13 89:24
90:1,2,3

**eight**
10:17 46:22

**either**
14:15 18:3
21:14 31:17
49:11 52:13
77:12 108:25
112:8

**electronic**
34:5

**electronically**
30:23 56:14
57:22 78:18
80:17 82:15

**eligible**
77:5

**E-mail**
2:5 49:2

**e-mails**
49:3 83:7

**employed**
8:8 11:10,17,

19 12:22
66:15

**employee**
7:16,20 14:5
31:14 34:14
35:17 59:19
65:22 69:11
70:10,15
71:19 78:17
81:9,11 82:18
109:1 117:25
118:2,24
122:4,18
123:22

**employees**
7:23 8:6
13:4,10,16,
17 14:3 15:24
32:3 34:7
35:19 38:2
47:3 48:4,16
52:23 56:16,
18,21 57:1
58:10 59:9,12
112:20
122:12,14,19
124:1

**employer**
12:19

**encloses**
67:24

**end**
47:17 121:23

**enter**
62:19 97:2,22

**entered**
27:16 41:7,13
42:2 86:9
96:18,21,23

**entire**
33:6 40:18
46:22,24
126:11



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010

137

entity
55:13,18
109:23

entry
77:1 78:12
80:13 87:5,
11,24

E-Oscar
21:21 22:9,12
58:5 59:6,10,
12,14,17
60:16 79:10
119:19,20
120:5

Equifax
81:21 99:3
116:14

ERIK
2:8

ERRATA
126:1,15
127:1 128:1

escalated
15:11,22,25
16:3,15

essentially
46:13

Evans
2:4

exact
10:15 83:23

exactly
25:15 74:21
109:17

EXAMINATION
3:1,6 5:7
124:8

example
44:6

examples
39:3

excess

91:10

exclusively
22:18

exhausted
89:24 90:3

Exhibit
4:7,8,9,10
6:24,25 75:2,
3,5 78:13
85:5,6,8
96:17 106:18,
23 107:19,20
108:11 115:8

EXHIBITS
4:4,6,15

exist
108:24 109:19

existed
45:13

exists
45:16

expected
118:10

Experian
80:14 99:3
116:14

experience
7:6

expiration
74:8 76:19

explain
58:12 59:18

Extension
71:3,4

extent
54:2

_____
F
_____

F
24:13

FAC
69:19,24

fact
7:22 78:1,16
91:8

Factual
69:24 70:1,6

Fair
12:20,23
53:19 55:22
56:6,9,22
57:2,9 59:23
65:20 117:5

falls
118:25

false
55:25

familiar
14:24 51:14
52:10 56:6
83:19 85:8,24
96:9 105:2,3
113:21 115:5

far
34:5 58:4
101:19 117:11

Faura
13:23

F-a-u-r-a
13:24

fax
69:20 70:4,
11,14 71:20
72:6

FCRA
7:6 50:5
114:15

FDCPA
7:2 49:21,23
52:18,22
53:9,15 61:18
114:14

February
74:11,17 82:5

90:6 100:8
101:6

Federal
64:21 79:22
116:21

fee
54:21

fees
76:14 95:12

felt
121:25

fifth
82:10

file
122:5,19

filed
5:12 89:12
90:17,20,22,
23 101:25

files
25:2 122:18

fill
62:16

FINANCIAL
1:9 4:1 67:3
76:6 78:2
95:3 126:6

find
58:8,11,20
59:2 61:19
103:5 114:4
121:17,18

finding
122:7

fine
6:7 9:3 93:16

firm
66:24,25
67:10,11,12
84:14,18
87:17 89:11

firms

102:6,12

first
5:6 9:21
16:13 18:7
26:6,10 34:18
35:6 47:1
78:3 80:20
111:6

five
19:3 51:3
60:22

flagged
21:4

Floor
1:21

Florence
2:5

Flores
103:18

follow
41:4 46:3
53:5 121:12

following
52:21,24
72:12 100:1
121:18

follows
5:6

follow-up
48:9

foregoing
125:6,10

forget
96:14

Forgive
112:17

form
17:11,15,23,
24 25:5
26:11,17,20
29:9 39:10
42:4 44:22


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010

138

51:2 52:6
56:1 103:12,
13 106:3
110:8 115:10,
12,18 116:8
117:8

**formal**
48:13

**format**
32:14

**forth**
125:8

**Forward**
42:17,22
66:23 67:8

**four**
9:11 13:9
15:17 16:9
50:14

**Four-and-a-half**
12:11

**fourth**
81:25

**Frary**
2:10 103:8,18
107:5

**Frary's**
92:4

**fraud**
27:10 33:17
45:20,22
46:3,6

**fraudulent**
24:15

**free**
96:1

**front**
38:15 39:17

**Fudge**
11:11,23

**full**
23:4,12 67:23
78:4 111:3

**full-time**
19:3

**FUNDING**
1:10 5:13
7:11,14,16,
18,22,25 8:4,
16 54:17,20
63:21 89:9

**further**
27:1 28:6
65:8 87:6

**future**
104:4

**G**

**gathering**
50:21

**gave**
8:18

**General**
10:5,10 24:5,
18 25:17,19,
21 27:9 33:17

**Generally**
20:25 29:22
30:16 44:16
50:23 77:24
92:23 97:11
101:14 118:19

**generate**
28:25

**generated**
17:16

**generates**
35:10

**give**
8:18 9:1
22:17 43:3
48:12 104:4

**given**
46:13 47:2
50:2 51:5
53:17 56:18

**gives**
39:19 59:20
94:19

**giving**
51:11,13

**go**
14:21 28:3,11
29:9 30:17
31:7,19 32:22
37:19 41:4
42:17 43:13
46:4 51:23
59:2 61:4
63:18 64:13
68:7 73:3
74:24 91:1
94:13 96:7
97:16 98:18
103:24 114:10

**goals**
118:7

**goes**
24:17 35:10
92:14 100:20
101:5

**going**
6:23 21:5
29:14 31:7
48:21 54:3,24
75:1 77:8,11
85:15 103:6
115:8 118:22
122:8

**gone**
114:20

**good**
6:9 49:6

**goods**
12:16,17

**Grant**
7:1

**great**
5:23

**grounds**
54:4

**group**
13:21 48:12
83:9 92:13

**groups**
105:10,15

**guess**
28:19 60:25
61:19 110:13
117:24

**GUI**
36:23 37:1

**guide**
59:16

**guideline**
39:6

**guidelines**
34:14 38:6
52:21,24

**H**

**half**
121:4,5

**hand**
32:17 107:17
115:4

**handbook**
28:16

**handing**
14:14

**handle**
15:22 17:21,
22 18:18
19:25 20:23,
25 38:3 46:10
48:4

**handled**

15:1 20:3,5,7
21:5,13 22:18
23:4,12 29:17
57:21,24
60:14,23
68:12 70:15
78:18 80:16
81:25 82:10,
15 90:11
104:6,10
108:13 119:17
122:22
123:11,12

**handles**
20:20

**handling**
8:7 15:25
16:25 29:3
35:20 38:7
45:18 53:10,
19 54:22 55:2
60:1 66:24
80:19 84:18
117:7

**handwriting**
68:21

**handwritten**
68:20

**happen**
121:20

**happened**
27:20,22
106:15 119:3

**happening**
78:24

**happens**
25:12 26:22
40:24 41:2
42:19,21 43:9

**hard**
30:24,25
34:6,8 52:6,
9,13 56:11



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

114:7
Harkless
70:16 111:21,
25
haven't
52:9 91:23
123:21
HAYS
2:3,4
head
5:25 71:7
Health
21:10
held
9:10,12 15:12
61:21
help
29:1 38:23
39:7 47:2
59:12 107:25
her
9:1 11:12
19:4 28:13
40:22 47:21
68:21 93:11
111:7 116:6,7
hereby
125:4
herein
125:8
hereof
126:15
hire
32:23 56:8,
10,19 57:6,8
hired
46:9 56:13,15
57:3
history
37:5 58:21
62:12,22
63:9,12,15

84:9,10,25
98:4 109:25
hit
113:21 114:10
hits
113:23 114:2,
4,8,10
hold
7:13 9:8
holding
48:3
holds
19:9
home
8:20
hour
121:4,5
HR
122:19

