FILED

2011 Feb-22  PM 05:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JAMON T. BRIM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **5:10-cv-0369-IPJ** |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>MOTION TO SUPPLEMENT UNDISPUTED FACTS</u>

During the afternoon of Tuesday, February 22, the Court granted, in part, Plaintiff's Supplemental Motion *In Limine* and, as the undersigned understood, intends to read certain facts to the jury as stipulated facts.  In order to present full context to the jury, defendant Midland Credit Management, Inc. respectfully requests that the Court include the following undisputed facts from the "Agreed summary" contained within the Court's Pretrial Order (doc. 59), or alternatively, that the Court read the entire agreed summary in lieu of the facts numbered 1-2, 5-9, and 13 in Plaintiff's supplemental motion:

1.   "Mr. Brim purchased a computer in September 2004 using a line of credit from Dell Financial Services.  In November of 2004, Mr. Brim paid off the account with a payment of $954.12 to Dell Financial Services via an ACH debit

("telephone check").  The November 2004 payment was misapplied to the account of another Dell Financial Services customer.  Thus, Dell Financial Service's [*sic*] records reflected that Mr. Brim's account was unpaid at the time the account was sold to Midland Funding."  Pretrial Order, doc. 59, at ¶ 6(a) (Feb. 14, 2011).

2.      "On October 10, 2007, Dell Financial Services sold the account to Midland Funding, an affiliate of Midland Credit Management."  Pretrial Order at ¶ 6(a).

3.      "Midland instructed the Credit Reporting Agencies to delete Mr. Brim's account upon being advised by Dell Financial Services in August 2010 that Mr. Brim's account had been paid off in November 2004."  Pretrial Order at ¶ 6(a).

Respectfully submitted this 22nd day of February, 2011.

*Jason B. Tompkins*
One of the Attorneys for Defendant
Midland Credit Management, Inc.

**OF COUNSEL**:
Eric B. Langley
Jason B. Tompkins
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  (205)251-8100
Facsimile:  (205)226-8798
elangley@balch.com
jtompkins@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2011, I have filed the above and foregoing by CM/ECF, which will send notification to the following counsel of record:

Penny Hays Cauley
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC  29501
phc917@hayscauley.com

Ronald C. Sykstus
BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.
415 Church Street, Suite 100
Huntsville, AL  35801

Leonard A Bennett
CONSUMER LITIGATION ASSOCIATES PC
12515 Warwick Blvd, Suite 100
Newport News, VA  23606
Email: lenbennett@clalegal.com

*Jason B. Tompkins*
Of Counsel

3