# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

JAMON T. BRIM,

    Plaintiff,

vs.                                      CASE NO. CV-10-J-369-NE

DELL FINANCIAL SERVICES,
LLC, et al.,

    Defendants.

## JUDGMENT

In accordance with the verdict of the jury, judgment is entered in favor of the plaintiff, Jamon T. Brim, and against the defendant, Midland Credit Management, Inc., on the plaintiff's claim for willful non-compliance with the Fair Credit Reporting Act, in the amount of $100,000.00 as compensatory damages and $623,180.00 as punitive damages, the total judgment being $723,180.00.

**DONE** and **ORDERED** this the 28th day of February, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE