IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
FEB 25 2011
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-369-NE |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| Defendant. | ) | |

## VERDICT

On the claim of plaintiff against defendant for violation of the Fair Credit Reporting Act, we, the undersigned jurors, find in favor of (check one)

√ Plaintiff or

_____ Defendant .

**Note**: Complete the following paragraphs only if the above finding is in favor of plaintiff.

*A. Plaintiff's Claim of Negligent Noncompliance*

We, the undersigned jurors, assess the actual damages of plaintiff at

$ _____(fill in amount) for negligent noncompliance with the Act.

**OR**

B. *Plaintiff's Claim of Willful Noncompliance*

1) We, the undersigned jurors, assess the actual damages of plaintiff at

$ 100,000 (fill in amount of actual damages *or* damages of not less than $100 and not more than $1,000 for willful noncompliance with the Act.

2) We, the undersigned jurors, assess punitive damages in the amount of $ 623,180 . (Fill in amount if awarded)

SO SAY WE ALL.

_____
Foreperson of the Jury

2/25/2011
_____
Date