FILED
2011 Mar-08 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 5:10-CV-369-IPJ |
| | ) |
| **Dell Financial Services, LLC,** | ) |
| **Midland Credit Management,** | ) |
| **Inc., Midland Funding, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## CONSENT MOTION

Plaintiff, Jamon Brim, and Defendant, Midland Credit Management, Inc., by counsel, respectfully request this Court to enlarge the time for Plaintiff to file his Motion for attorneys fees and costs and Request that the Clerk of Court tax costs pursuant to Fed. R. Civ. P. 54 and/or pursuant to Fed. R. App. P. 39 to that date 30 days after the expiration of Defendant's time to note its appeal pursuant to Fed. R. App. P. 4 if it does not note an appeal or 30 days after entry of appellate judgment pursuant to Fed. R. App. P. 36 if it does note an appeal.  The parties also jointly request execution of the judgment be stayed until 30 days after the Court disposes of all post-trial motions filed by Midland.

Respectfully submitted this the 8th day of March, 2011.

| | |
|---|---|
| /s/ Penny Hays Cauley | /s/ Jason B. Tompkins |
| Penny Hays Cauley | Jason B. Tompkins |
| **HAYS CAULEY, P.C.** | **BALCH & BINGHAM LLP** |
| 549 West Evans Street, Suite E | P.O. Box 306 |
| Florence, SC 29501 | Birmingham, AL 35201-0306 |
| (843) 665-1717 | (205) 251-8100 |
| (843) 665-1718 Facsimile | (205) 226-8798 Facsimile |
| phc917@hayscauley.com | jtompkins@balch.com |