UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 5:10-CV-369-IPJ |
| | ) |
| **Dell Financial Services, LLC,** | ) |
| **Midland Credit Management,** | ) |
| **Inc., Midland Funding, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## CONSENT ORDER

Plaintiff Jamon Brim and Defendant Midland Credit Management, Inc. ("Midland"), by counsel, having agreed that this Court should hold any award of costs, expenses, or attorneys' fees in abeyance until the Court disposes of post-trial motions and any appeals are concluded, it is hereby ORDERED that the time for Plaintiff to file his Motion for attorneys fees and costs and Request that the Clerk of Court tax costs pursuant to Fed. R. Civ. P. 54 and/or pursuant to Fed. R. App. P. 39 is enlarged to that date 30 days after the expiration of Defendant's time to note its appeal pursuant to Fed. R. App. P. 4 if it does not note an appeal or 30 days after entry of appellate judgment pursuant to Fed. R. App. P. 36 if it does note an appeal. This Court retains jurisdiction to decide these issues at that time.

Plaintiff and defendant Midland, having further agreed that execution of the judgment should be stayed pending decisions on any post-trial motions Midland may file, it is hereby ORDERED that execution of (or any proceedings to enforce) the judgment is stayed until 30 days after the Court disposes of all post-trial motions filed by Midland.

DONE and ORDERED this 8th day of March 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE