# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JAMON T. BRIM, | ) |
| Plaintiff, | ) |
| vs. | )   CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Defendant having filed motion for judgment as a matter of law or, alternatively, that the judgment be vacated (doc. 79),

It is hereby ORDERED that plaintiff respond to said motion within fourteen (14) days from entry of this order.

**DONE** and **ORDERED** this 29th day of March 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE