# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Defendant having filed motion for remittitur and constitutional reduction of punitive damages award (doc. 80),

It is hereby ORDERED that plaintiff respond to said motion within fourteen (14) days from entry of this order.

**DONE** and **ORDERED** this 29th day of March 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE