# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant having filed motion for a new trial (doc. 81),

It is hereby ORDERED that plaintiff respond to said motion within fourteen (14) days from entry of this order.

**DONE** and **ORDERED** this 29th day of March 2011.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE