FILED

2011 Apr-07  PM 02:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Defendant having filed unopposed motion to supplement trial record (doc. 85), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED as follows: The parties are ORDERED to redact the video so that only the part played in open court be included in the record.  The trial record shall be so supplemented.

**DONE** and **ORDERED** this 7th day of April 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE