FILED
2011 Apr-11  AM 09:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) **Civil No. 5:10-CV-369-IPJ** |
| | ) |
| **Dell Financial Services, LLC,** | ) |
| **Midland Credit Management,** | ) |
| **Inc., Midland Funding, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

### UNOPPOSED MOTION TO SUPPLEMENT TRIAL RECORD

Comes now the Plaintiff, Jamon T. Brim, and moves this Honorable Court to also supplement the record to include the testimony of Vicki Banks, representative of Equifax Information Services, LLC in the trial transcript. In support of this motion, the Plaintiff states as follows:

1.    At the trial of this matter, pages 1-34 and 43-66 of Vicki Banks' deposition were played into the record.  Those pages are not included in the trial transcript, the transcript simply reads "(Videotape played)." (Trial Tr. Vol II, 166:5, 14, and 23).

2.    For completeness of the trial transcript and the record of the proceedings, the record should be supplemented to include pages 1-34 and 43-66 of the testimony of Vicki Banks, that was admitted into

evidence.  (A copy of the requested pages, with the remaining portions of the deposition redacted, is attached hereto as Exhibit A.)

3.    Counsel for the Defendant, Midland Credit Management, does not oppose this motion.

Wherefore, premises considered, the Plaintiff respectfully requests that the Court supplement the trial record with the testimony of Vicki Banks, Equifax Information Services, LLC, that was played into evidence.

Respectfully submitted this 11th day of April, 2011.


/s/ Penny Hays Cauley
Penny Hays Cauley, ASB-6309-A63P
Attorney for Plaintiff


**HAYS CAULEY, P.C.**
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL 35801
(256) 539-9899
(256) 539-9895 Facsimile
rsykstus@bondnbotes.com

Leonard A. Bennett, Esq.
**CONSUMER LITIGATION ASSOCIATES, P.C.**

VSB #37523
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Phone: (757) 930-3660
Fax:   (757) 930-3662

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, I electronically filed the foregoing via the CM/ECF System, which will notify the following counsel of record:

Eric B. Langley, Esq.
Jason B. Tompkins, Esq.
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306


/s/ Penny Hays Cauley
Of Counsel