FILED
2011 Apr-11 AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 5:10-CV-369-IPJ |
| | ) |
| **Dell Financial Services, LLC,** | ) |
| **Midland Credit Management,** | ) |
| **Inc., Midland Funding, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S POST-TRIAL MOTIONS

Comes now the Plaintiff, Jamon T. Brim, and hereby requests this Honorable Court to allow Plaintiff an additional three days to respond to each of the Defendant's post-trial motions. In support of this motion, the Plaintiff states as follows:

1. On March 28, 2011, the Defendant filed Motions for Remittitur and Constitutional Reduction of Punitive Damages Award; New Trial; and Judgment as a Matter of Law or, alternatively, that the Judgment be Vacated.

2. Leonard Bennett and Ronald Sykstus, two of Plaintiff's counsel had previously scheduled family vacations during the fourteen days previously allowed by the Court for the Plaintiff to respond.

3. Counsel for the Defendant, Midland Credit Management, does not oppose the additional time requested by the Plaintiff to respond to said motions.

Wherefore, premises considered, the Plaintiff respectfully requests that the Court allow the Plaintiff until Friday, April 15, to file responses to each of the Defendant's post-trial motions.

Respectfully submitted this 11th day of April, 2011.

/s/ Penny Hays Cauley
Penny Hays Cauley, ASB-6309-A63P
Attorney for Plaintiff

**HAYS CAULEY, P.C.**
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL 35801
(256) 539-9899
(256) 539-9895 Facsimile
rsykstus@bondnbotes.com

Leonard A. Bennett, Esq.
**CONSUMER LITIGATION ASSOCIATES, P.C.**
VSB #37523
12515 Warwick Boulevard, Suite 100

Newport News, Virginia 23606
Phone: (757) 930-3660
Fax:   (757) 930-3662

## CERTIFICATE OF SERVICE

     I hereby certify that on April 11, 2011, I electronically filed the foregoing via the CM/ECF System, which will notify the following counsel of record:

Eric B. Langley, Esq.
Jason B. Tompkins, Esq.
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306

                                             /s/ Penny Hays Cauley
                                             Of Counsel