FILED

2011 Apr-12  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Plaintiff having filed unopposed motion for extension of time to file responses to defendant's post-trial motions (doc. 88), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED.  Plaintiff shall have an additional three (3) days, until Friday, April 15, 2011, to respond to each of the defendant's post-trial motions.

**DONE** and **ORDERED** this 12th day of April 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE