UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 5:10-CV-369-IPJ |
| | ) |
| **Dell Financial Services, LLC,** | ) |
| **Midland Credit Management,** | ) |
| **Inc., Midland Funding, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF PAGE LIMITS
TO OPPOSE DEFENDANT'S POST-TRIAL MOTION FOR JUDGMENT AS A
MATTER OF LAW OR ALTERNATIVELY THAT THE JUDGMENT BE
VACATED & MOTION FOR NEW TRIAL.**

Plaintiff moves for an enlargement of the page limit to 45 pages in order to file a consolidated opposition to both the Defendant's Motion for Judgment as a Matter of Law or Alternatively that the Judgment be Vacated (Docket No. 79) as well as the Motion for New Trial (Docket No. 81).

For the reasons set forth in the Plaintiff's Memorandum in Support, the Plaintiff respectfully requests the Court grant its Motion for Enlargement of the page limit to 45 pages.

Respectfully Submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, ASB-6309-A63P
Attorney for Plaintiff

**HAYS CAULEY, P.C.**
549 West Evans Street, Suite E

- 1 -

Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL 35801
(256) 539-9899
(256) 539-9895 Facsimile
rsykstus@bondnbotes.com

Leonard A. Bennett, Esq.
**CONSUMER LITIGATION ASSOCIATES, P.C.**
VSB #37523
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Phone: (757) 930-3660
Fax:    (757) 930-3662

## CERTIFICATE OF SERVICE

   I hereby certify that on April 15, 2011, I electronically filed the foregoing via the CM/ECF System, which will notify the following counsel of record:

Eric B. Langley, Esq.
Jason B. Tompkins, Esq.
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306

           /s/ Penny Hays Cauley
           Of Counsel

- 2 -