FILED
2011 Apr-15  PM 09:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) 5:10-CV-369-IPJ |
| | ) |
| **Dell Financial Services, LLC,** | ) |
| **Midland Credit Management,** | ) |
| **Inc., Midland Funding, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR ENLARGEMENT OF PAGE LIMITS
TO OPPOSE DEFENDANT'S POST-TRIAL MOTION FOR JUDGMENT AS A MATTER OF LAW OR ALTERNATIVELY THAT THE JUDGMENT BE VACATED & MOTION FOR NEW TRIAL.**

Plaintiff moves for an enlargement of the page limit to 45 pages in order to file a consolidated opposition to two of the three post-trial motions filed by Defendant. The three pending motions are (1) Renewed Motion for Judgment as a Matter of Law pursuant to Rule 50 (Docket No. 79), for Remittitur pursuant to Rules 50 and 59 (Docket No. 80), for a New Trial pursuant to Rule 59 (Docket No. 81). Because the facts and arguments overlap in all three motions, the Plaintiff has consolidated into a single pleading its opposition to both the Motion for Judgment as a Matter of Law or Alternatively that the Judgment be Vacated (Docket No. 79) as well as the Motion for New Trial (Docket No. 81). It is within the Court's discretion to grant such an enlargement. *Boatwright v. Carney Realty, Inc.*, CIV.A. 08-0660-WS-B, 2009 WL 3615048, n. 1 (S.D. Ala. Oct. 29, 2009) (granting an enlargement where the "request for a

modest enlargement of the applicable page limit is not unreasonable" in order to address the numerous issues raised in the pleadings).

The enlargement is appropriate where it addresses the issues raised by Defendant, assists the court in disposition of the motions, and otherwise results in no prejudice to the Defendant.

## Conclusion

For the reasons set forth in the Plaintiff's Memorandum, the Plaintiff respectfully requests the Court grant its Motion for Enlargement of the page limit to 45 pages.

Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley, ASB-6309-A63P
Attorney for Plaintiff

**HAYS CAULEY, P.C.**
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL 35801
(256) 539-9899
(256) 539-9895 Facsimile
rsykstus@bondnbotes.com

Leonard A. Bennett, Esq.
**CONSUMER LITIGATION ASSOCIATES, P.C.**
VSB #37523
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Phone: (757) 930-3660
Fax:    (757) 930-3662

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2011, I electronically filed the foregoing via the CM/ECF System, which will notify the following counsel of record:

Eric B. Langley, Esq.
Jason B. Tompkins, Esq.
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306

                              /s/ Penny Hays Cauley
                              Of Counsel