FILED
2011 Apr-25  PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JAMON T. BRIM, | ) |
|     Plaintiff, | ) |
| vs. | )   CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Defendant having filed motion for leave to file reply (doc. 96), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED.

**DONE** and **ORDERED** this 25th day of April 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE