FILED
2011 May-25  PM 02:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMON T. BRIM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 10-J-0369-NE |
| DELL FINANCIAL SERVICES, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant having fled motion to stay execution of judgment pending final resolution (doc. 100),

It is hereby ORDERED that plaintiff respond to said motion within seven (7) days of entry of this order.

**DONE** and **ORDERED** this 25th day of May 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE