FILED

2011 Jun-01  PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| **JAMON T. BRIM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **5:10-cv-0369-IPJ** |
| **MIDLAND CREDIT** | ) | |
| **MANAGEMENT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF FILING OF RECORD SUPPLEMENT

On April 7, 2011, the Court ordered that the trial record be supplemented with the testimony of Dell Financial Services, LLC, redacted of portions not played to the jury in open court. *See* Doc. 86. In accordance with that order, Defendant Midland Credit Management, Inc. hereby gives notice of its filing of the attached redacted testimony of Dell Financial Services, LLC for inclusion in the trial record.

Respectfully submitted this 1st day of June 2011.

*/s/ Eric B. Langley*
One of the Attorneys for Defendant
Midland Credit Management, Inc.

1146414.1

**OF COUNSEL**:
Eric B. Langley
Jason B. Tompkins
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  (205)251-8100
Facsimile:  (205)226-8798
elangley@balch.com
jtompkins@balch.com

1146414.1

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of June 2011, I have filed the above and foregoing via CM/ECF, which will notify the following counsel of record:

Penny Hays Cauley
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC  29501
phc917@hayscauley.com

Ronald C. Sykstus
BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.
415 Church Street, Suite 100
Huntsville, AL  35801

Leonard A Bennett
CONSUMER LITIGATION ASSOCIATES PC
12515 Warwick Blvd, Suite 100
Newport News, VA  23606
Email: lenbennett@clalegal.com

*/s/ Eric B. Langley*
Of Counsel