FILED
2011 Jun-03  AM 10:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION
### NO. 5:10-cv-0369-IPJ

| | |
|---|---|
| **JAMON T. BRIM,** | ) |
| Plaintiff, | ) |
| v. | )   5:10-cv-0369-IPJ |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | )   **NOTICE OF APPEAL** |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Midland Credit Management, Inc., defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on February 28, 2011 (Doc. 72), including all orders and rulings related thereto, and from the order entered on May 4, 2011 denying motions filed pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure (Doc. 99).

Dated: June 3, 2011

*/s/ Jason B. Tompkins*
One of the Attorneys for Defendant
Midland Credit Management, Inc.

1146414.1

**OF COUNSEL**:
Eric B. Langley
Jason B. Tompkins
**BALCH & BINGHAM LLP**
Post Office Box 306
Birmingham, Alabama  35201-0306
Telephone:  (205)251-8100
Facsimile:  (205)226-8798
elangley@balch.com
jtompkins@balch.com

## CERTIFICATE OF SERVICE

       I hereby certify that on this 3rd day of June 2011, I have filed the above and foregoing via CM/ECF, which will notify the following counsel of record:

Penny Hays Cauley
HAYS CAULEY, P.C.
549 West Evans Street, Suite E
Florence, SC  29501
phc917@hayscauley.com

Ronald C. Sykstus
BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.
415 Church Street, Suite 100
Huntsville, AL  35801

Leonard A Bennett
CONSUMER LITIGATION ASSOCIATES PC
12515 Warwick Blvd, Suite 100
Newport News, VA  23606
Email: lenbennett@clalegal.com

                                             *Jason B. Tompkins*
                                             Of Counsel