Case 5:10-cv-00369-IPJ   Document 108   Filed 06/22/11   Page 1 of 4

FILED
2011 Jun-22 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

11-12537

Sharon Harris
United States District Court
101 HOLMES AVE STE
HUNTSVILLE, AL 35801

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 15, 2011

Jason Brent Tompkins
Balch & Bingham, LLP
1901 6TH AVE N STE 1500
BIRMINGHAM, AL 35203-4642

Appeal Number: 11-12537-G
Case Style: Jamon Brim v. Midland Credit Management, Inc
District Court Docket No: 5:10-cv-00369-IPJ

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov . The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file an original and one copy of a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov , and as provided by 11th Cir. R. 33-1(a).

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov , by electronically providing the information required for that form.

Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are **not required or authorized** to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Order Form , as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM June 7, 2011. See 11th Cir. R. 12-1 and 31-1.


Sincerely,

JOHN LEY, Clerk of Court

Reply to: Deborah R. Owens, G
Phone #: (404) 335-6180


DKT-2 Appeal WITH Deficiency

**11-12537**

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

*U.S. COURT OF APPEALS RECEIVED CLERK JUN 07 2011 ATLANTA, GA.*

June 6, 2011

Mr. John Ley, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No. CV-10-J-369-NE
U.S.C.A. No.: NEW CASE

IN RE: Jamon T Brim vs Midland Credit Management, Inc.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X     Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

      Certified record supplemental record on appeal consisting of: volume(s) of pleadings, etc; volume(s) of transcripts

      First Notice of Appeal?   Dates of other Notices:

      The following materials **SEALED** in this court (order enclosed) consisting of:

      Original papers (court file) and certified copy of docket entries per USCA request.

      There was no hearing from which a transcript could be made.

      Copy of CJA Form 20 or District Court order appointing counsel.

X     The appellant docket fee has been paid. YES   Date Paid: 6/3/11

      The appellant has been leave to appeal in forma pauperis and a request for certificate of appealability (order enclosed)

X     The Judge/Magistrate Judge appealed from is: Honorable Inge P Johnson

      The Court Reporter is: 205-252-6565.

      This is a **Bankruptcy Appeal**. Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama, 35203

      This is a **Death Penalty** appeal

      Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

      Other:

xc: Counsel                     Sharon N. Harris, Clerk

                              By: Kathy Englebert
                                       Deputy Clerk