# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil No. 5:10-CV-369-IPJ |
| | ) |
| **Dell Financial Services, LLC,** | ) |
| **Midland Credit Management,** | ) |
| **Inc., Midland Funding, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

Comes now the Plaintiff, Jamon Brim, and hereby files this Partial Satisfaction of the Judgment entered herein against Defendant Midland Credit Management, Inc., in an amount equal to the sums paid by Dell Financial Services, TransUnion, Experian, and Equifax through their settlements of the claims arising from the underlying events in the herein action and the action entitled *Jamon Brim v. Experian Information Solutions, Inc., Equifax Information Services, Inc., and Trans Union, LLC, 10-CV-S-0368-CLS*, as described in earlier motion practice. (see Doc. 80 at 17-19). As said settlements are subject to confidentiality agreements, the Plaintiff will disclose the total amount of those settlements to this Court under seal as and when the Court directs.

/s/ Penny Hays Cauley
Penny Hays Cauley, ASB-6309-A63P
Attorney for Plaintiff

**HAYS CAULEY, P.C.**
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com

Ronald C. Sykstus, Esq.
**BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.**
415 Church Street, Suite 100
Huntsville, AL 35801
(256) 539-9899
(256) 539-9895 Facsimile
rsykstus@bondnbotes.com

Leonard A. Bennett, Esq.
**CONSUMER LITIGATION ASSOCIATES, P.C.**
VSB #37523
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Phone: (757) 930-3660
Fax:   (757) 930-3662

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I electronically filed the foregoing via the CM/ECF System, which will notify the following counsel of record:

Eric B. Langley, Esq.
Jason B. Tompkins, Esq.
BALCH & BINGHAM LLP
P. O. Box 306
Birmingham, AL 35201-0306

A copy was also provided via email and U.S. Mail, first-class postage prepaid, to the following:

Kevin C. Newsom, Esq.
Anna M. Dionne, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

                                              /s/ Penny Hays Cauley
                                              Of Counsel