Case 5:10-cv-00369-IPJ   Document 116   Filed 04/17/12   Page 1 of 2

Case: 11-12537   Date Filed: 04/17/2012   Page: 1 of 1

FILED
2012 Apr-17  PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 17, 2012

Sharon Harris
United States District Court
101 HOLMES AVE STE
HUNTSVILLE, AL 35801

Appeal Number: 11-12537-AA
Case Style: Jamon Brim v. Midland Credit Management, Inc
District Court Docket No: 5:10-cv-00369-IPJ

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Eleanor M. Dixon, AA
Phone #: (404) 335-6172

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 11-12537-AA

---

JAMON T. BRIM,

                              Plaintiff - Appellee,

versus

DELL FINANCIAL SERVICES, LLC,
et al.,

                              Defendants,

MIDLAND CREDIT MANAGEMENT, INC.,

                              Defendant - Appellant

---

On Appeal from the United States District Court for the
Northern District of Alabama

---

BEFORE:    BARKETT and HULL, Circuit Judges, and HUNT,[*] District Judge.

BY THE COURT:

    Appellant's voluntary motion to dismiss this appeal with prejudice is GRANTED.

---

[*] Honorable Willis B. Hunt, Jr., United States District Judge for the Northern District of Georgia, sitting by designation.