# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **Jamon T. Brim,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil No. 5:10-CV-369-IPJ |
| ) | |
| **Dell Financial Services, LLC,** ) | Satisfaction of Judgment |
| **Midland Credit Management,** ) | |
| **Inc., Midland Funding, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## SATISFACTION OF JUDGMENT

COMES NOW the Plaintiff, Jamon T. Brim, who acknowledges satisfaction in full of the judgment entered in favor of Jamon T. Brim against Defendant Midland Credit Management, Inc.

/s/ Penny Hays Cauley
Penny Hays Cauley
Attorney for Plaintiff

**OF COUNSEL:**
**HAYS CAULEY, P.C.**
549 West Evans Street, Suite E
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com