─── I ───

ID
78:17
idea
51:7
identified
6:20 52:12
95:3 111:5
identifies
112:24
immediately
68:3
improvement
119:8
inaccurate
122:1
inaccurately
122:11
incentive
118:13
incident

113:17
include
28:4 35:22
38:12 85:15
105:15
included
26:9 65:4
67:2
includes
15:10 27:14
Including
50:14
incorrect
122:1
increased
100:1,4,17,24
increases
100:8
independently
122:19
INDEX
3:1 4:4
indicate
26:25 78:17
83:24 93:1
95:19 110:2,
21
indicated
64:23 65:4
66:22 71:20
76:12 92:25
126:14
indicates
42:10 63:18,
21 73:15,24
86:12 96:7
108:8 113:20
indicating
33:15 71:25
indication
77:12 110:17
individual

23:12 58:2
60:24 88:9
89:1 90:14
93:2 108:13
112:23
individuals
15:25 16:24
88:18,21 89:3
113:17
informal
5:15
information
21:23 22:23,
24,25 23:8,10
25:23 26:13
28:4,5 29:1,
10 35:21,25
36:19 38:13
43:2 46:1,14
48:12 49:1
52:14 54:9
55:5,9,13,
16,19,24
58:6,8,11,19
62:16,19
68:5,10 70:3,
4,8,13 72:5,
24 73:12,20
75:24 79:7
85:16 87:14
90:2 94:10,
15,19,20
95:11 96:3,8,
18,25 97:9,11
99:5,17,19,
21 100:3,7
101:14,24
102:2 103:24,
25 104:4,24
105:24 106:1,
6,8 107:25
108:3,4,12
111:1,10,12
112:2,4
114:22 115:1

118:4 119:23
informed
72:8
initial
48:10
Initially
15:21 22:11
46:17 95:24
Innovis
116:14
input
46:18
inquiry
63:9 98:4
instance
23:17 28:23
96:12
instruct
32:3 34:14
54:5
INSTRUCTED
3:12
Instructing
115:15
insufficient
41:19 72:10
interest
61:11 64:1,5,
8 72:22
73:15,21
76:12,14
interface
21:17,18,25
22:1,10,19,
22 23:5,13
78:19 80:16
81:2 82:1,11,
16 90:11
91:16
internal
22:15 60:10
Interrogator



Toll Free: 800.300.1214
Facsimile: 619.239.4611

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

**ies**
4:11 51:14,17
107:18,23
108:1
**Interrogatory**
108:7 112:22
113:3,16
**invalid**
44:12,13,15
124:19
**investigate**
58:3 73:1
113:4
**investigated**
46:2
**investigating**
57:12
**investigation**
24:5 57:16
59:20 81:8
**investigation**
**s**
112:24
**involved**
53:18
**involves**
54:2
**involving**
109:4
**issue**
28:21 41:5
**issuer**
102:25
**issues**
15:11,23
16:15 61:19
122:4

**J**

**JAMON**
1:4 5:12
126:5

**January**
59:25 61:5,8
62:4,6 63:6
77:2 87:7,9
**Jill**
47:20 48:11
**job**
5:23 11:5
12:10,14
13:25 50:16,
17 110:24
**Johnson**
1:23 4:2
125:3,20
**Jonathan**
70:16 111:21
**Jones**
115:20,22
116:1,4
**Juan**
10:1
**judging**
58:25
**judgment**
22:17 50:24
**July**
27:25 28:20
37:25 64:15
65:19 66:3
88:1 100:19
117:3,6,12
**June**
47:10 49:17,
24 74:18
100:19
**just**
6:3 8:24
17:21 20:9,11
22:1 25:18
29:7 30:15
31:6 32:19
37:6 40:15,16

42:12 47:15
48:16,19
52:23 56:24
58:1,7,9
62:19 67:10
70:21 74:24
75:20 83:16
86:20 89:7
93:7,25 94:3
100:6 106:11,
25 118:23
119:22 122:6
123:25

**K**

**Kay**
111:6,14
**keep**
49:3 119:15
123:4
**keeps**
120:9
**kept**
75:11
**kind**
12:8 70:6
104:2
**knew**
89:25
**know**
5:16,20 10:2,
6 11:6 22:7
23:21 26:5
30:16 33:18
36:7,18 39:7
40:23 48:10
51:24 52:1,5
54:19,20,23
55:25 59:13
62:15 63:15
64:5 65:22
66:4,19 68:19
69:21 71:1,4,
5,6,10,13,19,

22 74:12
75:20 83:5
84:6,11,14
86:1,7,16
87:19 88:20,
24 89:11,12,
18,19 90:1,23
94:17,25 95:2
98:6 99:15
100:23
102:13,15,17
103:20,25
104:13 105:5,
12 106:13,21,
25 107:1
108:21 111:6,
7,12,21 114:3
115:22 119:13
122:25 123:3,
24
**knowledge**
40:24 61:10
64:8 74:4
111:10 112:2
114:25
**KNOWLEDGEABL**
**E**
1:14 5:1 6:19
**knows**
55:24

**L**

**L**
2:10 36:11
**labeled**
32:20 73:9
**lack**
59:4
**Lance**
10:9,10,22
**LANGLEY**
2:8 3:8 6:6,
9,13 7:1 9:1
25:5 32:10,

13,19 33:2
39:10 42:4
44:22 51:2,25
54:2 56:1
61:17,24
93:10,14
97:14 100:13
104:15 106:3
110:8 117:8
124:6,9,21
**Laser**
104:13,20
**last**
10:25 13:23
47:7 50:1
74:10 107:15
**later**
125:9
**Lauren**
115:20,22
**law**
47:3
**lawsuit**
55:17 89:12,
15,18 90:16,
20,22,23
**lawsuits**
50:20 51:10
**lead**
9:16,22,23
**leads**
14:8
**learn**
105:23 106:1
**least**
78:7 105:20
**left**
34:2
**left-hand**
32:14
**legal**
10:13,14



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010
141

28:14 77:5
105:8,14
107:1 108:5
**less**
59:16 96:1
**Let's**
25:19 42:17
73:3 75:5
103:24
**letter**
18:3 24:4,16,
17 25:8,14,
20,22,24
26:8,10,11,
12,16,17,20
27:4,5,16
28:3,24,25
29:6,8,9
30:2,12,22
31:15,18,19,
20,21 34:23,
24 35:2,5,7,
10,13 37:11,
19,22 38:16
39:18,20 43:5
44:7 45:25
61:11 62:3,6,
12,22,23
63:5,8,9,11,
12,15,24
64:13,14,20,
23 65:4,22
66:1,18,23
67:14 68:2,8,
12,16,24 69:3
77:6 84:24
86:12 87:25
98:3 112:8
120:22
**letters**
17:12,15,20,
22,23,24
27:22 28:23
30:1,5,25

31:25 44:19
46:15 62:19
63:16 65:12
72:12 76:22
81:14,16
111:18
**liaison**
9:15,17,21
11:15 14:6,7
19:3 35:21
37:4 38:10
39:7 43:10,12
44:24 46:10
66:13,14
118:10 121:18
**liaisons**
16:14,18,24
17:7,11,19
18:9,20 19:3
38:24 112:7
117:16 118:7
120:25
**likely**
61:16 123:16
**limit**
93:13
**limitations**
74:7 76:19
**Line**
3:13 83:25
**list**
39:13,20 98:9
101:22
**litigation**
114:13
**little**
5:14 9:11
10:7 58:9
86:14 87:24
**LLC**
1:9,10 7:14
8:4 126:6
**loaded**

86:11
**locate**
28:25 29:2
**location**
23:15,23
24:20,22
25:10 42:9
79:7 86:17,23
88:12,14,16
91:15 96:13,
15
**locations**
23:24
**log**
120:2,4
**logs**
109:15
**long**
9:10,17,23
10:6,16,18
12:10 26:14
27:18 46:20
49:5 108:21,
23 119:12
**longer**
43:1 116:24
**look**
21:22 34:6
35:15 37:4
60:7 62:2,8,
22 69:6
74:18,24 75:5
76:5 77:1,11
82:21 85:2
91:8,12 92:6
98:3 101:11
102:18
106:18,23
112:22 113:11
116:13
124:10,11
**looked**
52:10 68:25

84:24 89:5
94:1 95:17
106:4,11
109:5 113:9,
24 114:22
122:21
**looking**
32:20 34:6
38:14 69:18
89:7 94:5
106:25 115:4
**looks**
68:21 81:7
82:22 86:4,5
87:7,13,16
88:4 93:7
95:12 97:5,
16,17 98:4
99:13 100:6,
11 101:4
**lost**
58:9
**lot**
17:15 52:9
91:17
**low**
119:7
**lower**
95:25 118:21
**LP**
88:15
**LP3**
88:11,25
**lunch**
93:15 121:4,5
**Lusk**
13:24

— M —

**mail**
18:12 30:14,
15,16,18,19
31:3,6,10,

15,16 120:20,
24
**mailed**
76:22 77:6
**mailroom**
31:16
**main**
73:11 75:22
**maintain**
105:22 114:1
119:9,12
122:18
**maintained**
32:7 115:1,2
117:15 119:9
**maintains**
36:18 108:21
120:15
**Maintenance**
96:8,19,25
97:5,9,17,
19,25 104:10
**major**
98:24
**majority**
20:5,7,20
21:24 46:25
**making**
17:20 88:19
**man**
11:3,4 69:14
**manage**
13:18 16:13
19:14
**managed**
13:18,20,21,
22 14:3 15:9
**MANAGEMENT**
1:9,15 7:9,20
8:9,13 54:14,
17,18,21,25
**manager**



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010

142

9:9,20,22
11:13 12:3
13:3 15:8,18
19:17 48:23
51:16 61:7
70:18 71:19
104:3,7,11
105:11,16
119:5

**managers**
16:3 56:16
71:22 83:6,7

**managing**
15:10 19:12
119:14

**manual**
23:18,20
28:19 32:8,
18,24 33:7,
10,18,21,22
37:25 52:20,
25 56:8,10,19
57:6,8 58:1
124:11

**manuals**
34:14

**March**
13:2 67:15
69:18 71:17
72:19 77:8
80:22 81:20
87:5 100:8,11
108:9

**mark**
6:23 53:2
75:1 85:4
107:18 115:8

**MARKED**
4:6 6:25
26:23 27:15
66:20,21
72:16 75:3
85:6 96:17
107:20

**marking**
61:22

**Martin**
10:9,10,18,22
11:19

**master**
94:14

**match**
21:22 38:11

**matches**
79:3

**matching**
38:16,19

**materials**
33:9 47:23

**math**
60:22

**matter**
126:12

**mean**
14:17 17:14
24:2 29:22
42:22 55:15
83:22 116:18
120:4 121:9,
11

**meaning**
5:20 24:25
53:2

**means**
24:3,8 67:10
69:21 83:5
84:16 86:22
98:10 105:17
107:3

**Media**
92:14,20
95:13,17,18,
19

**meet**
118:7,17

**meetings**

48:13,14,18,
25

**Melanie**
65:23 66:10
68:13 107:11
108:14 112:7,
14

**member**
7:14

**members**
16:17 107:1

**memo**
28:15 39:6

**memos**
48:23 49:1

**mention**
27:19

**mentioned**
36:7 52:17

**menus**
59:21

**message**
83:9

**messages**
83:2,7,9,11

**Michelle**
13:24

**middle**
94:11

**MIDLAND**
1:9,10,15
5:13 6:8 7:9,
11,14,16,18,
20,22,25 8:4,
8,12,16 9:8,
12,25 11:10,
17,19,25
12:18,22 13:1
14:14,15,19
15:1,4 17:13,
15 18:22
21:16 22:3,4,

6 23:9,10
24:11 25:2,10
26:11,17
27:6,16 29:9,
21 33:25
35:5,6,9
37:16 39:8
42:15,25
45:14 49:10
50:15 51:18
54:13,16,17,
18,20,24,25
55:1,4,8,12,
16,19,23
57:11,15
60:17 62:3
63:8,16,21
64:9,11,15
65:9,17 67:15
68:2,23 70:10
72:13,19,25
73:18,20
77:20,22,25
78:3,6,9
79:17 80:2,11
82:14,21,22
84:1 86:7,25
88:3 89:9,16
90:13,23,24
91:2,6 93:22
94:21 97:21
98:12,15,18,
24 101:20
102:15 103:2,
7 105:22
108:9,16,21
109:23 110:2,
5,21 111:4
113:5,7,17,
21 114:2,9
115:2,12
116:10 120:6,
10 122:25
123:1,4,19,
22

**Midland's**
22:14,24
27:12 38:19
42:11 89:22
101:19 107:23
115:15 117:6
122:22

**midway**
77:2

**Minnesota**
19:1,23

**minutes**
93:14

**missing**
34:11 44:6

**modified**
22:14 79:6,8,
9

**money**
17:18

**monitoring**
60:10

**month**
98:21 100:1,7
101:4,6

**monthly**
72:22 101:8
110:13,14
117:18,22

**months**
9:18 10:17
80:8 100:23
119:3

**morning**
93:20

**MOST**
1:14 5:1 6:19
13:15 20:25
30:20 60:7
61:15 74:25
75:24 76:2
121:2,5



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010
143

move
23:22
moved
24:21,22
45:23 86:14,
23
movement
106:15
moves
45:8
Multiple
92:7,11

**N**

name
5:9,11 8:18
10:25 13:23
21:25 35:22
36:14 38:11
49:19,21 76:6
102:5 107:13,
15 110:24
112:23 113:1
125:14
names
36:21
NAN
102:5,8,11
national
113:6
nature
58:21
Naves
10:1,8,16
11:17
N-a-v-e-s
10:3
navigate
59:17
necessarily
46:23 75:12
77:23 119:1,6

120:13
necessary
50:19
need
5:15,16,17
25:22 28:4
29:10 62:8
70:11,12
108:11 118:21
122:9
needed
26:13 62:20
71:20 72:6
77:14
needs
62:16
negative
68:5
neither
42:1
Never
40:5 77:17
78:9 110:2,5
new
28:15 29:9
32:23 56:8,
10,19 57:6,8
82:3 97:21,23
nightly
86:15,19
nine
13:8
No.Change
127:2,5,8,11,
14,17,20
128:2,5,8,11,
14,17,20
No.Line
127:2,5,8,11,
14,17,20
128:2,5,8,11,
14,17,20

no-contact
27:15
nodding
5:25
non-account
105:11,16
nonspecific
24:6
non-submitted
60:5
noon
93:10
normally
29:21 48:19
60:17 103:10
NORTHEASTERN
1:3
NORTHERN
1:2
notation
66:6 72:8
90:20
notations
85:17
note
58:1 70:2
90:16
noted
66:19 68:9,11
notes
4:9 62:8
65:23 68:20
69:6 75:8,12,
15 79:9
85:11,12,13,
14,15,20,21,
24 86:1 89:24
90:25 110:20
Nothing
80:19 82:3
116:18

Notice
4:7 6:16,20,
23 54:7
noticed
121:13
notifies
98:11
noting
37:6
November
65:2 67:24
82:25 99:8,
22,23 111:3
NRP
86:15,17 88:9
nuance
7:1
number
13:17,19
38:17,19,20,
22 44:6 60:14
65:6 68:23
70:25 71:2
76:6 91:19
95:6,23
104:15
109:16,17,18
113:19 115:9
117:16,17
118:22 119:7,
16
numbers
61:1 97:25

**O**

oath
93:19 126:16
Object
25:5 39:10
42:4 44:22
51:2 54:4
56:1 106:3
110:8 117:8

objections
108:5
obtain
95:15 101:20
114:9
obtainable
106:1
obtained
92:23 93:4
94:21 97:21
98:1 101:25
105:24 113:18
obtaining
98:12
obviously
85:18
occasions
113:20
occurrence
73:25
October
62:23,25 63:1
73:25 74:8
76:20 94:23
117:5,12
offer
30:5 38:16
39:18,20
126:16
offhand
23:22 79:12
office
7:13 21:6
40:13 66:11
77:9
officer
8:15
o f f - t h e -
b e a t e n
49:5
Oh



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

54:12 124:4
**Okay**
5:17,22,23
6:5 7:3 11:14
25:20 30:4
33:1 36:9
37:8 52:4,8
61:24 69:23
74:1 75:21
86:3 93:9
94:2,13
102:19 107:17
124:13
**Oklahoma**
49:20
**old**
97:22
**older**
75:12,15
**once**
37:19 49:14
60:9 84:4
**ones**
21:2 23:21
**open**
30:21 31:15
**opened**
30:25 31:16
**operation**
16:21 33:10,
22 37:25
**operations**
15:16 16:22
19:17 33:7
124:11
**opportunity**
121:15
**opposed**
46:6
**options**
25:16 95:12
**order**

52:22 58:8
**Original**
4:15,16
38:20,21 40:2
76:6 92:22
97:12
**outside**
25:21 26:10
27:13 35:13
36:9 43:23
45:19 66:25
67:11 84:17
89:11 102:16
**outsource**
55:2
**over**
9:11 10:7
16:8 66:5,24
69:4 72:18,20
92:21,22
103:1,5,7,14
119:3
**overall**
15:15 61:5
**overseeing**
15:15 19:12
60:1
**overview**
46:14
**owe**
14:20 17:18
67:20,21
111:3 116:25
**owed**
72:14 93:1
**owner**
7:25
**owns**
63:21 64:11

---
**P**

**p**
26:6

**p.m**
124:23
**P.O**
2:9
**packet**
28:19
**PAGE**
3:6,13 32:22
34:18 35:12
39:4,16 42:6
62:2,10,14,22
63:23,24
64:13 65:24
66:17 67:2
68:20 69:18
73:15 74:16,
18,24 77:1
82:21 88:3
90:5 91:1,14
92:13 94:5,6,
7,8,10,12,13
97:5 98:6
101:11 103:24
108:8 124:12
127:2,5,8,11,
14,17,20
128:2,5,8,11,
14,17,20
**pages**
32:11,13
33:6,11,12,17
34:8,11 38:6
52:12 56:9
62:17 75:6
96:7
**paid**
7:18 23:4,11
24:9,11 25:9
27:10 29:25
30:1 33:16
35:12 37:15
38:7,16,25
39:4,14,18
40:3 43:25

44:1,7,20
46:7 65:2
67:23 111:2
123:1
**paid-in-full**
30:2
**papers**
28:19
**paralegal**
103:23 115:25
123:24,25
**part**
17:12 32:23
46:25 50:15,
17 51:16 89:3
97:22 120:1
**partial**
77:21 78:7
**participated**
110:25
**particular**
89:4 109:13
123:5
**particularly**
118:24
**partly**
16:22
**parts**
32:17 85:16
**party**
86:18 88:10
110:21
**path**
49:5
**pay**
17:19
**payment**
30:6 39:21
40:1 44:10,15
54:21 58:20
65:6 77:17,
20,21,23,24,

25 78:2,4,7,
10 79:24
84:9,21
102:24 103:3,
6 104:9,20,23
105:1 106:11
116:22,25
**payments**
77:24 84:11,
15,17,20
101:8 103:2
**pays**
54:20
**PDPQ**
43:20 44:4,
11,21 45:1,3
**PDRQ**
45:9
**PENALTY**
126:8,10
**pending**
50:6,10
114:13
**PENNY**
2:4 5:11
**people**
13:19,20
15:23 22:9
34:5 47:13
52:21 111:5
121:22
**percent**
22:20 44:25
51:3 57:21
60:22 64:2
73:16 76:12
95:20,21,22
96:1
**percentage**
22:18 50:24
**perform**
59:13



an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross                                September 16, 2010
                                                                145

performed
110:25
period
25:21 36:9
42:24 45:19
80:6 119:3
PERJURY
126:8,10
PERSON
1:14 5:1 6:19
46:12,13,19,
23,24 59:1
68:19 70:2
88:12 109:23
118:5 119:5
121:14,21
personally
111:7
persons
110:25
person's
92:2
phc917@haysca
uley.com
2:5
phone
17:6 20:10
36:1 47:15,16
65:9,15,18
77:13 91:19
97:25
pick
6:2
place
18:7 97:2
125:8
placed
24:18 25:10
26:25 96:24
places
97:3
Plaintiff

2:2
Plaintiffs
1:5
Plaintiff's
6:24 75:2,5
78:13 85:4,8
96:17 106:17,
23 108:11
111:2 113:4,
18,19
Plan
104:9
Please
5:9 8:19,21
17:19 32:17
84:8 93:23
point
36:10 98:14
policies
28:15 32:2,7
34:13 117:6
121:12,16,18
122:23
policy
27:12 28:7,16
45:13,16 58:1
populate
97:2
portfolio
94:14,20 95:8
123:2,6
portion
88:23
position
9:8,10 10:6,
12 11:5,12
13:9,11 14:11
19:10 47:21
70:17
positions
9:12 14:5
positive

84:13
possible
42:18,22
postmarked
66:3
Practices
55:23 65:20
preparation
53:24
Present
2:10 48:11
presented
47:24
presume
9:19
pretty
60:20
previous
58:21 62:6
81:5 102:5
106:5,8
previously
13:20 72:9
76:24
print
59:8 74:22
80:5,11 106:7
119:21,22
printable
94:11
printed
34:3 58:1
59:7 74:17,18
76:15 85:12,
19 94:3,8
99:17,19
103:13,17
105:20
113:13,14
printout
84:9
printouts

97:18
prints
58:7,10
prior
10:8,21 11:25
12:22 24:10,
11 25:9 27:10
29:25 33:16
35:12 37:15
38:7,25 39:4,
14 40:3 43:25
44:1,20 46:7
50:1 51:20
107:22 114:5
117:3 123:1
privilege
54:4
probably
79:5 95:20
123:16
problem
87:13
procedure
28:1
procedures
28:15 32:2
33:14 34:13
56:25 117:6
121:12,16,19
122:23
proceedings
124:23 125:8,
11
process
17:5,8 18:12
33:16,17
45:8,18,21
46:4,22 86:20
processed
32:1
processing
53:12 56:25

produced
51:20 52:13
58:25 114:21
production
4:9 62:8
85:11,15,19,
21,24 86:1
89:23 90:16,
25 117:21,25
119:24 120:1
121:9,10
program
22:2,8,9,12
118:13
promoted
9:19,21,22
proof
26:7 30:6
36:3 38:14,24
39:4,7,14,
17,21,22
40:2,8 41:10,
12,19,25
42:15,18,19,
21,22,25
43:6,11,13
44:3 45:22
67:6 77:23
78:4,6
124:15,18
proper
53:3
prove
26:6
provide
26:7 28:3
36:3
provided
39:20 41:23
42:15 45:22
46:2 53:25
56:13,15,19
57:1 62:3



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

72:9 111:19 118:14

**provides**
55:13,19

**public**
8:22

**publicly**
8:24

**pull**
114:7

**purchase**
17:16 21:12 94:23 114:6

**purchased**
8:1,3 17:17 22:8,11 25:9 86:7 95:8,19 96:4

**purchasing**
24:11 37:16 123:1

**purpose**
96:11

**purposes**
8:11

**Pursuant**
6:12 53:15

**Purvis**
107:13

**put**
7:5 35:23 44:7 53:3 58:6 106:12

**put-back**
42:18,23

**puts**
67:23

_____ Q _____

**QC**
26:5

**QCDT**

43:4

**QCPP**
26:3,12 37:11,19,22

**quality**
12:3 26:5

**quarterly**
117:18,22

**question**
5:19,20 60:6 72:25 97:14 109:22

**QUESTIONS**
3:12 16:16 41:5 46:25 48:9,20 121:16 124:5

**queue**
45:4,24 46:5, 6 53:3 79:7 88:6,16,25 91:15,18,21, 25 92:2,3,4 106:15,19,21, 24 107:2

**queues**
91:17 106:5 107:4,8

**quickly**
119:16

**quite**
58:23

**quota**
118:18

_____ R _____

**R2K**
36:22,24 37:1

**ran**
121:25

**random**
108:19

**range**
13:13

**rate**
64:1,5 73:15, 21

**rates**
64:8

**reach**
86:25

**read**
6:10 30:25 31:15 46:15 63:1 86:1 126:11,12

**reading**
31:18

**real**
105:3

**reason**
7:5 89:19,21, 23 119:7 127:4,7,10, 13,16,19,22 128:4,7,10, 13,16,19,22

**recall**
10:21 50:4 89:7,19 117:14 124:1

**receipt**
34:22,24 35:2,5,15 66:18 68:8 69:3,4 72:12 79:19 81:15

**receive**
25:22 30:1,5, 6,7 56:10 118:17

**received**
17:8 26:24 29:19 31:24

32:15 34:15 37:6,24 42:25 44:1,9,19 53:12 57:12, 18 59:13 64:17 65:22, 25 66:4 68:12 69:11 78:13, 22 80:14,22 81:21 82:5,14 97:11 108:8, 14 112:8 116:22 119:16 120:6,9,16 122:25 123:5, 9

**recess**
49:8 93:17 114:18

**recognized**
79:1

**record**
5:9,14 6:18 8:22 15:12 32:19 61:20, 21 97:22 108:16 110:20 114:17 120:5, 9 125:11

**recording**
109:3,9,12, 14

**recordings**
108:19,22,24 109:19

**records**
101:19 110:2

**recovery**
77:5 88:16

**Red**
64:21 79:22 110:5 116:21

**reduced**

13:17

**refer**
37:1 67:12 94:20 108:11

**referred**
25:24 36:20, 21 40:8 41:6 77:9 113:7 124:19

**referring**
8:12 54:24 70:1 90:1

**refers**
25:25 83:9

**reflected**
102:8

**refresh**
86:15,20

**regarding**
6:19 12:23 14:19 18:4 27:6 29:10 36:3 53:15 54:17 55:6,13 61:10 62:19 72:3 73:12 75:25 81:14, 16 82:14 83:11 87:25 109:24 110:3, 6,21 111:11, 13 112:3,12, 15 114:23 123:1,18

**regardless**
29:15 31:13

**regular**
110:13,14

**related**
17:22,24 21:11 25:23 28:21 41:5 50:5 61:18



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

112:1,4

**relates**
7:2

**relation**
33:14 46:3
56:24 84:13

**relations**
9:9,15,20
11:13 13:3
14:1,2,6,7,8,
10,13,23
15:2,8,9,16,
18,21 16:11,
13,23 18:6,23
19:4,6 30:9
31:1,14,17,
19,22 32:3,8,
18 33:10,18,
22 34:8 35:16
37:24 38:2,24
43:10,12 44:2
46:9 47:3
51:1,17
52:20,24,25
53:6 56:18,21
57:1 58:2,12,
16 59:2,9,19
60:24 61:8
63:11 69:11
70:19 71:15
72:2 81:8,12
82:18 105:8,
14 107:1
111:14 112:7
116:2 117:16
119:18 120:17
122:12,14,19
124:11,18

**release**
69:19 70:3,5,
11,13,14
71:21 72:6

**remained**
100:3,19,24

**remains**
97:22 100:7
101:5

**remember**
47:6 48:1
49:16,18,20
79:12 83:23
94:2 123:25

**remind**
6:1

**report**
19:15,16 65:5
68:3 70:9
72:13,16,20
84:1 98:24
99:2,16
101:16,17,20
113:18 114:7
117:21,23
119:19,23
120:1,8,12,
15,19,21
123:4

**Reported**
1:23 91:6,9
98:22 99:5,
21,23 101:8
113:6 116:18
124:15 125:9

**Reporter**
125:3

**REPORTER'S**
125:1

**Reporting**
12:20,23
27:19 41:16
45:11 53:11,
19 54:13,18,
22 55:5 56:6,
9,22 57:2,9,
13 72:18
82:23 83:14
98:19,25

99:2,8,15,16,
20 110:11,13,
14,18 113:6
115:15 117:5

**reports**
55:9 60:13
98:19 99:20
109:23
117:15,20,25
119:9,10,15,
25

**represent**
68:22 84:21
95:22

**representatio
n**
53:5

**represented**
37:17 66:9
88:25 94:8

**representing**
5:11

**represents**
91:24 95:1,23
105:9

**request**
27:6 28:5
29:9 35:25
37:21 53:4,11
65:11,14
69:19 70:2
71:24

**requested**
26:15 37:18
65:8 70:2
101:17

**requesting**
37:12

**requests**
26:16 28:2
50:20 68:2

**research**

114:10

**reside**
23:15

**Resolution**
102:20

**resolve**
72:10

**resolved**
45:4,7

**respect**
8:1,7 12:20
27:12 29:3,
23,25 30:9
32:4 38:25
39:8 48:7
49:22 52:18
53:9 55:1,18,
22 59:20
61:12 82:13
84:17 95:11
97:15 106:10
108:4 109:20
110:10,11
116:4 117:4,
16 118:7
119:17
122:10,15,21
123:2,5

**respond**
16:15 21:23
50:19 59:13,
16

**responded**
21:2 79:8
81:2 117:12
122:15

**responding**
15:5,11 18:1
59:22 78:21
82:3

**response**
17:8 18:2
60:6,8 80:3

81:5,12 90:6,
8 111:5
113:20 123:15
124:2

**responses**
60:4,5,11
80:10 107:23
110:12

**responsibili
ties**
12:19 13:10
49:22 51:16
53:9,15

**responsibili
ty**
8:6 48:3
52:23 111:17

**responsible**
14:14 15:5,24
16:2,21,22,
25 17:11,14,
19 18:15
19:12 28:7
31:18 55:4,8,
12 57:11,15
112:23 113:17

**rest**
13:18

**result**
65:11

**retail**
12:15

**retrieval**
109:12

**return**
20:20

**returned**
60:9

**review**
6:15 14:21,22
22:22 23:18,
20 32:3 34:15



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010
148

| | | | |
|---|---|---|---|
| 35:21 38:10 46:15 48:20 51:20 60:4,5, 6 78:23,24 100:6 105:1 106:11 107:22 108:3 110:25 111:1 117:17 121:20 | R-o-q-u-e 13:23 **ROSS** 1:16 3:3,4 4:1 5:2,5,10 107:16 126:23 127:25 128:25 **routed** 20:18 | 94:11 95:13 101:11 110:24 124:14 **scanned** 30:21,22 31:20,25 68:11 69:4 **scheduling** 48:21 | **second** 26:6 68:16 69:3 **section** 34:25 37:20 85:19 **Security** 113:19 115:9 | **sending** 18:1,15 27:21 **sends** 24:16 25:7, 12,20 26:8 29:6 35:1 **sent** 17:12,16,20 25:15 26:17, |

**reviewed**
31:24 51:24
52:1,13,14
53:23 54:10
78:21 81:11
82:18

**reviewing**
62:4 111:18

**reviews**
30:8

**revisit**
121:15

**right**
5:21 8:4
17:13 22:12
24:19 25:3,4
29:12,20 33:4
39:4,19 41:8
45:5 46:8
53:4 55:20
57:22 58:24
60:22,25
63:19,24
64:24 67:4,
13,16,21
80:6,14,18,23
84:23 86:18
88:10 91:10
100:9,21
101:22 109:21
116:13 124:16

**Ron**
10:8,16

**Roque**
13:23

**run**
117:23

**runs**
35:9

**S**

**San**
1:21 9:5
18:21 19:13
20:11,18
21:3,5 30:13,
19 31:3,13
40:13,14,15,
16 47:11
48:16,17
66:11,12
69:16 74:14
111:8,23
112:18,20

**save**
126:13

**saw**
89:23

**saying**
5:23

**says**
27:4 28:5
36:8 38:14
40:7 41:10
42:6,17 62:14
65:25 66:23
67:2,6 77:5
89:24 90:20
91:2 92:16

**screen**
47:17 52:7,10
58:7,10,20
59:2 62:12,23
63:13,15
73:5,6,7,8,9,
10,11,24
75:16,17,22
84:10,25
85:17 89:22
93:24 94:18
95:17 96:8,9,
11,12,19,21,
24,25 97:6,
17,19 98:6,
11,16,21
99:17,19
101:12,15,16,
18,22 102:8,
9,10,20,22,23
103:5,25
104:9,10,13,
21,22,24
105:1,24
106:2,10,11
114:1,3,6

**screens**
52:14 54:9
58:17,23 62:5
98:19 105:22
106:4 109:5
113:24
114:20,21

**search**
93:7

**see**
34:2 37:20
43:2 52:7
60:15 62:25
64:3 68:14
74:2 76:8
77:3 83:3
87:8 91:2
94:10 102:20
116:16 119:6

**seen**
52:6,9 54:7
89:19 91:23
105:3

**sees**
31:23

**select**
23:18,20,22

**selected**
64:5,9 79:13,
17

**sell**
12:16 55:18

**seller**
41:4 42:25
43:3 92:21,24
95:3 102:24

**send**
20:14 26:11
28:25 37:11
43:4 49:1
55:16 69:4
77:14 83:7,8
92:21,22
102:16 116:7

20 27:7,16
29:14 30:8,
12,22 35:5,6
37:22 42:25
43:2,15,17,
18 44:11
45:24 62:3,6,
23 63:8,11,16
64:14 65:12
77:25 78:1
81:14,16
83:10 86:12
87:17 106:20
115:12

**separate**
20:3 102:9
115:2

**separately**
75:11

**September**
1:18 4:2 5:3
125:15

**series**
36:11,12,20,
22 37:1 46:15

**serve**
10:10

**served**
15:18

**Service**
12:13

**SERVICES**
1:9 12:16
76:7 95:4



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| **126:**6 | **shown** | **six** | 78:25 88:17 | 86:21 88:14 |
| **set** | 54:3,10,12 | 9:18 13:15 | 106:19 | **Standard** |
| 52:24 125:8 | **shows** | 46:22 64:1 | 121:13,21 | 121:7 |
| **setting** | 59:15 62:23 | 73:16 76:12 | **specifically** | **standards** |
| 5:16 | 75:18 91:14 | 80:8 | 39:22 55:10 | 121:8 |
| **settlement** | 99:8 | **slightly** | 89:20 102:11 | **stands** |
| 30:5 38:16 | **Sidney** | 61:4 | 106:13 120:11 | 26:5 86:16, |
| 39:18,20 | 69:13 71:14 | **social** | 124:1 | 17,19,22 |
| 95:12 | 107:10 108:14 | 35:22 38:11 | **specifics** | 88:10,15 |
| **seven** | 112:6,11 | 113:19 115:9 | 48:4 | 105:12 |
| 13:15,19 14:3 | **sign** | **soft** | **spell** | **stapled** |
| 18:20,21 | 6:10 | 34:4 113:21, | 10:2 11:1 | 85:3 92:6,13 |
| 32:13 | **SIGNATUREDATE** | 23 114:2,4,8, | 28:11 40:20 | **start** |
| **shadow** | 127:24 128:24 | 9,10 | **spent** | 25:19 46:17 |
| 46:13,20 | **signed** | **sold** | 50:25 | 86:3 93:22 |
| **shadowing** | 51:17 90:13 | 103:3 | **split** | 121:2 |
| 46:25 | 115:20 126:20 | **somebody** | 15:23 20:9 | **started** |
| **Shall** | **signing** | 121:13 | **splits** | 12:25 82:22 |
| 93:14 | 51:12 | **somewhere** | 19:4 | 119:14 |
| **SHEET** | **SIL** | 50:6 75:17 | **spoke** | **starts** |
| 126:1,15 | 86:15,19 88:6 | 103:3 109:4 | 6:18 119:5 | 92:13 |
| 127:1 128:1 | **SILO** | 121:2 | **spoken** | **state** |
| **shipped** | 86:19,21 | **Sonya** | 109:1 123:25 | 5:9 17:17 |
| 31:5 | **similar** | 111:6 | **St** | 110:24 114:14 |
| **shipping** | 53:18 102:6 | **sorry** | 19:1,7,13, | 120:12 125:4 |
| 30:16 | **simple** | 25:17 34:4 | 14,22,25 | **statement** |
| **short** | 122:8 | 36:16 63:1 | 20:5,8,10, | 39:24 40:1 |
| 69:24 | **simply** | 100:14 105:13 | 13,17,20,25 | 44:9,14,21 |
| **Shorthand** | 27:15 | **sort** | 21:6,8,13,14 | 64:20 65:5 |
| 125:3 | **sit** | 49:5 59:1 | 30:13,17 | 67:3,25 78:2 |
| **show** | 116:20 | **South** | 31:4,8,14 | 79:23,24 |
| 58:6,7 68:4 | **site** | 2:5 | 40:15 47:13 | **statements** |
| 79:6 101:17 | 18:21,25 | **space** | 48:17 66:11 | 30:7 92:22,25 |
| 106:7 107:3 | 19:7,13,25 | 62:18,20 | **stack** | **STATES** |
| 114:7 119:19 | 20:23 21:13, | **speak** | 31:6,7 | 1:1 67:20 |
| **showed** | 14 31:17 | 71:23 | **staff** | 80:25 102:24 |
| 106:5 | 47:16 74:14 | **specific** | 15:9 | **stating** |
| **showing** | **sites** | 17:21 23:14, | **stamped** | 25:22 26:12 |
| 40:1 44:9,14 | 18:22 20:4,16 | 15,23 46:12 | 113:7 | 28:4 29:10 |
| 65:5 67:3 | **sitting** | 55:6,14 | **stand** | **status** |
| 78:2 | 46:23 | 56:23,24 64:9 | 26:4 40:10 | 78:10 83:20 |
| | | 67:12 73:9 | 43:22 67:9 | **statute** |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

| | | | | |
|---|---|---|---|---|
| 74:7 76:19 | 92:7,11 | 5:6 125:6 | 125:7,11 | 66:17 69:23 |
| **stays** | **supervise** | **system** | 126:11 | 73:3 84:8 |
| 45:4 | 13:4,7 | 21:15,16,21, | **takes** | 87:21 90:25 |
| **stenographica** | **supervised** | 22,23,25 | 46:22,25 | 91:12,18,24 |
| **lly** | 13:8 | 22:2,5,10,15, | **talk** | 93:6,23 95:13 |
| 125:9 | **supervising** | 22,25 23:5, | 48:18,21 | 98:8,10 |
| **Step** | 13:10 112:23 | 10,13,15,18, | **talked** | 106:14,19,23 |
| 35:15 37:11 | **supervisor** | 19,23 24:23, | 5:14 91:17 | **telling** |
| 42:6 43:14 | 9:25 10:8,16, | 25 33:24,25 | 107:10 123:21 | 48:24 |
| 113:4 | 19,21 14:1,3, | 36:14,16 37:2 | **talking** | **tells** |
| **steps** | 10 16:5 19:6, | 42:9,11 | 33:2 121:23 | 58:2 |
| 53:5 57:25 | 14,16 66:13 | 46:14,15 | 122:7 124:2 | **ten** |
| **stipulations** | 121:17 | 52:15 56:14, | **talks** | 49:15 |
| 6:6,11 | **supervisors** | 17 57:25 | 28:16 | **term** |
| **Stone** | 11:9 13:18, | 58:2,4,5,8, | **Tamara** | 8:12 14:24 |
| 64:21 79:22 | 21,22 15:22 | 11,13,23 | 28:10 | 51:14 59:4 |
| 110:5 116:21 | 16:3,12 60:3 | 59:17 68:25 | **Tanya** | 113:21 |
| **stop** | **supervisor's** | 73:6 78:19, | 103:18,20 | **terms** |
| 41:17 93:11 | 122:2 | 23,25 79:4 | **taught** | 46:2 |
| **stopped** | **supplied** | 80:5,16 81:2 | 47:19 | **testified** |
| 45:11 | 32:4 111:1 | 82:1,11,16 | **team** | 5:6 49:10,16, |
| **Street** | **supposed** | 83:8,16 | 16:16 20:6,8, | 24 50:12 |
| 2:4 | 35:17 37:14 | 86:11,17 | 10,11,14,25 | 53:14 |
| **submitting** | **sure** | 88:13 89:22 | 31:17 48:13, | **testify** |
| 79:13 | 5:19 6:3 | 90:11 91:16 | 14,18,19,25 | 61:17 |
| **subscribed** | 10:14 11:6,7 | 94:18 105:23 | 49:2 105:5,8, | **testifying** |
| 125:14 | 14:17 17:14, | 109:9,11,13, | 11 106:20 | 7:8 50:15,25 |
| **subscriber** | 20 22:21 | 15 | 107:1 121:15 | **testimony** |
| 116:15 | 32:19 39:2 | | **telephone** | 51:11,13 |
| **sued** | 40:23 52:2,5, | ───── | 18:3,9 20:17 | 125:8,11 |
| 89:9 91:2 | 21,23 55:15 | **T** | 72:13 77:13 | **Thank** |
| **sufficient** | 61:17 84:20 | | 88:4 108:8,25 | 9:4 35:8 |
| 38:24 40:2 | 88:15 90:4 | **T** | 110:17 112:8 | **themselves** |
| 41:12,25 | 93:8,12,16 | 1:4,23 4:2 | **telesales** | 85:17 |
| 42:20,21 | 98:12 108:3, | 125:3,20 | 12:9 | **thing** |
| **Suite** | 23 109:17 | 126:5 | **Telespectrum** | 61:18 123:10 |
| 2:4 9:5 | 114:3 120:4 | **take** | 12:1 | **things** |
| **sum** | **Sven** | 5:16,21,25 | **Tell** | 24:8 47:4 |
| 91:3 | 10:25 11:21 | 11:17 16:3 | 12:25 15:7 | 48:21 98:1 |
| **summary** | **S-v-e-n** | 19:22 20:10, | 23:10 25:16 | 121:11 |
| 82:22 91:14 | 10:25 | 17 31:6 59:10 | 32:17 43:9 | **think** |
| | **sworn** | 93:14 119:22 | 58:10,20 | 6:9 10:13 |
| | | 121:4,5 | | |
| | | **taken** | | |
| | | 49:8 69:2 | | |
| | | 93:17 113:4 | | |
| | | 114:18 119:4 | | |



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

23:21 26:7
32:10,13
34:17 36:5
50:3 51:23
52:10 57:10
75:10 80:4
84:19 114:16

**third**
80:22

**three**
15:25 47:1
51:3 63:16
66:5 68:3
98:24 99:6
100:23

**Thursday**
4:2

**time**
5:15 18:1
19:4 27:21
30:16 36:1
41:22 42:24
45:19 46:24
49:6,24 50:25
66:24 78:24
80:6,25 83:17
91:9 98:15
99:18 103:1,
12,14 113:16
118:22,24
121:5 122:23
125:7,12

**timeframe**
27:19 118:6

**times**
49:13,15
50:12 51:7
118:21 122:8

**title**
10:4,15 11:5
28:13 40:22

**titles**
13:25 110:25

**today**
38:3 45:16
50:1,14 51:21
54:1 61:2
107:22 114:22
116:20 117:4

**together**
42:12

**told**
36:5 47:23
56:5 57:21
70:10,12 72:5
77:12 89:5
110:1 117:3

**top**
32:22 34:2
62:2 71:7
83:2 85:19
99:13,18
116:13

**Topic**
6:21

**topics**
6:20

**Total**
14:4 91:3

**totaled**
76:14

**trade**
83:25

**train**
46:12 48:4

**trained**
46:10,21
56:21 116:6,7

**training**
12:23 32:24
46:19 48:7
52:20 56:8,
10,19,24
57:6,8 61:19

**Trans**

78:14,22
79:2,19 80:23
82:6 90:9
99:3

**transaction**
65:6

**transactions**
84:14,19

**transcribed**
125:9

**transcript**
4:16 126:11

**transfer**
86:5

**transferred**
71:3 103:1,4,
7

**tried**
119:6

**Trigg**
19:19,22

**T-r-i-g-g**
19:20

**true**
7:22,24 44:16
125:11 126:13

**try**
93:13

**Trying**
31:10

**turn**
63:23 74:16
113:3

**tutorial**
58:5 59:6,10,
12,18

**two**
10:20 13:7,
13,18,20,21,
22 14:2 20:3,
16 32:11 39:3
50:3 53:25

72:12 75:6
81:5 103:4
112:6,7
113:20 121:7

**two-and-a-half**
9:24 10:20

**type**
7:13 12:14
18:4 21:8
29:20,24
30:17 32:15
54:16,21 55:2
57:25 60:4,13
79:10,13,15,
16 80:25
81:23 82:8
92:19 94:25
96:3 105:23
117:15 118:3,
13,16,17
119:15 120:2,
8,15 123:4

**types**
33:15 46:10

**typewriting**
125:10

**typically**
37:18 95:23

**U**

**UDF**
110:12

**UDFs**
110:15 116:5,
6

**Ultimately**
16:5

**unable**
28:24 40:7
43:10,12
44:2,5 124:14

**uncomfortabl**

**e**
6:3

**under**
24:5 37:20
53:18 60:3
74:7 93:19
95:11,13
114:14 125:10
126:8,10,16

**underneath**
99:20

**understand**
5:21 7:8
22:21 61:4
93:19

**understandin**
**g**
126:15

**Union**
64:21 78:14,
22 79:2,19,22
80:23 82:6
90:9 99:3
116:21

**UNITED**
1:1

**Universal**
115:10,18
116:8

**unless**
21:4 37:17
44:16,23
50:22 76:23

**unpaid**
99:24 100:21

**update**
41:10 47:2

**updated**
37:24

**upper**
32:14

**up-to-date**



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010

152

75:24 76:2
**use**
8:12 17:23
21:16,17,21
46:14 55:1
59:17 87:3
103:5
**user**
59:16
**uses**
86:25
**Usual**
6:6,11
**Usually**
83:8 119:22

---
**V**
---

**v**
4:1
**valid**
40:8 41:10
42:15 43:1,7,
11,13 44:3,6,
10 79:24
124:15
**validation**
24:4,17 25:8,
13 34:24
35:2,13 36:9
61:11
**various**
121:24
**vary**
29:24
**vendors**
55:2
**verbal**
34:19 35:12,
16,20 37:14
38:3
**verbiage**
83:23

**verification**
70:7
**verified**
79:3,5
**verify**
22:25 38:10
79:23 116:22
**verifying**
35:22 70:8
**version**
85:12 94:11
**versus**
23:12 30:13
51:1 120:3,22
**via**
57:18 104:20
**videoconferen
ce**
47:15,18
**view**
37:4 47:17
93:25 94:9,11
**violation**
55:23 65:19
**volume**
118:20 120:16
**VP**
10:13 40:23
**vs**
1:7 126:6

---
**W**
---

**WACHSCNL**
98:9
**Walk**
35:19
**want**
8:24 35:4,18
83:8 104:4
121:11
**wanted**

72:1
**wants**
27:1
**warning**
36:4,8 37:5
41:7,13,20
42:1 45:23
96:14,23
106:5
**wasn't**
22:4,5 54:12
56:23 119:7
**way**
38:3 51:10
75:14 89:25
106:12,13
114:9 123:11
**ways**
121:24
**week**
60:18,20,24
103:4
**weekly**
117:18,24
119:24
**weeks**
46:23 47:1
50:3
**welcome**
113:11
**we'll**
5:16 48:20
60:6 74:24
75:19 85:4
93:22 107:18
**went**
89:11
**we're**
6:23 32:20
33:2 34:11
72:19 75:1
93:10 98:3

115:4 124:22
**West**
1:20 2:4
**we've**
87:24 91:17
109:5 114:20
122:21
**whatever**
41:5 118:22
**Whereas**
99:19
**WHEREOF**
125:14
**whether**
14:19 27:9
31:13 58:1
60:11 75:14
79:23,24
120:22
**whole**
16:21 121:15
**within**
24:3,16 25:8,
13 33:10
34:22 35:2
52:14 57:16
88:21 94:21
124:10
**WITNESS**
3:3,12 6:10
7:2 9:4
32:12,23
39:11 44:23
51:3 52:1
54:5,7 56:3
61:15 93:12
100:15 104:17
106:4 117:9
125:6,14
**woman**
11:3 69:14,15
**work**
9:23 11:25

12:12 21:20
22:5,14 34:7
36:9 37:8
46:18 50:18,
21 74:10
111:8,14,23
112:18,20
118:8,10,14
119:6 120:25
121:2
**worked**
12:9,18
116:1,4 118:5
**working**
11:15 12:18
104:3
**workload**
15:10 19:14
20:9,12 48:22
**work-product**
54:5
**worksheet**
104:2
**wouldn't**
49:1 71:8
77:22 118:25
**write-up**
118:17
**writing**
24:3 25:7,13
27:13 35:25
44:2 65:9
77:13
**written**
29:15 34:25
35:1 36:3
38:7 43:23
45:18 53:12
84:4 120:2,9,
11

---
**X**
---

**XF**



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

Angelique D. Ross

September 16, 2010

153

| | | | | |
|---|---|---|---|---|
| 83:20 101:1 | **1** | **128** | 32:20 33:6 | 23 108:7,11 |
| **Y** | 4:7 6:24,25 | 102:18 | 34:8,18 61:22 | **2/24/2010** |
| **Yeah** | 14:6 35:15 | **130** | **164** | 90:21 |
| 12:17 27:25 | 51:23 62:3,14 | 41:20,21,22 | 34:18 | **20** |
| 59:8 60:21,25 | 63:18,24 | 45:23 | **167** | 51:9 95:20 |
| 94:3,9 103:11 | **10** | **131** | 35:12 | 96:1 126:20 |
| 105:10 106:21 | 67:15 74:16 | 103:24 | **168** | **200** |
| **year** | 94:23 113:8, | **1344** | 38:6 39:4,16 | 9:5 |
| 10:7 47:7,8 | 9,13 | 91:3 | **169** | **2000** |
| 50:13 53:21 | **10/19/2007** | **1381** | 32:21 33:6 | 64:17 74:11 |
| **years** | 86:10 | 91:10 | 34:9 38:6 | **2003** |
| 9:11,24 10:20 | **10/26** | **13th** | 42:6 61:23 | 13:2 |
| 12:11 13:9 | 86:12 | 68:14 | 124:10,12 | **2004** |
| 15:18 16:9 | **107** | **14** | **16th** | 33:20,22 65:2 |
| **YGC** | 4:10 | 4:9 85:3 | 1:21 99:8,23 | 67:24 73:25 |
| 66:7 67:8 | **109** | 112:22 113:8 | **17** | 111:3 |
| 84:16 102:6, | 80:25 81:23 | **144** | 4:9 85:3 88:3 | **2007** |
| 7,9,13 | **10th** | 104:14,16 | **1709** | 62:24 63:1,3 |
| **Yudenfreund** | 69:18 | **15** | 76:17 | 74:8 76:20 |
| 28:10 | **11** | 51:9 113:8 | **1799** | 82:25 86:4 |
| **Y-u-d-e-n-f-** | 82:21 108:9 | **154** | 99:13 | 91:9 94:23 |
| **r-e-u-n-d** | **11/08** | 52:11 105:1 | **17th** | 99:9,23 |
| 28:12 | 67:3 | **158** | 13:2 | 117:5,12 |
| **Z** | **112** | 52:11 | **18** | **2008** |
| **Z76** | 82:8 | **1587** | 52:1,2 73:25 | 29:14 45:13 |
| 71:6,10 | **119** | 99:11,24 | 74:8 76:20 | 49:17,25 |
| **Zabka** | 101:11 | **15-minute** | 89:6 | 59:25 61:1,5, |
| 10:25 11:21 | **11902** | 121:7 | **19** | 8 62:4,6 63:6 |
| **Z-a-b-k-a** | 1:23 4:2 | **16** | 52:2 80:22 | 64:15 65:19 |
| 11:2 | 125:20 | 1:18 4:2 5:3 | **1979** | 77:2,8 78:12, |
| **zero** | **11th** | 82:25 | 83:2 | 22 80:13 |
| 68:4 | 71:17 | **160** | **1st** | 87:5,7,9,25 |
| **0** | **12** | 52:11 | 27:25 28:20 | 88:1 100:3,8, |
| **023** | 79:10 80:13 | **1600** | 117:6,12 | 9,11,13,14, |
| 36:4,5 37:5 | 84:6 | 72:19,20 | **2** | 17 101:1,4 |
| **026** | **120** | **1602** | **2** | **2009** |
| 27:3 | 45:7 80:9,10 | 100:4 | 4:8 14:7 | 13:14,15 |
| **09** | **124** | **1603.15** | 62:3,14 63:23 | 29:14 38:4 |
| 105:12,15 | 3:8 | 63:19 | 75:2,3,5 | 45:13 67:15 |
| **1** | **125** | **163** | 77:11 78:13 | 69:18 72:19 |
| | 102:4 | | 96:17 106:18, | 80:22 81:20 |
| | | | | 108:9 |
| | | | | **2010** |



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

1:18 4:2 5:3
28:20 37:25
47:10 74:18,
19 82:5 90:6
101:6 117:3,
6,13 125:15
**202**
32:21 33:3
**204**
32:21 33:3,4
51:23
**206**
51:25 115:5
**20th**
62:23 63:3
81:20
**21**
87:7
**21st**
77:2 87:9
**22**
62:4,6 63:6
**230**
121:3
**23rd**
125:15
**24**
113:3
**25**
74:17 113:16
**250**
112:21
**25th**
74:11 82:5
90:6
**26**
63:1
**27**
91:1
**286**
41:7,13,21

45:23
**29**
64:15 65:19
86:4
**29501**
2:5

___ 3 ___

**3**
4:9 62:14
64:13 77:1
83:20 85:5,6,
8 109:22
**3/11/2009**
69:10
**30**
52:2 57:16
93:14
**300**
112:21
**306**
2:9
**30th**
66:3 77:8
87:5 88:1
**313**
124:23
**33**
92:13
**330**
121:3
**345156**
126:4
**35**
52:5
**351**
94:7
**35201-0306**
2:9
**37**
52:5
**38**

89:6 90:5
**39**
91:12

___ 4 ___

**4**
4:10 88:3
107:20 108:8
**40**
92:6 95:21
**400**
60:23
**402**
1:20
**42**
92:6
**430**
121:3
**45**
24:4,16 25:8,
13 26:10
27:13 34:22
35:2,6,9,13
43:23 92:14
94:10
**45-day**
25:21 34:19,
25 45:19
**45-F**
24:1
**45-G**
23:25 24:2,
18,22
**45-P**
23:25 24:7
25:10
**46**
93:6
**48**
93:6
**49**
93:22 94:7

___ 5 ___

**5**
3:7 6:21 40:7
42:6 67:14
68:20 110:24
124:11
**500**
120:25 121:1
**5034**
71:3,4
**51**
52:6 93:22
**510-CV-369-
IPJ**
1:7
**52**
74:18,24
113:10,14
**53**
65:24 66:17
67:2 69:18
**54**
3:14 113:10,
14
**549**
2:4
**55**
94:13,14
95:18
**57**
94:14
**58**
52:6
**5th**
64:17 87:25

___ 6 ___

**6**
3:14 4:7
37:11 43:14
78:12,22
**6/7/10**

**99:17**
**60**
96:7
**600**
121:3
**61**
97:5,15
**63**
97:15
**63346**
95:6,9
**64**
97:8,15,16
**65**
97:16
**66**
97:16
**68**
96:7

___ 7 ___

**7**
7:2 73:3,15,
23 74:18
94:6,8,12
**70**
118:12,14,25
**700**
121:3
**73**
62:11,22 98:3
**75**
4:8

___ 8 ___

**8**
6:21 67:24
74:16 113:7,
9,13
**800**
120:25 121:3
**8000**



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com

60:19

**85**
4:9 98:6

**8875**
9:5

**8th**
65:2

---

**9**

**9**
43:14

**9/9/10**
115:19

**900**
120:25

**909**
1:19

**91**
98:18

**92123**
9:6

**95**
22:20

**954**
105:5,14
106:12,14,20,
22,24 107:2,3

**954.12**
67:3 77:17,20
78:3

**99**
57:21

**99.9**
44:25



Toll Free: 800.300.1214
Facsimile: 619.239.4117

Suite 1600
402 West Broadway
San Diego, CA 92101
www.esquiresolutions.com